IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

D. LONG,

               Plaintiff,                        ORDER

v.

                                      15-cv-81-jdp

EPIC SYSTEMS CORPORATION,

               Defendant.

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered: March 9, 2015.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge