# In The Matter Of:

*Long, D., v.*
*Epic Systems Corporation*

---

*Videotape 30(b)(6) Deposition of Andrew T. Dolan*
*February 24, 2016*

---



*Original File Dolan Andrew 2-24-16.txt*
*Min-U-Script® with Word Index*

Page 3

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE WESTERN DISTRICT OF WISCONSIN


LONG, D.,
individually and on behalf
of all others similarly situated,

              Plaintiff,


    v.                      Case No. 15-cv-081


EPIC SYSTEMS CORPORATION,

              Defendant.




                VIDEOTAPE 30(b)(6) DEPOSITION


                     ANDREW T. DOLAN


                  Madison, Wisconsin
                   February 24, 2016




              Peggy S. Christensen, RPR
              Registered Professional Reporter
```

**Page 3**

```
 1              E X H I B I T S  (Continued)

 2  No.    Description                     Identified

 3  35    New Writer Expectations training
         material and PowerPoint presentation      91
 4
    36    Review wiki                               92
 5
    37    S&S Review wiki                           94
 6

 7

 8  (The original exhibits were attached to the original
      transcript and copies were provided to counsel.
 9    Exhibits 4, 5, 9, 11, 13, and 21 referred to herein
      were marked at the deposition of Stirling B. Martin
10          and are attached thereto.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   (The original deposition transcript was filed with
              Attorney Jason J. Knutson)
```

**Page 2**

```
 1                  I N D E X

 2  Witness                               Pages

 3  ANDREW T. DOLAN

 4     Examination by Mr. Knutson             6

 5

 6

 7              E X H I B I T S

 8  No.   Description                     Identified

 9  22   Program Content Model wiki            47

10  23   Batch Scheduler Templates wiki        50

11  24   S&S Content Model wiki                51

12  25   Products and Features wiki            53

13  26   Processes and Tips wiki               54

14  27   Title Capitalization sheet            78

15  28   Grammar and Minimalism wikis          81

16  29   Guide Metrics wiki                    83

17  30   The Writing Well wiki                 84

18  31   Meeting Guidelines wiki               86

19  32   Writing for Your Audience PowerPoint
          presentation by Lindsay More and
20        Nikki Muenchow                       87

21  33   How Do I Know What to Work On?
          training document                    88
22
    34   Writer Boot Camp training materials,
23        Exercise 1                           89

24

25               (Continued)
```

**Page 4**

```
 1     VIDEOTAPE 30(b)(6) DEPOSITION of ANDREW T. DOLAN,

 2  a witness of lawful age, taken on behalf of the

 3  Plaintiff, wherein D. Long is Plaintiff, and Epic

 4  Systems Corporation is Defendant, pending in the

 5  United States District Court for the Western District

 6  of Wisconsin, pursuant to notice, before Peggy S.

 7  Christensen, a Registered Professional Reporter and

 8  Notary Public in and for the State of Wisconsin at

 9  the offices of Habush, Habush & Rottier, S.C.,

10  Attorneys at Law, 150 East Gilman Street, Suite 2000,

11  in the City of Madison, County of Dane, and State of

12  Wisconsin, on the 24th day of February 2016,

13  commencing at 9:03 in the forenoon.

14

15

16

17              A P P E A R A N C E S

18

19  JASON J. KNUTSON and BREANNE L. SNAPP, Attorneys,
    for HABUSH, HABUSH & ROTTIER, S.C., Attorneys at Law,
20         150 East Gilman Street, Suite 2000, Madison,
           Wisconsin 53703, appearing on behalf of the
21         Plaintiff.

22  KATELYNN M. WILLIAMS, Attorney,
    for HAWKS QUINDEL, S.C., Attorneys at Law,
23         222 West Washington Avenue, Suite 450, Madison,
           Wisconsin 53703, appearing on behalf of the
24         Plaintiff.

25               (Continued)
```

---

Page 5

```
 1        A P P E A R A N C E S   (Continued)
 2
     NOAH A. FINKEL, Attorney,
 3   for SEYFARTH SHAW LLP, Attorneys at Law,
        131 South Dearborn Street, Suite 2400, Chicago,
 4      Illinois 60603-5577, appearing on behalf of the
        Defendant.
 5
 6   KAIJA HUPITA, Attorney,
     for EPIC SYSTEMS CORPORATION,
 7      1979 Milky Way, Verona, Wisconsin 53593,
        appearing on behalf of the Defendant.
 8
 9   Also present: Connie Hansen, CLVS
                Video Concepts, Inc.
10              (920) 787-5888
11      _____
12
13          MS. HANSEN: Good morning.  We are
14   on the record.  My name is Connie Hansen,
15   CLVS, representing For the Record.  The date
16   is February 24th, 2016.  The time is
17   approximately 9:03 a.m.  This deposition is
18   being held at Habush, Habush & Rottier
19   located at 150 East Gilman Street, Madison,
20   Wisconsin.
21          The caption of the case is D. Long
22   versus Epic Systems Corporation in the
23   United States District Court for the Western
24   District of Wisconsin.  The name of the
25   witness is Andrew Dolan.
```

Page 6

```
 1          At this time will the attorneys identify
 2   themselves and the parties they represent,
 3   and then the court reporter, Peggy
 4   Christensen, will swear in the witness and we
 5   can proceed.
 6          MR. KNUTSON: For the plaintiffs,
 7   attorneys Jason Knutson, Breanne Snapp, and
 8   Katelynn Williams.
 9          MR. FINKEL: And for defendant,
10   Noah Finkel and Kaija Hupila.
11
12          ANDREW T. DOLAN,
13   called as a witness, being first duly sworn,
14   testified on oath as follows:
15
16          EXAMINATION
17   By Mr. Knutson:
18 Q  Good morning.  Would you please say your name and
19   then spell your last name.
20 A  Andy Dolan, D-o-l-a-n.
21 Q  All right.  Do you mind if I call you Andy?
22 A  That's fine.
23 Q  Okay.  Thank you.  I appreciate it.
24       Andy, have you ever been deposed before?
25 A  No.
```

Page 7

```
 1 Q  Okay.  We're going to talk about it just for ten
 2   seconds.  I'm sure your lawyer already did a good
 3   job of explaining to you what we're doing here
 4   today, but I just want to go over a couple ground
 5   rules real quickly.
 6          Maybe the most important thing is that you
 7   answer the questions today out loud.  You can't
 8   shake your head or say uh-huh or huh-uh, so you
 9   actually have to form words that we can all hear
10   and understand.  If you don't, it's okay.  I'll
11   just ask you to do it, because normal people talk
12   in uh-huhs and huh-uhs all the time, so don't
13   worry about it.
14          I'm going to really try not to interrupt you
15   and let you finish your answers.  Okay?  If I do
16   interrupt you, just tell me I did, and I'll try to
17   be quiet so you can finish.
18          You get to take a break whenever you want to.
19   This isn't intended to be a marathon.  So whenever
20   you need a break, just let us know.  If there is a
21   question pending, I'll just have you finish
22   answering it before we do that.  Does that all
23   make sense?
24 A  Yep.
25 Q  Occasionally we're going to hand you some
```

Page 8

```
 1   documents to look at.  Take as much time as you
 2   want to look at them and make sure you understand
 3   them before you start answering questions about
 4   them.  Good?
 5 A  Yep.  Sounds good.
 6 Q  All right.  I want to start by just finding out
 7   who you are quickly.  So why don't you tell me
 8   real briefly what your educational background is.
 9 A  I have a BA in English from Lawrence University, a
10   minor in philosophy.
11 Q  Lawrence is in Appleton?
12 A  Correct.
13 Q  Okay.  Any degrees beyond that BA?
14 A  No.
15 Q  Did you go to high school in Appleton?
16 A  No.
17 Q  Where did you go to high school?
18 A  Neenah.
19 Q  Okay.  Do you live in Madison or Verona now?
20 A  Yes.
21 Q  That's a good answer to that question.  Do you
22   live in Madison?
23 A  Yes.
24 Q  Okay.  Fair enough.  Where do you work?
25 A  Epic.
```

Page 9

1 Q   All right.  How long have you worked at Epic?
2 A   11 years.
3 Q   What is your current job title at Epic?
4 A   We don't really have titles.
5 Q   Okay.  Do you have a role at Epic?
6 A   My role -- Yes.
7 Q   Okay.  What is your role at Epic?
8 A   Technical communications.
9 Q   All right.  Beyond the technical communications
10    role, are there any other phrases or nomenclature
11    you use to describe what you do at Epic?  For
12    instance, are you a team lead or a group lead?
13 A   Yes.
14 Q   You're a team lead?
15 A   Yes.
16 Q   Are there any other designations akin to a team
17    lead that describe what you do at Epic?
18 A   Yes.
19 Q   What are those?
20 A   TL manager.
21 Q   Any others?
22 A   No.
23 Q   Where did you grow up?
24 A   Neenah.
25 Q   When you started at Epic, what was your role?

Page 10

1 A   Writer.
2 Q   Were you a technical writer or was the role then
3    just known as writer?
4 A   I don't remember for sure.
5 Q   Have you held any roles at Epic other than writer
6    and your current role?
7 A   No.
8 Q   Did you work anywhere between obtaining your BA
9    and the time you started working at Epic?
10 A   No.
11 Q   Do you hold any other degrees or certifications
12    beyond the BA that we already talked about?
13 A   No.
14 Q   Do you live with anybody in Madison?
15 A   Yes.
16 Q   I don't need their names, but who do you live
17    with?
18 A   My wife.
19 Q   Okay.  Thank you.  So you're here today because
20    we're trying to learn a little bit more about how
21    the tech comm department in Epic actually works.
22    Have you been in that department for the past
23    11 years?
24 A   Yes.
25 Q   Who is your direct report?  In other words, who is

Page 11

1    the person that you report to, the person above
2    you?
3 A   Currently?
4 Q   Yes.
5 A   Dana Apfel.
6 Q   What's Dana's role?
7 A   Technical communications.
8 Q   When did you first find out you were going to be
9    deposed today?
10 A   I don't remember exactly.
11 Q   Okay.  Do you remember generally?
12 A   Approximately one month ago.
13 Q   Since you found out you were going to be deposed,
14    what, if anything, have you done to prepare for
15    your deposition?
16 A   What do you mean "prepare"?
17 Q   What I mean by prepare is what actions have you
18    taken that in your mind help prepare you to be
19    deposed today, which may include things like
20    reviewing documents, looking at manuals or things
21    at work, talking to people other than your lawyer.
22 A   I read some tips on the internet.
23 Q   Okay.  Tips on how to give a deposition?
24 A   Yeah.
25 Q   Okay.  I don't suppose you remember what website

Page 12

1    it was?
2 A   No.
3 Q   Okay.  I hope that was helpful.  Did you do
4    anything else to prepare?
5 A   Outside of counsel?  Was that a stipulation?
6 Q   Yeah.  I'm going to assume that at some point
7    you've talked to lawyers about getting ready, and
8    I don't need to hear about those conversations.
9 A   Okay.
10 Q   I'm talking about anything else that you did to
11    get ready.
12 A   I reviewed pertinent documents at the request of
13    counsel.
14 Q   Okay.  Do you remember what those documents were?
15 A   Yes.
16 Q   Can you tell me what they were?
17 A   Some of them.
18 Q   Okay.  Tell me about the ones you can remember.
19 A   There were some descriptions of the technical
20    communications role.  I believe the government
21    sort of publishes what technical communications
22    role is generally like.  They have a website.
23    Some organizational documents about the varying
24    types of technical communicators at Epic.  Those
25    are the ones that come to mind.

Page 13

1  Q  Okay.  Thanks.  Did you bring any of those with
2     you today?
3  A  I did not.
4  Q  Did you make notes on any of the documents that
5     you reviewed?
6  A  No.
7  Q  You mentioned some organizational documents that
8     relate to technical communications at Epic.  Are
9     you able to elaborate on what that document may
10    have contained or looked like?
11 A  Yes.
12 Q  Okay.  Would you, please?
13 A  The one I have in mind talked about -- or showed
14    the -- some of the team leads, the various areas
15    that technical communicators work on, the
16    different types of technical communicators within
17    those areas, the specialization and expertise kind
18    of incumbent upon technical communicators in each
19    of those areas.
20 Q  Okay.  I should have asked this question first, so
21    I apologize.  That document wasn't drafted by any
22    of your lawyers, was it?
23 A  No.
24 Q  Okay.  It was some kind of internal Epic document?
25 A  Yes.

Page 14

1  Q  Okay.  Thank you.  Do you know if that document
2     has a name?  If you were to try to relocate it,
3     what it would be called?
4  A  Yes.
5  Q  What would it be called?
6  A  Staffing spreadsheet.
7  Q  Do you know when it was dated or whether it was
8     current?
9  A  No.
10 Q  Okay.  Thanks.  Any other documents come to mind
11    other than the ones you've already described?
12 A  No.
13 Q  I'm going to represent to you that one of your
14    colleagues, Stirling Martin, was deposed yesterday
15    in this case.  Have you had a chance since
16    yesterday to talk to him?
17 A  No.
18 Q  You said you found out about your deposition about
19    a month ago.  Had you had any conversations with
20    him between that time and today about this case?
21 A  Yes.
22 Q  Okay.  Do you know generally when that
23    conversation was?
24 A  Yes.
25 Q  When was it?

Page 15

1  A  Last Tuesday.  Or last week.
2  Q  All right.  Last week, we'll say.  Who called that
3     meeting, you or him or someone else?
4  A  Someone else.
5  Q  Who was that someone else?
6  A  Kaija.
7  Q  Okay.  And you've already done a good job with
8     this, and I don't expect you're going to mess it
9     up now, but I don't get to hear about any
10    conversations you had with any of your lawyers.
11    So let's make sure we don't talk about those.
12       In the meeting you had with Mr. Martin, was
13    Kaija or another of your attorneys present?
14 A  Yes.
15 Q  Okay.  Was there anybody else at that meeting?
16 A  Yes.
17 Q  Who?
18 A  Cate Valenzuela.
19 Q  And is it your understanding we'll be speaking
20    with Cate later today?
21 A  Yes.
22 Q  What's Cate's role?
23 A  Technical communications.
24 Q  Does Cate supervise you?
25 A  No.

Page 16

1  Q  Prior to your deposition, did you review the tech
2     comm wiki?
3  A  What do you mean review?
4  Q  That's a fair clarification.  To prepare for your
5     deposition today, did you spend any time looking
6     at the tech comm wiki with the purpose being to
7     benefit you in some way to give testimony today?
8  A  No.
9  Q  Do you have any idea how large the tech comm wiki
10    is?
11 A  What -- What do you mean any idea?
12          MR. FINKEL: And you might want to
13    clarify whether you're including links or
14    not.
15          MR. KNUTSON: Sure.
16 Q  When I use the phrase tech comm wiki, what do you
17    conceive of?  What is that?
18 A  There is a shared Epic wiki.  There are portions
19    of it germane to technical communications.  It's
20    not siloed, per se.
21 Q  Okay.  Thank you.  The part of the shared wiki
22    that is relevant to tech comm, I'm trying to
23    quantify it in some way.  It could be by screen
24    pages, printed pages, bits of electronic data.  I
25    don't really care how you quantify it, but can you

Long, D., v.
Epic Systems Corporation

Videotape 30(b)(6) Deposition of Andrew T. Dolan
February 24, 2016

Page 17

1  give me any idea of its size, including other
2  Wikis that it may link to that are germane to tech
3  comm? And before you answer, I'm not looking for
4  a lot of precision here.
5 A  Okay.
6 Q  I'm just looking for your best estimate as to how
7  big this thing is.
8 A  Okay. My best estimate would be hundreds of
9  printed pages.
10 Q  Okay. If I were to tell you that it's more like
11  3,000 printed pages, does that sound like it could
12  be possible to you?
13 A  Yes.
14 Q  Other than preparing for your deposition this
15  morning, have you taken any other actions related
16  to this lawsuit? And I'll give you some examples.
17  Have you saved any documents on your computer
18  at work? Have you pulled any personnel files?
19  Have you set up any meetings with other employees
20  to talk about the case? Those are some examples,
21  but I'm looking for any other actions you've taken
22  related to this case since you learned about it.
23 A  No.
24 Q  Were you asked to take any actions and chose not
25  to?

Page 18

1 A  I guess can you define the actions, aside from --
2  I mean, you gave some examples, but --
3 Q  Yeah. No, I don't have anything specific in mind.
4  I just want to make sure there wasn't something
5  that you were asked to do that you just didn't as
6  opposed to you just not doing anything on your own
7  initiative.
8        MR. FINKEL: And I'd caution you
9        not to reference anything that lawyers may
10       have asked you to do.
11 A  Then no.
12 Q  Okay. Thanks. Other than the people you already
13  mentioned, have you talked to anybody in the world
14  about this case? So I know you met with Stirling.
15  I know you've met with your lawyers. I think you
16  may have mentioned talking to Cate.
17 A  What do you mean, "about the case"?
18 Q  So you're aware that the reason we're together
19  today is because there has been a lawsuit filed
20  against Epic by a former employee named Dayna
21  Long; right?
22 A  Yes.
23 Q  Okay. So when I say the case, that's what I'm
24  referencing. At some point in time you became
25  aware of that litigation; right?

Page 19

1 A  Yes.
2 Q  Okay. And my question is just who have you talked
3  to about it, other than the people you've already
4  mentioned?
5 A  I guess the "about" is what I'm questioning. I
6  think general awareness is different than details.
7 Q  Sure. Let's try some examples, then, see if that
8  helps. Have you talked to your wife about this
9  case?
10 A  No.
11 Q  Do you have a best friend who lives in Madison?
12 A  No.
13 Q  Okay. Did you talk to your parents about the
14  case?
15 A  No.
16 Q  Okay. Do you have any plans to leave Epic? Are
17  you currently looking for a different job?
18 A  No.
19 Q  Have you been eligible for any of the sabbaticals
20  during your time at Epic?
21 A  Yes.
22 Q  How many?
23 A  Two.
24 Q  Have you taken either?
25 A  Yes.

Page 20

1 Q  Where did you go?
2 A  Italy and France.
3 Q  Thanks. Have you been a part of any meetings at
4  Epic that involve discussions of whether tech comm
5  employees should be paid overtime other than with
6  your lawyers?
7 A  No.
8 Q  What I want to do next is try to understand a bit
9  about the tech comm department, and maybe I should
10  start by getting my nomenclature right. Do you
11  call it a department, an organization, a unit, a
12  team? What's the word that you use to describe
13  the group of tech comm employees at Epic?
14 A  A team, although there is not a formal single
15  designation.
16 Q  I understand. I just want to come up with a word
17  that you and I can use so we understand each
18  other. So if I say tech comm team, do you
19  understand I mean the group or organization of
20  tech comm-related employees at Epic?
21 A  Yes.
22 Q  Okay. Thanks. If I'm a brand new technical
23  writer, today is my first day at Epic, who do I
24  report to? Who tells me what to do?
25 A  Your manager, also called TL.

Page 21

1 Q  Sorry. TL?
2 A  TL.
3 Q  For team lead?
4 A  Team lead.
5 Q  Okay. So as a new technical writer, I'm
6    designated a team lead?
7 A  Yes.
8 Q  Okay. All right. Do you have any idea how many
9    team leads there are currently in the tech comm
10   team at Epic?
11 A  Yes.
12 Q  How many? And, again, I'm not expecting precision
13   from you, just your best estimate.
14 A  Around 20.
15 Q  Is that roughly the same number of team leads that
16   there were in the tech comm team in 2013?
17 A  Yes.
18 Q  Let's say my team lead wants to report that Jason,
19   the new technical writer, showed up for work today
20   and has started. Who does my team lead report to?
21 A  Their manager. Their team lead.
22 Q  Okay. Are there multiple layers of team leads or
23   does the team lead's manager have a different
24   role?
25 A  Can you -- What do you mean by -- I mean, there is

Page 22

1    a reporting hierarchy.
2 Q  Okay. That's what I'm trying to figure out. So
3    what's the reporting hierarchy for my team lead as
4    a new TL? Who does my team lead report to?
5 A  Their team lead.
6 Q  Okay. And forgive me my confusion but because
7    we're using the same label as team lead, I just
8    want to make sure we're talking about two
9    different people. Am I correct, the team lead I
10   just reported to has a different team lead to
11   report to?
12 A  Yes.
13 Q  Okay. I'm going to call that person team lead
14   number 2 just so I don't get completely lost.
15      Team lead number 2 has been told to issue a
16   report of all the new employees that have started
17   today to team lead 2's supervisor. What's that
18   person called?
19 A  What do you mean, what are they called?
20 Q  What is their role? Is that person another team
21   lead?
22 A  They are a team lead. Their role typically would
23   be technical communications.
24 Q  Okay. Is there someone who has primary
25   responsibility for the technical communication

Page 23

1    team at Epic?
2 A  What do you mean primary responsibility?
3 Q  I'll give you an example. So the guy who runs our
4    law firm is named Jim. Jim is what we call our
5    office manager. So he's in charge of everybody in
6    the office. Is there someone like that for the
7    tech comm team?
8 A  Yes.
9 Q  Who is that person?
10 A  Dana Apfel.
11 Q  Would you mind just spelling the last name?
12 A  A-p-f-e-l.
13 Q  Thanks. In the hypothetical that I was clumsily
14   taking you through where I believe we were up to
15   someone -- we were trying to get to who's above
16   team lead 2, is Dana the next person above team
17   lead 2 or is there someone else?
18 A  It depends.
19 Q  Okay. Who does Dana report to?
20 A  Sumit Rana.
21 Q  Would you mind spelling that, if you can?
22 A  First name Sumit, S-u-m-i-t. Last name Rana,
23   R-a-n-a.
24 Q  And that's a Mr.; right?
25 A  Correct.

Page 24

1 Q  Mr. Rana? Does he have a role?
2 A  Yes.
3 Q  What is it?
4 A  Software developer.
5 Q  Who does Mr. Rana report to?
6 A  I don't know for sure.
7 Q  Is there a terminus for reporting? Is there one
8    last person at the top who receives reports?
9 A  Yes.
10 Q  Who is that?
11 A  Judy Faulkner.
12 Q  Thank you. Have we described any of the people
13   who may also be known as director of tech comm?
14 A  I don't know.
15 Q  Is that not a title that's commonly used in the
16   tech comm team at Epic?
17 A  Not commonly.
18 Q  Okay. If I were to ask you who your best guess
19   would be as the person who would have that title
20   or role of director of tech comm, would that be
21   Dana or someone else?
22 A  Yes.
23 Q  Sorry. That's my fault. That was a poorly
24   phrased question. Would it be Dana?
25 A  Yes.

1  Q  Thanks.  Going back to the hypothetical where I'm
2     starting my job as a technical writer at Epic, my
3     first day would you consider me an entry level
4     employee?
5  A  No.
6  Q  Is there some requirement for my starting other
7     than having a college degree of some kind?
8  A  Yes.
9  Q  What are those requirements?
10 A  You must pass the hiring criteria.
11 Q  Are you involved in the hiring process of new
12    technical writers at Epic?
13 A  Yes.
14 Q  In what way?
15 A  I conduct interviews, and when offers have been
16    extended assist with placing new hires on the area
17    they'll be working in.
18 Q  In the course of your participation in hiring new
19    technical writers at Epic, do you have the
20    opportunity to review applicants' résumés?
21 A  Yes.
22 Q  Is that something that you do routinely when
23    participating in new technical writer hiring?
24 A  No.
25 Q  Can you give me your best estimate of how many

1     technical writer applicant résumés you've reviewed
2     in your career at Epic?
3  A  50.
4  Q  Thank you.  Going back to me starting as a
5     technical writer at Epic, on my first day do I
6     have any direct reports?  Does anybody report to
7     me?
8  A  Sorry.  Can you repeat that?
9  Q  Sure.  I want you to assume that I'm starting at
10    Epic as a technical writer and it's my first day.
11    Am I managing anyone?
12 A  No.
13 Q  I appreciate you walking us through this.  What I
14    want to do next is try to figure out how the tech
15    comm team interrelates to some of the other teams
16    at Epic.  And so to do that I need to identify
17    what some of those other teams are.  Okay?
18       For instance, is there a procurement team at
19    Epic?  Is there a group of people whose job it is
20    to obtain the materials that Epic needs to do its
21    work?
22 A  I don't know.
23 Q  Okay.  Do you know if there is an accounting team
24    at Epic?
25 A  Yes.

1  Q  Okay.  What's it called?
2  A  Accounting.
3  Q  Okay.  Is there a tax team at Epic?
4  A  I don't know.
5  Q  Is there a marketing team at Epic?
6  A  No.
7  Q  Do you know if Epic's -- Strike that.
8       Does Epic do any marketing?
9  A  What do you mean by marketing?
10 Q  I'll ask the question I was going to that I
11    thought was the dumb one to do first.
12       Do you know if Epic has retained an outside
13    marketing firm to perform marketing functions?
14 A  I don't know.
15 Q  Do you know if Epic has an employee safety and
16    health team?
17 A  I don't know.
18 Q  Do you know if Epic has a quality control team,
19    which may also be known as quality assurance?
20 A  Yes.
21 Q  Is there a director of the quality assurance team?
22 A  Yes.
23 Q  Do you know the name of that person?
24 A  Yes.
25 Q  Okay.  Is that person's role technical

1     communications?
2  A  Sorry.  Say that again.
3  Q  Is the person that you're thinking of someone
4     whose role is technical communications?
5  A  No.
6  Q  Is there a human resources team at Epic?
7  A  Yes.
8  Q  Do you know who the director of the human
9     resources team is?
10 A  No.
11 Q  Do you know whether the person has the role of
12    technical communications?
13 A  No.
14 Q  Do you know how many teams there are at Epic?
15 A  No.
16 Q  Are there any teams at Epic other than technical
17    communications that are directed by someone with
18    the role technical communications?
19 A  What do you mean by team?
20 Q  So I was giving some examples:  human resources,
21    accounting, marketing, technical communications.
22    I don't know the names of all the teams at Epic.
23       Are there any teams you're aware of where the
24    director of the team has the role technical
25    communications other than, of course, the

Page 29

1  technical communications team?
2 A  Not in the sense that you're using team currently.
3     No.
4 Q  Okay.  Sorry to be a lawyer, but there must be
5     another way to use team that you're conceiving of
6     where maybe the answer to my question would be
7     different.  Is there?
8 A  Yes.
9 Q  Okay.  Can you describe for me the use of the word
10     team that you're thinking of?
11 A  Team can mean -- I mean, it's an open-ended term.
12     It could mean application team in the sense that
13     you've used it, the role.  It could be a customer
14     team.  So a group of coworkers you work with on --
15 Q  Okay.  I think I understand you.
16 A  -- is a customer.
17 Q  All right.  I appreciate you explaining that.  So
18     I'm using team in the way that perhaps a nonEpic
19     person does.  I'm thinking more like a department.
20        So, for instance, using my law firm again, we
21     have an accounting department, we have an HR
22     department, we have a facilities department, and
23     my question was whether you're aware of anybody
24     who directs or manages any of those departments at
25     Epic that has the role technical communications.

Page 30

1     Does that help?  Does that make more sense?
2 A  Yes.
3 Q  Okay.
4 A  Sorry.  Could you ask that one more time?
5 Q  Sure.  No problem.  Does anyone with the role
6     technical communications direct or manage any
7     department at Epic other than the technical
8     communications team?
9 A  No.
10 Q  Thanks.  This would be an okay time to take a
11     break if you need one already.  Otherwise, we're
12     going to start looking at some documents.  It's up
13     to you.
14 A  I wouldn't mind some water, actually.
15 Q  All right.  Why don't we just take a short break.
16 A  Sure.
17        MS. HANSEN:  Going off the record.
18     The time is 9:40.
19        (Recess)
20        MS. HANSEN:  We are back on the
21     record at 9:48.
22 Q  Welcome back.  We're going to start this process
23     of looking at documents.  Okay?  So I'm handing
24     you a paper clipped series of papers, and you'll
25     see a yellow sticker on it.  Do you see that?

Page 31

1 A  Yes.
2 Q  And hopefully there is a number 4 in it.  Is
3     there?
4 A  Yes.
5 Q  Good.  So I may refer to that as Exhibit No. 4,
6     and then you'll know what I'm talking about.
7     Okay?
8        I just need your help in understanding what
9     this document represents.  Have you seen this
10     before?
11 A  Yes.
12 Q  Okay.  Let me ask a better question.  Have you
13     seen this particular document before or have you
14     seen one that looks like it?
15 A  What do you mean, "this particular document"?
16 Q  That's a fair question.  Did you say you had a
17     philosophy minor?
18 A  Yes.
19 Q  Okay.  Was it in any particular area of
20     philosophy?
21 A  No.
22 Q  Okay.  Epistemology?  I'm just teasing you,
23     because my undergrad is in philosophy too.
24        What I mean is not this exact document,
25     meaning the one that exists in space and time

Page 32

1     before you right now, but a copy of it that
2     existed at some other point?
3 A  I don't know.
4 Q  Okay.  That's fine.  Can you tell me generally
5     what your understanding of this document's purpose
6     is?
7 A  Yes.
8 Q  What is that?
9 A  It indicates the area that individual technical
10     writers work on and who their manager/team lead
11     is.
12 Q  Okay.  Thank you.  By looking at this document,
13     are you able to tell me for what time period it is
14     relevant?
15 A  Yes.
16 Q  And what is your best estimate for that time
17     period?
18 A  My best estimate is this was the team as of early
19     2014.
20 Q  Thank you.  Let's pick the third box on the left
21     that appears to have the heading Support Writing -
22     Access & Tech Apps and Revenue/Cogito.  Close-ish?
23     C-o-g-i-t-o, Cogito.  The first name under that is
24     Matt Becker.  Do you see where I am?
25 A  Yes.

Long, D., v.
Epic Systems Corporation

Videotape 30(b)(6) Deposition of Andrew T. Dolan
February 24, 2016

Page 33

1 Q   Okay.  Does this representation then indicate that
2      Matt Becker is the team lead for that area?
3 A   Yes.
4 Q   And if you look further down in that box, there
5      are a group of three names, Jessica, Leah, and
6      Dakota.  Do you see those three?
7 A   Yes.
8 Q   Is it true that Jessica, Leah, and Dakota would
9      report to Cate, and Cate would then report to
10     Matt?
11 A   Yes.
12 Q   All right.  It looks like you appear on the second
13     page of this document where there is just one box.
14     Do you see that?
15 A   Yes.
16 Q   Okay.  And this box is entitled Content
17     Management & Publication with your name at the
18     top.  Your name then appears again.  Do you see
19     that?
20 A   Yes.
21 Q   Can you just explain to me why that is?
22 A   What aspect would you like explained?
23 Q   I'll try it this way:  Does your name appear in
24     that box twice because you were filling multiple
25     roles within the content management and

Page 34

1      publication group?
2 A   What do you mean by role?
3 Q   Let's just move on.  What does the turnover spot
4      label refer to?  And I'm still on the content
5      management and publication box.
6 A   That indicates previously someone worked in that
7      area.
8 Q   Like any job in the world, there is occasionally
9      turnover in the tech comm team?  Employees leave?
10     This isn't a trick question, because the
11     alternative is pretty scary.
12 A   I didn't hear a question.
13 Q   Okay.  I'll emphasize the question part of it.  Do
14     tech comm employees occasionally leave the tech
15     comm team for one reason or another?
16 A   Yes.
17 Q   Okay.  If you turn to page 3 of this document,
18     there appears to be a table with, I don't know,
19     roughly 100 rows in, and the far left column is
20     called Departed with names underneath it.  Do you
21     see that?
22 A   Yes.
23 Q   The far right column appears to be labeled
24     Comments.  Do you see that one?
25 A   Yes.

Page 35

1 Q   Okay.  Have you seen a spreadsheet like this
2      before?
3 A   Yes.
4 Q   What is its purpose at Epic?
5 A   Can you be more specific?
6 Q   Sure.  Does this document have a use within Epic?
7 A   Yes.
8 Q   How would you describe its use?
9 A   It is used to track those who have left the team.
10     List, enumerate those who have left the team.
11 Q   Thank you.  Have you ever populated a table like
12     this in the course of your work at Epic?
13 A   Have I populated?  What do you mean populated?
14 Q   Have you ever had to fill out any of the fields in
15     a table like this?
16 A   Yes.
17 Q   Do you have an understanding of what types of
18     comments are intended to be captured in the
19     Comments column?
20 A   I don't know.
21 Q   That is fine.  If you would go to the fourth page
22     of the document.  In the version I'm looking at it
23     starts with Sarah at the top and ends can Katie at
24     the bottom.  Have you found it?
25 A   Yes.

Page 36

1 Q   Okay.  In the columns column, roughly 15 lines
2      down, there are a series of one, two, three, four,
3      five, six, seven -- seven entries, one upon
4      another.  Do you see that?  The first one starts
5      Jay Craig.
6 A   Sorry.  Can you orient me again?
7 Q   Sure.  Sure.
8          MR. FINKEL: Look over here.
9          MR. KNUTSON: Thanks, Noah.
10 A   Oh, right, right, right.  Yeah.
11 Q   Do you see where I am?
12 A   Yes.
13 Q   Okay.  It looks like four times in that cluster of
14     comments the phrase low performer is used.  Are
15     you able to locate any of those?
16 A   Yes.
17 Q   Okay.  What's your understanding of what's meant
18     by low performer as it's used there?
19 A   It would seem to indicate they are not meeting the
20     expectation of the role.
21 Q   If there --
22 A   Their job performance, in other words.
23 Q   If you follow those low performer rows all the way
24     to the left, they correspond with people's names.
25     Do you personally know any of those people who

Page 37

1     were described as low performers?
2 A   No.
3 Q   Would you mind turning, please, to the seventh
4     page of the document.
5        MR. FINKEL: That one.
6 Q   Why don't you just take a moment to look at it.
7     Have you seen a page like this one before?
8 A   Yes.
9 Q   It appears at the top of the page that it contains
10     information up to the year 2011.  Do you know if a
11     similar table exists for the years 2012 until the
12     present?
13 A   I don't know.
14 Q   If you needed to get that table, who would you ask
15     to try to locate it?
16 A   I don't know.
17 Q   Have you done any independent research or
18     investigation to try and determine how many
19     technical writers worked at Epic between 2012 and
20     2014?
21 A   No.
22 Q   You can set that document aside.  Thanks.  If I
23     use the phrase software development cycle, what
24     does that mean to you in the context of Epic
25     Systems?

Page 38

1 A   A very broad terminology to describe the process
2     of investigating, designing, developing, and
3     releasing the software.
4 Q   The tech comm team plays a part in the software
5     development cycle at Epic; right?
6 A   Yes.
7 Q   Do you feel competent to testify about the
8     structure of the software development cycle
9     generally?
10 A   How generally?
11 Q   My ultimate goal here is to try to understand at
12     which point or points in the software development
13     cycle the tech comm team is implicated.  That
14     would be hard for you to do if you don't know the
15     whole software development cycle.  So if you
16     don't, I just need to know that.  But if you do
17     feel like, You know, I do have a handle on the
18     software development cycle, then we can talk about
19     it.
20 A   Yes.
21 Q   Okay.  Can you tell me what the first steps are in
22     the software development cycle, please?
23 A   Well, as the name cycle would indicate, it is not
24     merely linear; however, generally it would begin
25     with obtaining requirements, creating -- and then

Page 39

1     creating the design based on those requirements.
2 Q   And we're talking about software requirements;
3     right?
4 A   Yes.
5 Q   Okay.  Is there a team at Epic primarily
6     responsible for the design portion of the software
7     development cycle that you just described?
8 A   Yes.
9 Q   I could guess, but I won't.  Which team do you
10     have in mind?
11 A   Software development.
12 Q   Thanks.  What happens next in the software
13     development cycle?
14 A   Once a design is approved, the software developer
15     for that project begins work writing the code.
16 Q   Are software developers sometimes just called
17     developers at Epic?
18 A   Yes.
19 Q   And is there a software development team at Epic?
20 A   Yes.
21 Q   What happens next in the software development
22     cycle?
23 A   Upon completion of the initial development,
24     another developer would review that project,
25     review the code.

Page 40

1 Q   What is your understanding of the purpose of that
2     step in the cycle?
3 A   To help ensure code quality, find bugs in the
4     code.
5 Q   Anything else?
6 A   No.
7 Q   Okay.  What happens next?
8 A   There may be several iterations of that review.
9     Once it has reached a sign-off of involved
10     parties, it would be moved on to the next phase.
11 Q   Which is what?
12 A   Stage two.
13 Q   What happens in stage two?
14 A   Many -- It's not just one sort of thing happens.
15     Generally at that point the project is considered
16     stable, or somewhat stable.  At that point often
17     the documentation will begin or records --
18     technical communicators would begin working on
19     documentation.  It may be tested by quality
20     assurance folks.  In some cases additional code
21     review may take place.
22 Q   Thanks.  What happens next?
23 A   It depends.
24 Q   Okay.  Thanks.  Where are the technical writers at
25     Epic physically located?

Page 41

1  A  In their offices.
2  Q  Are their offices located in Verona?
3  A  Yes.
4  Q  Are there any technical writers who still reside
5     in the Madison office?
6  A  I don't know.
7  Q  How would you find out?
8  A  I would look on Guru.
9  Q  Say again.
10 A  We have an internal system that I could look that
11    up.
12 Q  Where in the internal system would you go to look
13    it up?
14 A  There is a web page.  It has everyone's office
15    listed.
16 Q  All right.  Does that web page identify the team
17    the person is on as well?
18 A  Yes.
19 Q  Okay.  So you would go on the web page, you would
20    look for a tech comm team, and then look at the
21    corresponding office?
22 A  Role.
23 Q  Role.
24 A  Yes.
25 Q  All right.  There are multiple buildings on the

Page 42

1     Epic Verona campus; true?
2  A  Yes.
3  Q  Okay.  Are the technical writers who are located
4     on the Verona campus located in multiple buildings
5     or just one?
6  A  Multiple buildings.
7  Q  Is there one building in particular that houses
8     the majority of the technical writers?
9  A  No.
10 Q  Are there any technical writers who spend the
11    majority of their time at a customer's location,
12    at a hospital or clinic facility?
13 A  No.
14 Q  Does the tech comm team at Epic have any writing
15    standards, procedures, or processes in place that
16    relate to how it produces its deliverables?
17 A  Yes.
18 Q  I want to ask you about some of those.  Okay?
19       Do you have writing standards that emphasize
20    uniformity, boilerplate, and minimalism?
21 A  I don't know.
22 Q  Okay.
23          MS. SNAPP: It's Exhibit 5.
24          MR. KNUTSON: Thanks.  5, Noah.
25          MR. FINKEL: Okay.

Page 43

1  Q  I handed you a document marked Exhibit 5.  Have
2     you seen a document similar to that one before?
3  A  Yes.
4  Q  Why don't you take just a minute to review it so
5     you can make sure you're familiar with it.  Have
6     you had a chance to look it over?
7  A  Yes.
8  Q  Do you know what the purpose of this document is
9     within Epic?
10 A  Yes.
11 Q  What is that?
12 A  During the hiring process, during the -- we will
13    have candidates speak with a member of the tech
14    comm team to give a broad spectrum overview of
15    what the job is like, get an opportunity to ask
16    questions, things of that nature.
17 Q  Okay.  Thank you.  Would you turn to the second
18    page of the document, please.  Do you see a
19    heading that says Nature of the writing we do?
20 A  Yes.
21 Q  All right.  And I'm just going to look at the
22    second and third bullet points here.  The second
23    bullet point says, Role of reviewers; editing
24    process.  Below that it says style guides,
25    boilerplate, and minimalism.  Do you see that?

Page 44

1  A  Yes.
2  Q  Is it your understanding that that's intended to
3     give candidates an idea of the nature of the
4     writing that the technical writers do at Epic?
5  A  No.
6  Q  What is it intended to convey?
7  A  It's difficult to comprehensively cover -- or I
8     don't want to make assumptions of how they say
9     very limited terminology.  It's to give the
10    overviewer discussion points that may be relevant
11    to something the candidate is asking.  It's not
12    intended to be a comprehensive sort of indication
13    of all the work, which I gathered is what you were
14    asking.
15 Q  Okay.  The description itself is minimalist, isn't
16    it?
17 A  Yes.
18 Q  Does a Style Guide exist at Epic for use by the
19    technical writers?
20 A  Yes.
21 Q  Is there also a document called Writing at Epic
22    Companion?
23 A  I don't know.
24          MR. KNUTSON: Has this been marked?
25          MR. FINKEL: We did yesterday.

Page 45

1   MR. KNUTSON: I think we may have
2   just done the Style Guide yesterday.
3   MR. FINKEL: It was marked 13.
4   MR. KNUTSON: 13.
5 Q   All right. You've been handed a packet of papers
6   with a sticker on it marking it as Exhibit No. 13.
7   Do you see that?
8 A   Yes.
9 Q   Okay. Does this help refresh your memory as to
10   whether there is a document at Epic called the
11   Writing at Epic Companion? Let me ask a different
12   question.
13   Have you seen this before?
14 A   No.
15 Q   Okay. I'm not going to ask you any more questions
16   about it. You indicated there is a Style Guide at
17   Epic; right?
18 A   Yes.
19 Q   Okay. Is the Style Guide intended to provide
20   rules and recommendations that the writers use
21   when writing technical documents at Epic?
22 A   Yes.
23 Q   Based on one of the documents we looked at
24   earlier, am I right that you supervise some number
25   of technical writers?

Page 46

1 A   Yes.
2 Q   Have you ever told any of the technical writers
3   you supervise that they do not have to follow the
4   Style Guide at Epic?
5 A   I don't remember.
6 Q   Have any of the technical writers you've
7   supervised ever told you that they just weren't
8   going to follow the Style Guide at Epic?
9 A   I don't remember.
10 Q   Okay. When I use the phrase deliverable, does
11   that word have any particular meaning for you in
12   your role at Epic?
13 A   Yes.
14 Q   And what is it? What is a deliverable to you?
15 A   A deliverable generally refers to a specific type
16   of document intended for an audience at a customer
17   to meet a business need.
18 Q   Does every deliverable that the tech comm team
19   produces have its own wiki in the Epic system?
20 A   I don't know.
21 Q   Can you think of any deliverable that does not
22   have a wiki in the Epic system?
23 A   Yes.
24 Q   What came to mind?
25 A   Actually, I may need to revise that. I think

Page 47

1   there is a wiki for the one -- for the example I
2   had thought of. So --
3 Q   Okay. Do you need more time?
4 A   Yeah.
5 Q   Okay.
6 A   No examples are coming to mind. However, this is
7   based purely on memory, so --
8 Q   Okay. That's fine. Thanks for trying.
9   Are there templates that exist that technical
10   writers at Epic use to produce deliverables?
11 A   What do you mean by templates?
12 Q   Are there guidelines that are in some computer
13   form that regulate how technical writers produce
14   deliverables?
15 A   What do you mean by guide, how they produce --
16 Q   Maybe it will be easier if I just show you an
17   example of what I'm thinking of.
18   (Exhibit No. 22 marked for
19   identification)
20 Q   Okay. You have a new exhibit in front of you
21   marked 22. Do you see that?
22 A   Yes.
23 Q   Okay. Have you seen a document like this one
24   before?
25 A   Yes.

Page 48

1 Q   Okay. What is it? What is this?
2 A   This is a printout of a wiki article from Epic's
3   internal wiki.
4 Q   Are you able to discern what the purpose of this
5   wiki is?
6 A   Yes.
7 Q   What is that?
8 A   It's to give high-level guidance to describe the
9   business need being met with this deliverable,
10   give guidance for authors of that type of document
11   so they would understand the high-level focus of
12   that deliverable.
13 Q   In looking through the document, are there any
14   sections in it that are described as being
15   required in the production of a deliverable of
16   this type? And spoiler alert, there are.
17 A   Yes.
18 Q   Yes. I'm looking at page number 2. Do you see
19   that?
20 A   Yes.
21 Q   Okay. It looks like the first one on that page is
22   titled Implementation Impact. Do you see that?
23 A   Yes.
24 Q   Okay. I'll just read it out loud. It says,
25   "Include details about how long the project should

Page 49

1    take to implement and who should be involved. If
2    the project uses common tools, such as
3    BestPractice Advisories, Health Maintenance, the
4    Rule Editor, or SmartForms, assume that the
5    organization already has the tools installed. You
6    can follow the general implementation impact
7    guidelines on the release notes wiki." Did I read
8    that correctly?
9  A   Yes.
10 Q   The reason why we're doing this is because I had
11   asked a question about whether there are any
12   templates in place to guide how the technical
13   writers produce a deliverable. This is an example
14   of the type of thing I had in mind. It sounds
15   like we just weren't communicating, though. You
16   weren't understanding what I was talking about.
17       So would you describe this Implementation
18   Impact (required) section as something else other
19   than a template?
20 A   Yes.
21 Q   Okay. What would you call it?
22 A   I would call it a guideline.
23 Q   Period? Okay. Thanks.
24       Are there any computer systems within Epic
25   which a technical writer would use to produce a

Page 50

1    deliverable that have fillable fields? You may be
2    familiar with the Access Microsoft product. I'm
3    thinking of something similar to that?
4  A   Similar to Access?
5  Q   In that there is a box where the writer fills in
6    information.
7  A   When you say box, can you talk about box more?
8  Q   Sure. I'll try.
9        A field. Is there a prescribed document
10   template with open fields that technical writers
11   fill?
12 A   Can you give me an example of the template that
13   you're -- I mean, you've called this a template.
14 Q   Yeah. I'll bet we'll get to one at some point, so
15   let's just put that question on hold for now.
16   Okay?
17 A   Okay.
18 Q   Okay. Do any of the -- I think you called it a
19   guideline. Do any of the guidelines that the
20   technical writers get include a What to Write
21   section?
22 A   I don't know.
23       (Exhibit No. 23 marked for
24           identification)
25 Q   You've just been handed number 23. Take a second

Page 51

1    to look at it, please.
2        Okay. Is this also from Epic's wiki?
3  A   Yes.
4  Q   It appears this document is entitled Batch
5    Scheduler Templates. Do you see that at the top
6    of the first page?
7  A   Yes.
8  Q   Okay. So this one I'm going to call a template
9    because it is so titled. Do you see in the
10   contents box there is a numeral 3, it says What to
11   Write?
12 A   Yes.
13 Q   And if you turn to page 3, there is a heading with
14   a pen next to it that says What to Write. Do you
15   see that?
16 A   Yes.
17 Q   Okay. Is the What to Write section intended to
18   guide the technical writers in what to write for a
19   batch scheduler template?
20 A   Yes.
21 Q   Is there a wiki at Epic that describes each piece
22   of the Setup & Support Guide Content Model?
23 A   I don't know.
24       (Exhibit No. 24 marked for
25           identification)

Page 52

1  Q   I'll spare you having to read this whole one.
2    What we need is in the first paragraph on the
3    first page. This has been marked Exhibit 24. Is
4    this also from Epic's wiki?
5  A   Yes.
6  Q   It's titled S&S Content Model. Would you agree
7    that S&S in this context stands for setup and
8    support?
9  A   Yes.
10 Q   And the first sentence says, "This wiki describes
11   each piece of the Setup & Support Guide content
12   model." Do you see that?
13 A   Yes.
14 Q   Does that -- Well, now that you've seen this, do
15   you believe you've seen this wiki before?
16 A   Yes. Probably.
17 Q   Thanks. We're done with that. Do you know if
18   there is a page in Epic's wiki that collects the
19   Wikis that describe how to write about various
20   products and features?
21 A   Say that again.
22 Q   A page that collects the Wikis that describe how
23   to write about various products and features?
24 A   I don't know.
25 Q   I'll bet you know what's coming.

Page 53

1          (Exhibit No. 25 marked for
2           identification)
3  Q   You've been handed 25.  Does this appear to be a
4      page from Epic's wiki?
5  A   Yes.
6  Q   It's entitled Products and Features.  Do you see
7      that?
8  A   Yes.
9  Q   The first sentence says, "This page collects the
10     wikis that describe how to write about various
11     products and features."  Do you see that?
12 A   Yes.
13 Q   Are all the bullet-pointed items then below what
14     are referred to as products and features?
15 A   Yes.
16 Q   Thank you.  Are you familiar with an Epic wiki
17     that describes itself as a portal that collects
18     wikis that describe various processes we have on
19     the tech comm team?
20 A   Sorry.  Say that one more time.
21 Q   That's okay.  I'm talking about one that describes
22     itself as collects wikis that describe various
23     processes we have on the tech comm team.  It's
24     entitled Processes and Tips.
25 A   I'm not familiar from memory.

Page 54

1          (Exhibit No. 26 marked for
2           identification)
3  Q   Does that one say 26 on it?
4  A   Yes.
5  Q   Does it look like it comes from Epic's wiki?
6  A   Yes.
7  Q   It's entitled Processes and Tips, and I'm just
8      going to read the first couple sentences.  It
9      says, "This portal collects wikis that describe
10     various processes we have on the Tech Comm team.
11     In general, these processes are not specific to a
12     particular deliverable (the deliverable-specific
13     wikis have more information on those kinds of
14     processes)."  Did I read that correctly?
15 A   Yes.
16 Q   You're familiar with the Cumulus Content Model?
17        Let me describe it a different way.  Does the
18     word Cumulus mean something to you in terms of
19     technical writing at Epic?
20 A   Yes.
21 Q   Is Cumulus actually short for something else?
22 A   No.
23 Q   Is the Cumulus Content Model an enforceable
24     outline that defines the structure for documents
25     technical writers produce and makes them follow

Page 55

1      the rules?
2  A   The question isn't accurate --
3  Q   Okay.
4  A   -- to my knowledge.  I can't answer the question
5      as posed.  There is --
6  Q   That's fine.
7  A   Cumulus Content Model is not a meaningful phrase.
8  Q   All right.  I understand.
9         MS. SNAPP: It's Exhibit 11.
10        MR. KNUTSON: Thanks.  This is
11     Exhibit 11 from yesterday, Noah.
12        MR. FINKEL: Thanks.
13 Q   You've been handed what's been previously marked
14     as Exhibit 11.  Toward the bottom there is a
15     subheading that says Content Model and Infotype.
16     Do you see that?
17 A   Yes.
18 Q   Okay.  I'm looking at the paragraph that reads, "A
19     content model is an enforceable outline that
20     defines the structure for your document and makes
21     you follow the rules.  There's a content model for
22     each type of document we produce from Cumulus.
23     You might learn a content model from a wiki,
24     informally from another writer, or in a dedicated
25     class."  Do you see where I read that?

Page 56

1  A   Yes.
2  Q   Was part of the confusion with my question the
3      difference between a content model and Cumulus
4      generally?
5  A   Yes.
6  Q   Okay.  Would you agree with this paragraph that
7      describes what a content model is in the tech comm
8      team at Epic?
9  A   No.
10 Q   Let's go back to the hypothetical where I'm
11     starting as a technical writer at Epic again.
12     When do I receive my Style Guide?  When do I
13     receive the Style Guide document, either in paper
14     form or electronically?
15 A   I don't know.
16 Q   Okay.  Is it your best guess that I would get it
17     during training at some point?
18 A   Yes.
19 Q   If I'm tasked with production of my first
20     deliverable as a new technical writer, do I have
21     the freedom to deviate from the Style Guide
22     without approval from someone else?
23 A   Yes.
24 Q   Can you give me an example of how?
25 A   So when you're creating a document, you are

Page 57

1  essentially given a need that you need to meet,
2  but there is no sort of programatic enforcement of
3  the particular words you need to write or anything
4  like that.  It is a -- Really, one must gather
5  information, synthesize it, and best meet the
6  needs of the audience, our customers.  That's the
7  number one goal.
8  Q  Maybe it would help if I gave you an example.  In
9  our conversation yesterday, we discovered in the
10  Style Guide that there are certain terms or
11  phrases to avoid, and one that we learned about
12  was debugging.  And I'll represent to you the
13  document indicated that you should avoid use of
14  the term debugging and instead use some different
15  words.
16      As a technical writer at Epic, is it your
17  understanding that I'm allowed to deviate from a
18  requirement like that in the Style Guide without
19  approval from someone else?
20          MR. FINKEL:  Object to the form of
21      the question about requirement.  You can go
22      ahead and answer.
23  A  Yes.
24  Q  Have you ever instructed one of the technical
25  writers working in one of your groups at Epic that

Page 58

1  they are free to ignore the requirements of the
2  Style Guide?
3  A  I don't remember.
4  Q  Okay.
5          MR. KNUTSON:  This would be a
6      logical stopping point if you need a break,
7      or we can keep going.
8          THE WITNESS:  We can take a break.
9          MR. KNUTSON:  Okay.
10          THE WITNESS:  Yeah.
11          MS. HANSEN:  Going off the record,
12      end of DVD number 1.  The time is 10:42.
13          (Recess)
14          MS. HANSEN:  We are back on the
15      record with DVD number 2.  The time is 10:58.
16  Q  Thank you.  As part of your job, do you ever
17  review the TLPs for technical writers?
18  A  No.
19  Q  Do you track your time at Epic?
20  A  Yes.
21  Q  What is the name of the system you use to do that?
22  A  DeLorean.
23  Q  DeLorean?  How often do you input the time you've
24  worked into the DeLorean system?
25  A  Approximately once a week.

Page 59

1  Q  Is there a requirement for you to have your time
2  in by any particular time?  In other words, end of
3  the day, end of the week, end of the month, end of
4  the quarter?
5  A  Yes.
6  Q  And what is that deadline for you to have your
7  time in?
8  A  End of the month.
9  Q  As a team lead, do you still spend the majority of
10  your time producing deliverables or doing
11  something else?  And I'm not talking about team
12  leads generically.  I'm just talking about you
13  specifically.
14  A  Can you rephrase -- repeat the question?
15  Q  Sure.  I'll try.
16      As a team lead, do you spend the majority of
17  your time producing deliverables or doing
18  something else?
19  A  Yes.
20  Q  You spend the majority of your time producing
21  deliverables?
22  A  No.
23  Q  You spend the majority of your time doing
24  something else?
25  A  Yes.

Page 60

1  Q  What is the something else that you do with the
2  majority of your time?
3  A  It varies.
4  Q  Can you give me some examples, please?
5  A  I do project management, design our content
6  delivery software, internal support, working with
7  team members.
8  Q  Do any of the technical writers who work under you
9  spend the majority of their time doing something
10  other than producing deliverables?
11  A  What do you mean, producing deliverables?
12  Q  Let's use your definition, which is probably going
13  to be better than mine.  When I use that phrase,
14  producing deliverables, what does that mean to
15  you?
16  A  In general terms, it means identifying a topic or
17  subject matter, researching, investigating what
18  information to put into a document or using that
19  as a survey for deliverable, writing that content,
20  collaborating with others, and producing the
21  finished document.
22  Q  Is editing also part of the process you just
23  described?
24  A  Yes.
25  Q  Are there any technical writers who work for you

Page 61

1    who spend the majority of their time doing
2    something other than what you just described?
3  A  Yes.
4  Q  Who?
5  A  Casey.
6  Q  Casey.  What is Casey --
7  A  Casey Bushmaker.
8  Q  Okay.  What does Casey do with the majority of
9    Casey's time?
10  A  It various.
11  Q  Can you please give some examples?
12  A  He does internal support, writes internal code for
13    our content management system, does a lot of
14    Access LT, fixes bugs, reporting.
15  Q  What is Casey's role?
16  A  Technical communications.
17  Q  It sounds like Casey might have some technical
18    background in computing.  Is that right?
19  A  What do you mean by background?
20  Q  I think you described doing something with the
21    programmer or coding for Casey.  Did I hear you
22    correctly?
23  A  Yes.
24  Q  Okay.  What languages is Casey using when Casey
25    does those things?

Page 62

1  A  Caché ObjectScript, Access LT, SQL.
2  Q  Anything else?
3  A  Visual Basic 6.
4  Q  Are knowledge of the computer languages you just
5    described a prerequisite for someone being hired
6    as a technical writer at Epic?
7  A  No.
8  Q  Are you aware of any technical writer at Epic who
9    spends the majority of his or her time working in
10    the cafeteria at Epic?
11  A  No.
12  Q  Do you know any technical writer who works in the
13    cafeteria at all?
14  A  What do you mean, works in the cafeteria?
15  Q  Am I right that when an Epic employee performs
16    some work task there is a corresponding billing
17    code that goes with that task?
18  A  A building code?
19  Q  Billing.
20  A  Billing code.
21  Q  Let me withdraw the question.  You talked about
22    entering your time approximately every week;
23    right?
24  A  Yes.
25  Q  Into the DeLorean system?

Page 63

1  A  Yes.
2  Q  When you do that, are there any codes associated
3    with the work that you've done?
4  A  Yes.
5  Q  Are you aware of any technical writer who spends
6    the majority of their time doing work associated
7    with a cafeteria billing code?
8  A  No.
9  Q  When I use the phrase foundation code or
10    foundation source or source code, do those phrases
11    mean anything to you?
12  A  Yes.
13  Q  What do they mean to you?
14  A  Well, the first two don't.  Source code has a
15    broad definition.
16  Q  What about the other?
17  A  Say it again.
18  Q  Foundation code?
19  A  There is a team at Epic called foundations.
20  Q  Do you know what they do?
21  A  Yes.
22  Q  What is that?
23  A  They work on infrastructure of the software shared
24    amongst the other applications.
25  Q  Are you aware of any technical writers at Epic who

Page 64

1    spend the majority of their time working on the
2    foundation code?
3  A  No.
4  Q  Are you aware of any members of the technical
5    writing team that spend the majority of their time
6    making sales calls?
7  A  No.
8  Q  How about technical writers who spend the majority
9    of their time negotiating with Epic's customers
10    over the price of the software?
11  A  No.
12  Q  Are there any technical writers who spend the
13    majority of their time arranging travel plans for
14    Epic employees?
15  A  No.
16  Q  Is there another team that handles that?
17  A  Yes.
18  Q  Do you know the name of that team?
19  A  Yes.
20  Q  What is it?
21  A  Travel.
22  Q  Any technical writers who spend the majority of
23    their time engineering Epic software?
24  A  What do you mean by engineering?
25  Q  Have you ever heard the phrase software engineer

Page 65

1  used at Epic?
2 A  Yes.
3 Q  And when you heard it, what was the context for
4  it?
5 A  Typically in the context of technical services or
6  software developers.
7 Q  Is technical services sometimes called TS?
8 A  Yes.
9 Q  Is that a team at Epic?
10 A  Yes.
11 Q  Is that team distinct from the technical
12  communications team?
13 A  Yes.
14 Q  Are there any Epic employees with the role
15  technical communications who spend the majority of
16  their time working in the technical service team?
17 A  No.
18 Q  Are there any technical writers who spend the
19  majority of their time purchasing the furniture in
20  the technical service team area?
21 A  No.
22 Q  Do you know if there is a team at Epic that
23  handles that?
24 A  I don't know.
25 Q  Are there any members of the technical service

Page 66

1  team that spend the majority of their time
2  analyzing the computer systems at Epic?
3 A  What do you mean, analyzing?
4 Q  I'm going to use the phrase computer system
5  generally to include software, but it can also
6  include hardware in this instance or database
7  administration.
8 A  Uh-huh.  Uh-huh.
9 Q  Are there any technical writing employees who
10  spend the majority of their time in those duties
11  as opposed to producing deliverables?
12      MR. FINKEL: His question was more
13   about what you mean by analyzing.
14 Q  Okay.  Do you understand my question?
15 A  No.
16 Q  Okay.  Let me try again.  The question I'm trying
17  to ask is whether you know of any technical
18  writing employees who spend the majority of their
19  time analyzing Epic's computer systems as opposed
20  to documenting something related to the computer
21  systems at Epic.
22      MR. FINKEL: Object to the form.
23   You can go ahead.
24 A  Analysis can be interpreted broadly, and so I
25  would say a significant portion of time is spent

Page 67

1  in the analysis of computer systems by many
2  technical writers.
3 Q  Do the technical writers you have in mind have any
4  specialized computer training before arriving at
5  Epic?
6 A  What do you mean, specialized computer training?
7 Q  Do they have any degrees in computer programming,
8  computer systems analysis, computer systems
9  engineering?
10 A  It's possible.
11 Q  Can you think of anyone specifically who has
12  worked on your team with that background?
13 A  No.
14 Q  Okay.  If we were to narrow the definition of
15  computer systems analyst to someone with the
16  capability, training, and background required to
17  comprehensively analyze a computer software or
18  hardware system, do you still believe that there
19  are technical writers who spend the majority of
20  their time doing that as opposed to producing
21  deliverables?
22      MR. FINKEL: Object to the form.
23 A  How exactly did you change the format of the
24  question?
25      MR. KNUTSON: I'll just have you

Page 68

1  read it back, pretty please.
2      (Question read)
3 A  I don't know that you've narrowed the definition
4  from the previous question.  I believe that is
5  accurate, that a substantial portion of time is
6  spent doing systems analysis.
7 Q  Are the technical writers given input from other
8  roles at Epic when they perform what you're
9  describing as systems analysis?
10 A  I don't know what you mean by given input.
11 Q  Is it your testimony that the technical writers at
12  Epic Systems are capable of independently
13  analyzing a computer software or hardware system?
14 A  Yes.
15 Q  Okay.  And your basis for that is what?
16 A  You need to understand the software at a deep
17  level in order to write effectively.  All tech
18  comm employees go through extensive training to be
19  certified in the software applications that they
20  work with.  Based on my understanding of the terms
21  system analysis, that in-depth level of
22  understanding and knowledge would qualify.
23 Q  The deep level of understanding you've described,
24  does that include actually learning programming
25  language?

Page 69

1  A   Not necessarily.
2  Q   Does it include having the ability to actually
3      write code?
4  A   It could.
5  Q   Can you think of anyone specifically in the
6      technical writing team who writes code for Epic?
7  A   Yes.
8  Q   Okay.  Who?
9  A   Casey Bushmaker.
10 Q   Okay.  Anyone other than Casey?
11 A   Yes.
12 Q   Who?
13 A   Peter Jorsch.
14 Q   And what computer programming languages is Peter
15     conversant with?
16 A   Caché ObjectScript.
17 Q   Any others?
18 A   Visual Basic 6.
19 Q   Do you know what language the foundation code is
20     written at Epic?
21 A   What do you mean by the foundation code?
22 Q   I want you to assume that Epic's healthcare
23     software shares a common or foundation code.  Do
24     you understand the assumption I'm asking you to
25     make?

Page 70

1  A   Not exactly.  Are you referring to the team
2      foundation -- the foundations team at Epic and the
3      code that they are responsible for or are you
4      using that term more generally?
5  Q   When one of Epic's customers purchases Epic's
6      software, that software has a foundation code
7      within it.  Do you understand what I'm saying?
8  A   Your terminology is not quite accurate.
9  Q   Okay.  Why don't you tell me, then, what your
10     understanding is of the languages used in
11     programming the software that Epic sells to its
12     customers.
13 A   Our database software is written in Caché
14     ObjectScript, also known as M.  It's an M variant.
15     Our client software is a combination of Visual
16     Basic 6, as well as C#, JavaScript, CSS, and HTML.
17 Q   Any others?
18 A   Yes, but those are the ones that come to mind.
19 Q   Okay.  Thanks.  Do you believe that it's a
20     requirement for someone to be hired as a technical
21     writer at Epic to know any of those computer
22     languages before they are hired?
23 A   What do you mean by know?
24 Q   Be able to use them.
25 A   No.

Page 71

1  Q   I'm going to read to you a statement we've been
2      provided about the technical writing process at
3      Epic, and I just want to know if you agree or
4      disagree with it.  Okay?
5          Our technical writers have a knack for
6      explaining complex topics in simple language.
7      Successful technical writers are detail oriented,
8      can process large amounts of critical information,
9      and thrive under tight deadlines.
10         Anything about that description of technical
11     writers at Epic with which you disagree?
12 A   I agree that it accurately describes some
13     technical writers.
14 Q   How about this one:  Technical writers use their
15     skill to apply well-established techniques,
16     procedures, and specific standards described in
17     manuals and other sources like Cumulus and the
18     wikis.  Do you disagree with that statement?
19 A   Which type of technical writers?
20 Q   Epic Systems' technical writers.
21 A   It's a broad category.
22 Q   I understand it's broad.  Is there anything in
23     that statement that you think is untrue?  I'll
24     read to it you.
25 A   Say it one more time.

Page 72

1  Q   Technical writers use their skill to apply
2      well-established techniques, procedures, and
3      specific standards described in manuals or other
4      sources like Cumulus and the wikis.
5          And then my question is is there anything in
6      that statement that you believe is untrue?
7  A   No.
8  Q   How about this one:  Part of the way Epic
9      maintains the quality of its technical writing is
10     by making sure the deliverables technical writers
11     produce are reviewed and approved by a supervisor.
12     Anything about that statement incorrect?
13 A   Yes.
14 Q   What?
15 A   At least based on my -- what I heard, it made it
16     sound very, like, comprehensive, or like a
17     required.  Is that accurate?  I didn't know if I
18     caught the word all, but --
19 Q   Part of the way Epic maintains the quality of its
20     technical writing is by making sure the
21     deliverables technical writers produce are
22     reviewed and approved by a supervisor.
23 A   That is sometimes true but oftentimes not.  It
24     doesn't paint the whole picture.
25 Q   I understand.

Page 73

1 A  Right.
2 Q  I assume the quality of the deliverables you
3    produce are important to Epic?
4 A  Yes.
5 Q  And is it your understanding Epic would prefer
6    that they be right?
7 A  Yes.
8 Q  Would you agree that an editing process helps
9    ensure that the deliverables produced are correct?
10 A  Often.
11 Q  Technical writers at Epic interface with the
12    developers as part of the technical writer's job;
13    right?
14 A  Which type of technical writer?
15 Q  Is there a technical writer -- Strike that.
16      Do any of the technical writers who work
17    under you interact with developers in order to do
18    their job?
19 A  Yes.
20 Q  Do the developers help the technical writers by
21    giving them information they need to help produce
22    their deliverables?
23 A  No.  On my team?
24 Q  Sure.
25 A  No.

Page 74

1 Q  Are there teams within tech comm where developers
2    give technical writers information that's useful
3    to them in producing deliverables?
4 A  What do you mean by give them?
5 Q  Let's try it this way:  I want to talk about a
6    hypothetical deliverable I've been asked to
7    produce that we'll call a software use procedure.
8    Okay?  As a technical writer at Epic, who am I
9    going to talk to about what information should be
10    contained in that software use procedure?
11 A  There are a lot of options for that that may
12    include discussion with our development staff,
13    implementation staff, support staff.  It may also
14    include going directly in the system to understand
15    the procedure, since we're using generic
16    terminology.
17 Q  Okay.  What might I expect to find directly in the
18    system that would help me?
19 A  Well, you would execute the procedure or be able
20    to do so within the software as a means of
21    understanding it, again, at a deeper level.  You
22    might also do the build in the system, again kind
23    of that system analysis necessary to understand
24    the feature in a way that ultimately our customers
25    would need to be able to use it.

Page 75

1 Q  Is there a reason that I wouldn't understand that
2    feature innately already?
3 A  Yes.
4 Q  Why?
5 A  Again, speaking broadly, since procedure can mean
6    a lot of -- be interpreted many ways, there is
7    some very complex, sophisticated procedures within
8    the software that have, you know, many
9    permutations of how they could be configured or
10    how they could interact depending on individual
11    customer systems.  There is not a single,
12    straightforward way to understand that, and you
13    must understand the intent and all the variables
14    that go into, again, the procedure in order to
15    understand that at a deep enough level to digest
16    and relay that information.  And, again, this is
17    for some technical writers.
18 Q  Thank you.  I think I understand.  But let me make
19    sure.
20      If there are multiple different options for a
21    software update within Epic, does a developer tell
22    the technical writer which option is going to be
23    ultimately used?
24 A  Not necessarily.
25 Q  How does the technical writer find out what to

Page 76

1    talk about in the deliverable for that
2    hypothetical software update, then?
3 A  Well, again, going to my sort of previous example,
4    it may require talking directly with customers, it
5    may require talking to implementation staff, other
6    technical services staff.  It may involve speaking
7    with the software developer.
8      There is not a -- I would not characterize it
9    as a single source of truth, as it were.  It's
10    really a synthesis of information from a variety
11    of, you know, other individuals or, again, from
12    using the software itself, understanding how it's
13    built in the system.
14 Q  Okay.  I'm going to give you what's probably a
15    clumsy example, so bear with me, but let's say
16    Epic has a customer that we'll call St. Mary's and
17    St. Mary's OR staff wants to have the option to
18    add a chest x-ray when they're performing a
19    certain cardiac procedure.  That request is
20    relayed to Epic, Hey, we want this drop-down for a
21    chest x-ray when we're doing this operative
22    procedure.  Who within Epic decides whether or not
23    that change is feasible within the parameters of
24    the software?
25 A  Whether it's feasible?

Page 77

1 Q   Whether it can be done based on the computer
2     programming available.
3 A   Typically a software developer.
4 Q   And continuing with this hypothetical, then, once
5     that software developer determines that, yes, we
6     can make that change, here is how we're going to
7     do it, is that then when the change is documented
8     by tech comm?
9 A   Not necessarily.  It first has to go through the
10    process to actually create the development, which
11    is, you know, then channeled into the design
12    process which I believe we spoke about earlier.
13    And really a lot of folks can be involved in the
14    design process, possibly including folks from
15    technical communications, software development, to
16    figure out the best way to meet that need.  At the
17    point that it was released, it would then be up to
18    the technical communicator to figure out how best
19    to meet that need for the customer.
20 Q  Okay.  Thanks.  Let's kind of transition from
21    broad view to a more narrow focus now.  I want to
22    talk about some of the resources that take some of
23    the guesswork out of what the technical writers do
24    day-to-day.
25        We've talked already about the Style Guide.

Page 78

1         (Exhibit No. 27 marked for
2          identification)
3 Q   You're being marked -- or handed an exhibit marked
4     27 that has four meow meows on it.  I think
5     they're all the same, though.  It looks like this
6     document is entitled Title Capitalization.  Do you
7     see that?
8 A   Yes.
9 Q   Okay.  Is this document intended to assist
10    technical writers in figuring out when and which
11    parts of a title should be capitalized in a
12    deliverable?
13 A   I have no idea what this is supposed to do.
14 Q   Okay.  You haven't seen this one before?
15 A   No.
16 Q   Okay.  Are there any conventions at Epic in tech
17    comm related to capitalization?
18 A   I don't know.
19 Q   Okay.  Let's see.  Are you familiar with the part
20    of the Style Guide that I described earlier that
21    talks about terms to avoid?
22 A   No.
23 Q   All right.  Let's look at it quickly, then.
24    Number 9, Noah.  Do we have another copy of this?
25        You've just been handed a document previously

Page 79

1     marked as number 9.  If you look at the bottom
2     right-hand corner of the first page, you'll see a
3     string of letters and numbers that end with 4006.
4     Do you see that?
5 A   Yes.
6 Q   If you go to the last page, it looks like it ends
7     with 4,112.
8 A   Yes.
9 Q   Okay.  Let's, if you can, please, go to page 4100,
10    which should be a table with two columns.
11 A   Let me take this out.
12 Q   Have you found it?
13 A   Yes.
14 Q   It looks like the left column is entitled Term to
15    Avoid and then the right column is entitled
16    Replacement.  Do you see that?
17 A   Yes.
18 Q   And we might as well use the one that I talked
19    about earlier.  Do you see where it says debug or
20    debugging as a term to avoid?
21 A   Yes.
22 Q   It says, "Use 'troubleshoot,' or write around it.
23    For example, use 'utility' to refer to a debugging
24    tool.  'Debug' is a vague term that implies that
25    there are bugs in the system."  Do you see where I

Page 80

1     read that?
2 A   Yes.
3 Q   Would it be fair for me to describe that as a
4     writing convention that the technical writers at
5     Epic are supposed to employ?
6 A   I would say it's a recommendation.
7 Q   Okay.
8 A   Yes.
9 Q   Why don't you turn to the page right before that
10    one, then.  This one is entitled Terms to Avoid.
11    Do you see it at the top?
12 A   Yes.
13 Q   Right below that it says, "The following is a list
14    of terms you should avoid using in your writing."
15    Do you see that?
16 A   Uh-huh.
17        COURT REPORTER:  Is that a yes?
18 A   Yes.
19        MR. KNUTSON:  Thank you.  My bad.
20 Q   I don't see the word recommend or recommendation
21    in that sentence.  Do you?
22 A   No.
23 Q   All right.  Let's talk about a few more.  Is there
24    a grammar wiki in tech comm?
25 A   I don't know.

Long, D., v.                                                    Videotape 30(b)(6) Deposition of Andrew T. Dolan
Epic Systems Corporation                                                                    February 24, 2016

Page 81

1          (Exhibit No. 28 marked for
2           identification)
3 Q  You now have number 28.  Have you seen this one
4    before?
5 A  No.
6 Q  Okay.  Would you agree with me it looks like this
7    comes from Epic's wiki?
8 A  Yes.
9 Q  At the top it says Grammar, and below that it
10   says, "This topic includes the information that is
11   discussed in the Grammar Refresher class, as well
12   as information about other common grammar errors."
13   Do you see where I read that?
14 A  Yes.
15 Q  Are you aware of the grammar refresher class?
16 A  No.
17 Q  Okay.  Down below there is a heading that says
18   Agreement.  It then says, "The pronoun and its
19   antecedent must agree in number.  Titles, company
20   names, and words mentioned as words are singular.
21   Indefinite pronouns (such as 'anyone') and
22   interrogative pronouns (such as 'who') do not have
23   antecedents."  It then gives two wrong examples
24   and two right examples.  Do you see that?
25 A  Yes.

Page 82

1 Q  Is this an example of information available to the
2    technical writers to assist them in producing
3    deliverables at Epic?
4 A  Yes, it is an example.
5 Q  There is a second page.  Do you see that?  This
6    one is entitled Minimalism.  The first sentence
7    says, "Minimalist writing is much more than simply
8    reducing the number of words in a document."  Do
9    you see where I read that?
10 A  Yes.
11 Q  Is minimalism a style of writing that is preferred
12   at Epic?
13 A  I wouldn't characterize it as a style, I guess.
14 Q  Let me try to ask a better question.
15       Is the technical writing produced at Epic
16   intended to be succinct and minimalist as opposed
17   to prose?
18 A  I don't think those are opposing terms.  It is, by
19   definition, prose.  Right?
20 Q  Sure.  Let me use a better example, then.
21 A  I agree with the statement it can be defined as
22   removing useless information while adding useful
23   information.
24 Q  Okay.  Thanks.  Let's just leave it at that, then.
25       Are you familiar with a tech comm

Page 83

1    prioritization process?
2 A  Can you -- Do you have a more specific example?
3 Q  Sure.
4          (Exhibit No. 29 marked for
5           identification)
6          MR. KNUTSON: 28?
7          COURT REPORTER: 29.  29.
8          MR. KNUTSON: Thanks.
9 Q  You've just been handed number 29.  Take a second,
10   look at that, and tell me if you've ever seen this
11   before.
12 A  I have not seen this before.
13 Q  Okay.  Does it appear it comes from Epic's wiki?
14 A  Yes.
15 Q  Can you find this section on the front page that
16   says Stats Don't Think?
17 A  Yes.
18 Q  I'm going to read that out loud.  It says, "The
19   data doesn't tell you what's important or what
20   needs improvement.  It counts the things we can
21   count so you can buttress your judgment with
22   evidence.  You should use these metrics, but you
23   should also consider your intuition, the input of
24   your SMEs, Epic's priorities, or any of the other
25   factors that go into assessing the priority of a

Page 84

1    document."  Did I read that correctly?
2 A  Yes.
3 Q  Do you know what is meant by data in that
4    paragraph?
5 A  Generally or specifically?
6 Q  Are you able to discern what it's intended to
7    convey in the context of that paragraph?
8 A  Yes.
9 Q  What is that?
10 A  I don't know the specific metrics this is
11   referring to, but generally there is objective
12   data that can be used to measure, but there is
13   also a lot of judgment that needs to go into it
14   and is contrasting the objective versus the
15   subjective judgment of the individual writer.
16 Q  What is the objective data available?
17 A  I don't know.
18 Q  Okay.  Me either.  Thanks.
19       Are you familiar with a part of the Epic tech
20   comm wiki called The Writing Well?
21 A  No.
22          (Exhibit No. 30 marked for
23           identification)
24 Q  This document has been marked 30.  Do you see
25   where it says The Writing Well at the top?

Long, D., v.
Epic Systems Corporation

Videotape 30(b)(6) Deposition of Andrew T. Dolan
February 24, 2016

Page 85

1 A   Yes.
2 Q   And the first real full sentence there says, "The
3      Writing Well is the Tech Comm team's wiki home for
4      all things related to style, consistency, usage,
5      and best practices for writing." Do you see that?
6 A   Yes.
7 Q   Below that it has a references section that
8      includes what look like hyperlinks to the Epic
9      style manual, the Microsoft Manual of Style, and
10     the American Heritage Dictionary. Do you see
11     that?
12 A   Yes.
13 Q   Okay. Below there are some headings and below
14     those headings are items with bullet points. In
15     looking at this document, what is your
16     understanding of what the bullet-pointed items
17     represent?
18 A   They appear to be hyperlinks to either other wiki
19     articles or documents.
20 Q   Some examples are, and I'm in the one, two --
21     third column now, Galaxy synonyms, grammar,
22     minimalism, avoiding negative grammatical
23     constructions, common clunky phrases to avoid,
24     writing for translation. Do you see those?
25 A   Yes.

Page 86

1 Q   You believe that those all likely go to hyperlinks
2      to other areas of the wiki, some of which we've
3      already looked at?
4 A   Yes.
5 Q   Thank you.
6              (Exhibit No. 31 marked for
7                identification)
8 Q   You've been handed a document that says Meeting
9      Guidelines at the top. Do you see that?
10 A   Yes.
11 Q   Does this look like it comes from Epic's wiki?
12 A   Yes.
13 Q   Have you seen this one before?
14 A   No.
15 Q   Okay. Why don't you take a moment to read it. I
16     just want to ask you what the general purpose of
17     this document appears to be.
18         Have you had a chance to review it?
19 A   Yes.
20 Q   Can you tell me what you believe the purpose of
21     this wiki is?
22 A   General guidelines to help have effective
23     meetings.
24 Q   Thanks.
25              MR. FINKEL: Has that been marked?

Page 87

1      Well, maybe not.
2              (Exhibit No. 32 marked for
3                identification)
4 Q   You've just been given Exhibit 32 which is
5      entitled Writing for Your Audience, which appears
6      to have been authored by Lindsay More and Nikki
7      Muenchow. Do you see that?
8 A   Yes.
9 Q   Okay. Have you ever seen this document before?
10 A   I don't remember.
11 Q   Do you know who Nikki Muenchow is?
12 A   Yes.
13 Q   Who is that?
14 A   She's a former coworker.
15 Q   I'm inferring that she's no longer a coworker. Is
16     that true?
17 A   Yes.
18 Q   Okay. Why is she no longer a coworker?
19 A   She no longer works at Epic.
20 Q   Okay. When did she leave?
21 A   I don't remember exactly.
22 Q   Do you know generally?
23 A   It was around the second quarter of 2015.
24 Q   Thanks. Can you turn to the second page of this
25     document, please? Would you agree with me that

Page 88

1      this looks like maybe a presentation of some kind,
2      maybe these are PowerPoint slides?
3 A   Yes.
4 Q   Okay. At the bottom of page 2 it says,
5      "Professional tone. You are not the colleague of
6      the Doctor. Do not pretend to be. These are
7      highly intelligent, serious people. Avoid
8      exaggeration, advertising spin, exclamation
9      points!, etc. Read the Style Guide for a really
10     great description of how to write for doctors."
11     Did I read that correctly?
12 A   Yes.
13 Q   Have you ever sat in or seen this presentation
14     given before?
15 A   No.
16 Q   Thanks.
17              (Exhibit No. 33 marked for
18                identification)
19 Q   You've been handed number 33. Have you seen that
20     document before?
21 A   No.
22 Q   Can you tell me what it's entitled?
23 A   I don't believe the document itself has a title.
24     It looks to be a presentation that was printed
25     out.

Page 89

1 Q   Okay.  What's your best guess as to what the
2     presentation was called?
3 A   How Do I Know What to Work On?
4 Q   Okay.  There is a picture of a woman on the first
5     page.  Do you see that?
6 A   Yes.
7 Q   Do you know who that is?
8 A   No.
9 Q   Take as much time as you need to look at the
10     document, but are you able to discern what the
11     purpose of that presentation was?
12 A   Yes.
13 Q   Okay.  What do you think the purpose of that
14     presentation was?
15 A   To help provide some guidelines and areas to look
16     for information in our internal software that we
17     use to manage the development process that some
18     technical writers will use for some portions of
19     what they work on to kind of help discover various
20     sources of information that may be pertinent to
21     writing the documentation.
22 Q   Thanks.
23           (Exhibit No. 34 marked for
24            identification)
25 Q   You've just been handed number 34 which appears to

Page 90

1     be entitled Writer Boot Camp.  Is that a thing at
2     Epic, Writer Boot Camp?
3 A   Yes.
4 Q   Is that part of training?
5 A   Yes.
6 Q   Okay.  It appears to me, and you correct me if I'm
7     wrong, that this is an exercise given to attendees
8     of Writer Boot Camp.  After you've had a chance to
9     look at it, tell me if it looks like that to you
10     as well.
11 A   Yes.
12 Q   Okay.  At the bottom of the document there is a
13     paragraph that says, "Write him a short email (in
14     your own words) that explains how MyChart is
15     useful to physicians, and at the end, tell him
16     about a few informational documents Epic has
17     available.  To find the documents, you'll need to
18     do a little research.  Look in," and then there is
19     a long file path, "to find customer-ready
20     documents.  Note that all of the documents in this
21     folder are useful for physicians."
22          It then goes on to say, "Note:  If this
23     happens to you in real life, before you send the
24     email, talk to IS or TS on the physician's
25     customer team."  Do you see where I read that?

Page 91

1 A   Yes.
2 Q   What does IS stand for in that last sentence?
3 A   Implementation services.
4 Q   And how about TS?
5 A   Technical services.
6 Q   Thanks.  We're done with that one.
7          Is editing part of the deliverable production
8     process at Epic?
9 A   It can be.
10 Q   Are technical writers told that their documents
11     will be edited or reviewed?
12 A   Told by whom?
13 Q   Told by anyone.
14 A   That is certainly possible.
15          MR. KNUTSON:  Okay.  We must have
16       done this one already.  Sorry, Noah, just
17       give me one second, and then I'll hand this
18       off to you.
19           (Exhibit No. 35 marked for
20            identification)
21 Q   Yeah.  I think we may have used that yesterday.
22     I'm just going to be talking about a section at
23     the bottom of the first page of that document.
24          If you go to the bottom of that first page,
25     there is a section that talks about editorial

Page 92

1     review that says something like be ready for lots
2     of editorial review, it will get pretty tore up.
3     Do you see that?
4 A   Yes.
5 Q   Okay.  Do you know what "it" refers to in that
6     sentence?  It's not Rosebud probably, but would it
7     be deliverable?
8 A   Yes.  It appears to refer to written content.
9 Q   Thank you.  Are technical writers given any
10     guidance on how to find a reviewer for the
11     deliverables they produce?
12 A   It depends.
13 Q   Do the writers who work under you know how to get
14     one of their deliverables reviewed by someone
15     else?
16 A   That doesn't apply.
17 Q   Okay.
18           (Exhibit No. 36 marked for
19            identification)
20 Q   You've just been handed number 36.  Have you seen
21     this part of Epic's wiki before?
22 A   No.
23 Q   It appears to be entitled Review, and the first
24     section says, "After a Program document is
25     drafted, it goes through three rounds of review

Page 93

1   (after self-review!)."  Do you see that sentence?
2  A  Yes.
3  Q  The word program is capitalized.  Is a Program
4     document a certain kind of document at Epic or is
5     program being used as a term of art in that
6     sentence?
7  A  It refers to a certain deliverable.
8  Q  Numeral 1 then says SME and peer review.  What
9     does SME stand for?
10  A  Subject matter expert.
11  Q  The first bullet point under that numeral then
12     says, "Primary application TS for Epic community
13     member."  Do you see that?
14  A  Yes.
15  Q  Is TS there technical services?
16  A  Yes.
17  Q  Thank you.  Numeral 2 says HPDR and CLAW review.
18     Can you tell me what those two acronyms stand for,
19     please?
20  A  High-profile document review.  I don't know what
21     CLAW stands for in this context.
22  Q  That's okay.  Is there a wiki that covers
23     abbreviations commonly used at Epic?
24  A  I don't know.
25  Q  That's it for that one.

Page 94

1             (Exhibit No. 37 marked for
2                identification)
3  Q  You've been given 37.  It's entitled S&S Review.
4     Do you see that?
5  A  Yes.
6  Q  What does S&S stand for?
7  A  Setup and support.
8  Q  Is a Setup & Support Guide a deliverable that
9     technical writers at Epic work on?
10  A  Yes.
11  Q  Excuse me.  There is a heading that says Who
12     Reviews the S&S Guide.  Do you see that?
13  A  Yes.
14  Q  It then says, "At minimum:  One developer, one
15     QAer, one TS person, one pod representative, one
16     writer."  Did I read that list correctly?
17  A  Yes.
18  Q  What's a pod representative?
19  A  I believe that refers to what would commonly be
20     called a work group, a member of that work group.
21  Q  Okay.  Part of that section that says at minimum
22     and then has a list, can you think of other
23     potential reviewers of an S&S Guide that are not
24     listed here or do you think the minimum refers to
25     the number of each category of reviewer?

Page 95

1  A  I wouldn't want to speculate about the intent.  I
2     don't -- It is not intended to be comprehensive
3     necessarily.
4  Q  Okay.  That's fine.  Thanks.  Is there a tech comm
5     editing team at Epic?
6  A  Yes.
7  Q  Does the editing team focus their time on making
8     sure that the content Epic sends out as a tech
9     comm team to the Epic community is consistent,
10     clear, and as helpful and useful as possible?
11  A  Yes.
12  Q  Did you ever work with Dayna Long?
13  A  No.
14  Q  Do you know her personally?
15  A  No.
16  Q  Do you know any technical communications employees
17     at Epic who make more than $100,000 a year?
18  A  I don't know.  Salary information isn't shared.
19  Q  What's the process for a technical writer at Epic
20     to get a raise?
21  A  There is a biannual review process.  Excuse me,
22     ranking process.  The rank of the team member is,
23     as I understand it, a significant factor in
24     determining a raise.  The rank itself is a
25     representation of the performance of the team

Page 96

1     member.
2  Q  Their rank within the tech comm team?
3  A  Yes.  It's not numeric.
4  Q  I'm sorry.  I just didn't hear the last word.
5  A  It's not numeric.
6  Q  I see.
7  A  Your statement of within implied an ordinal.  It's
8     not numeric.  It's a letter grade.
9  Q  Okay.  I see.  Is there a document you're aware of
10     called the Common Technical Writer TLP Sheet?
11  A  Not that I'm aware of.
12  Q  I'm saying document.  I'm sorry to interrupt.  It
13     may also be part of the wiki.  I'm using document
14     generically here.
15  A  Not that I'm aware of.
16  Q  Do you personally keep a list of the TLP codes you
17     typically use in your work?
18  A  Yes.
19  Q  How do you maintain that list?
20  A  In our software.  To enter it, it's a quick
21     button, basically.
22  Q  Is that in DeLorean?
23  A  Yes.
24             MR. KNUTSON:  Okay.  Real quickly,
25        I bet I can get done in, like, 10, 12

Page 97

1   minutes.  Would you prefer a break or should
2   we just power through and get through?
3          MR. FINKEL: Power through?
4          THE WITNESS: We can go, yeah.
5          MR. KNUTSON: We'll get you out of
6   here.  All right.  Can I have -- Oh, this is
7   from yesterday?  All right.  I'm looking for
8   21, Noah.
9 Q  I'm going to hand you what's been previously
10   marked as Exhibit 21.  I'm going to represent to
11   you that that's an assessment document that
12   relates to QA employees from Epic's wiki, so I
13   don't expect that you've seen it before.  What I
14   want to know is if you're aware of a document
15   similar to that one that relates to assessment of
16   technical writers.
17          MS. SNAPP: I don't think that's
18   the right document.
19          MR. KNUTSON: Oh, did I give him
20   the wrong document?  Which one should he
21   have?
22          (Discussion held off record)
23 Q  Never mind.  You have the wrong one in front of
24   you.
25 A  Okay.

Page 98

1 Q  So don't bother trying.  Thanks.  When do you
2   typically start your workday?
3 A  Around 8:15 to 8:30.
4 Q  A.m.?
5 A  A.m.
6 Q  Okay.  When do you typically go home?
7 A  Typically is difficult.  It tends to vary.
8 Q  Okay.  Do you know what your average hours per
9   week generally are?
10 A  I don't know exactly.
11 Q  Okay.  Does the DeLorean program track your weekly
12   hours?
13 A  Yes.
14 Q  Okay.  Do you have any idea what the number of
15   hours are for any week you've worked so far in
16   2016?
17 A  Yes.
18 Q  What were they?
19 A  They were around 45 would be --
20 Q  And if we wanted to take a look at your hours
21   worked, all we would need to do would be to run a
22   report from that program; right?
23 A  Yes.
24 Q  Okay.  When technical writers start at Epic, are
25   they told to expect to be working more than

Page 99

1   40 hours a week?
2 A  By whom?
3 Q  By anyone involved in their training or
4   recruitment.
5 A  It's possible that they are told that.
6 Q  Have you ever told any technical writer to expect
7   to work more than 40 hours a week?
8 A  I don't remember.
9 Q  Have you ever been made aware of any technical
10   writer at Epic working more than 40 hours a week?
11 A  Yes.
12 Q  Has it happened more than once?
13 A  Has -- Have I been made aware of it more than
14   once?
15 Q  Uh-huh.  Yes.
16 A  Yes.
17 Q  Okay.  I want you to choose your own adjective
18   here.  But would you say technical writers work
19   more than 40 hours a week rarely, routinely,
20   often, never, always?
21 A  Sometimes.
22 Q  Okay.  Does it happen more often during certain
23   periods of the month or year?
24 A  It depends which type of technical writer we're
25   talking about.

Page 100

1 Q  Have you ever reviewed a document associated with
2   a technical writer's exit interview?
3 A  Yes.
4 Q  And on the document you're thinking of, does it
5   include TLG averages for the hours that that
6   technical writer had worked?
7 A  Yes.
8 Q  Do you know how that TLG average number is
9   calculated?
10 A  No.
11 Q  Do you know who is responsible for its
12   calculation?
13 A  No.
14 Q  If you had to find out, who would you ask?
15 A  I don't know.
16 Q  Just remind me, you've been at Epic 11 years in
17   tech comm; is that right?
18 A  Yes.
19 Q  Has anybody ever come to you and asked whether you
20   think that the technical writers at Epic should be
21   paid overtime?
22 A  No.
23 Q  Has anybody ever come to you and asked if you
24   think some of the technical writers at Epic should
25   be paid overtime?

Page 101

1  A  No.

2  Q  Have you ever participated in any process at Epic
3      to try and determine whether the technical writers
4      should be paid overtime?

5  A  No.

6              MR. KNUTSON: Thanks.  Those are
7      all the questions I have for you today.  Your
8      lawyer may have some.

9              MR. FINKEL: I have no questions,
10     and we'll reserve signature.

11             MR. KNUTSON: Then you're all done.

12             MS. HANSEN: We are off the record,
13     end of deposition, DVD 2 of 2.  The time is
14     12:11.

15         (Adjourning at 12:12 p.m.)

16

17

18

19

20

21

22

23

24

25

Page 102

1   STATE OF WISCONSIN )
2                      ) ss.
    COUNTY OF DANE     )

3       I, PEGGY S. CHRISTENSEN, a Registered Professional

4   Reporter and Notary Public duly commissioned and

5   qualified in and for the State of Wisconsin, do

6   hereby certify that pursuant to notice, there came

7   before me on the 24th day of February 2016, at

8   9:03 in the forenoon, at the offices of Habush,

9   Habush & Rottier, S.C., Attorneys at Law, 150 East

10  Gilman Street, Suite 2000, in the City of Madison,

11  County of Dane, and State of Wisconsin, the following

12  named person, to wit:  ANDREW T. DOLAN, who was by me

13  duly sworn to testify to the truth and nothing but

14  the truth of his knowledge touching and concerning

15  the matters in controversy in this cause; that

16  ANDREW T. DOLAN was thereupon carefully examined upon

17  his oath and his examination reduced to typewriting

18  with computer-aided transcription; that the

19  deposition is a true record of the testimony given by

20  the witness; and that reading and signing was not

21  waived.

22          I further certify that I am neither

23  attorney or counsel for, nor related to or employed

24  by any of the parties to the action in which this

25  deposition is taken and further that I am not a

Page 103

1   relative or employee of any attorney or counsel

2   employed by the parties hereto or financially

3   interested in the action.

4           In witness whereof I have hereunto set my

5   hand and affixed my notarial seal this 2nd day of

6   March 2016.

7

8                        Notary Public, State of Wisconsin
9                        Registered Professional Reporter
                         Certified Realtime Reporter
10

11  My commission expires
    August 7, 2016

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$100,000 (1)**
95:17

**A**

**abbreviations (1)**
93:23
**ability (1)**
69:2
**able (9)**
13:9;32:13;36:15;
48:4;70:24;74:19,25;
84:6;89:10
**above (3)**
11:1;23:15,16
**Access (5)**
32:22;50:2,4;61:14;
62:1
**accounting (4)**
26:23;27:2;28:21;
29:21
**accurate (4)**
55:2;68:5;70:8;
72:17
**accurately (1)**
71:12
**acronyms (1)**
93:18
**actions (5)**
11:17;17:15,21,24;
18:1
**actually (8)**
7:9;10:21;30:14;
46:25;54:21;68:24;
69:2;77:10
**add (1)**
76:18
**adding (1)**
82:22
**additional (1)**
40:20
**adjective (1)**
99:17
**Adjourning (1)**
101:15
**administration (1)**
66:7
**advertising (1)**
88:8
**Advisories (1)**
49:3
**again (17)**
21:12;28:2;29:20;
33:18;36:6;41:9;52:21;
56:11;63:17;66:16;
74:21,22;75:5,14,16;
76:3,11
**against (1)**
18:20
**ago (2)**

11:12;14:19
**agree (9)**
52:6;56:6;71:3,12;
73:8;81:6,19;82:21;
87:25
**Agreement (1)**
81:18
**ahead (2)**
57:22;66:23
**akin (1)**
9:16
**alert (1)**
48:16
**allowed (1)**
57:17
**alternative (1)**
34:11
**although (1)**
20:14
**always (1)**
99:20
**American (1)**
85:10
**amongst (1)**
63:24
**amounts (1)**
71:8
**Analysis (7)**
66:24;67:1,8;68:6,9,
21;74:23
**analyst (1)**
67:15
**analyze (1)**
67:17
**analyzing (5)**
66:2,3,13,19;68:13
**Andrew (2)**
5:25;6:12
**Andy (3)**
6:20,21,24
**antecedent (1)**
81:19
**antecedents (1)**
81:23
**anyone' (1)**
81:21
**Apfel (2)**
11:5;23:10
**A-p-f-e-l (1)**
23:12
**apologize (1)**
13:21
**appear (5)**
33:12,23;53:3;83:13;
85:18
**appearing (1)**
5:4
**appears (12)**
32:21;33:18;34:18,
23;37:9;51:4;86:17;
87:5;89:25;90:6;92:8,
23
**Appleton (2)**

8:11,15
**applicant (1)**
26:1
**applicants' (1)**
25:20
**application (2)**
29:12;93:12
**applications (2)**
63:24;68:19
**apply (3)**
71:15;72:1;92:16
**appreciate (3)**
6:23;26:13;29:17
**approval (2)**
56:22;57:19
**approved (3)**
39:14;72:11,22
**approximately (4)**
5:17;11:12;58:25;
62:22
**Apps (1)**
32:22
**area (6)**
25:16;31:19;32:9;
33:2;34:7;65:20
**areas (5)**
13:14,17,19;86:2;
89:15
**Around (5)**
21:14;79:22;87:23;
98:3,19
**arranging (1)**
64:13
**arriving (1)**
67:4
**art (1)**
93:5
**article (1)**
48:2
**articles (1)**
85:19
**aside (2)**
18:1;37:22
**aspect (1)**
33:22
**assessing (1)**
83:25
**assessment (2)**
97:11,15
**assist (3)**
25:16;78:9;82:2
**associated (3)**
63:2,6;100:1
**assume (5)**
12:6;26:9;49:4;
69:22;73:2
**assumption (1)**
69:24
**assumptions (1)**
44:8
**assurance (3)**
27:19,21;40:20
**attendees (1)**

90:7
**Attorney (1)**
5:6
**Attorneys (4)**
5:3;6:1,7;15:13
**audience (2)**
46:16;57:6;87:5
**authored (1)**
87:6
**authors (1)**
48:10
**available (4)**
77:2;82:1;84:16;
90:17
**average (2)**
98:8;100:8
**averages (1)**
100:5
**avoid (9)**
57:11,13;78:21;
79:15,20;80:10,14;
85:23;88:7
**avoiding (1)**
85:22
**aware (15)**
18:18,25;28:23;
29:23;62:8;63:5,25;
64:4;81:15;96:9,11,15;
97:14;99:9,13
**awareness (1)**
19:6

**B**

**BA (4)**
8:9,13;10:8,12
**back (7)**
25:1;26:4;30:20,22;
56:10;58:14;68:1
**background (5)**
8:8;61:18,19;67:12,
16
**bad (1)**
80:19
**based (6)**
39:1;45:23;47:7;
68:20;72:15;77:1
**Basic (3)**
62:3;69:18;70:16
**basically (1)**
96:21
**basis (1)**
68:15
**Batch (2)**
51:4,19
**bear (1)**
76:15
**became (1)**
18:24
**Becker (2)**
32:24;33:2
**begin (3)**
38:24;40:17,18

**begins (1)**
39:15
**behalf (1)**
5:4
**Below (8)**
43:24;53:13;80:13;
81:9,17;85:7,13,13
**benefit (1)**
16:7
**best (14)**
17:6,8;19:11;21:13;
24:18;25:25;32:16,18;
56:16;57:5;77:16,18;
85:5;89:1
**BestPractice (1)**
49:3
**bet (3)**
50:14;52:25;96:25
**better (4)**
31:12;60:13;82:14,
20
**beyond (3)**
8:13;9:9;10:12
**biannual (1)**
95:21
**big (1)**
17:7
**billing (4)**
62:16,19,20;63:7
**bit (2)**
10:20;20:8
**bits (1)**
16:24
**boilerplate (2)**
42:20;43:25
**Boot (3)**
90:1,2,8
**bother (1)**
98:1
**bottom (7)**
35:24;55:14;79:1;
88:4;90:12;91:23,24
**box (10)**
32:20;33:4,13,16,24;
34:5;50:5,7,7;51:10
**brand (1)**
20:22
**break (7)**
7:18,20;30:11,15;
58:6,8;97:1
**Breanne (1)**
6:7
**briefly (1)**
8:8
**bring (1)**
13:1
**broad (6)**
38:1;43:14;63:15;
71:21,22;77:21
**broadly (2)**
66:24;75:5
**bugs (3)**
40:3;61:14;79:25

**build (1)**
74:22
**building (2)**
42:7;62:18
**buildings (3)**
41:25;42:4,6
**built (1)**
76:13
**bullet (4)**
43:22,23;85:14;
93:11
**bullet-pointed (2)**
53:13;85:16
**Bushmaker (2)**
61:7;69:9
**business (2)**
46:17;48:9
**button (1)**
96:21
**buttress (1)**
83:21

**C**

**C# (1)**
70:16
**Caché (3)**
62:1;69:16;70:13
**cafeteria (1)**
62:10,13,14;63:7
**calculated (1)**
100:9
**calculation (1)**
100:12
**call (9)**
6:21;20:11;22:13;
23:4;49:21,22;51:8;
74:7;76:16
**called (20)**
6:13;14:3,5;15:2;
20:25;22:18,19;27:1;
34:20;39:16;44:21;
45:10;50:13,18;63:19;
65:7;84:20;89:2;94:20;
96:10
**calls (1)**
64:6
**came (1)**
46:24
**Camp (3)**
90:1,2,8
**campus (2)**
42:1,4
**can (60)**
6:5;7:9,17;12:16,18;
16:25;18:1;20:17;
21:25;23:21;25:25;
26:8;29:9,11;32:4;
33:21;35:5,23;36:6;
37:22;38:18,21;43:5;
46:21;49:6;50:7,12;
56:24;57:21;58:7,8;
59:14;60:4;61:11;66:5,

23,24;67:11;69:5;71:8;
75:5;77:1,6,13;79:9;
82:21;83:2,15,20,21;
84:12;86:20;87:24;
88:22;91:9;93:18;
94:22;96:25;97:4,6
**candidate (1)**
44:11
**candidates (2)**
43:13;44:3
**capability (1)**
67:16
**capable (1)**
68:12
**Capitalization (2)**
78:6,17
**capitalized (2)**
78:11;93:3
**caption (1)**
5:21
**captured (1)**
35:18
**cardiac (1)**
76:19
**care (1)**
16:25
**career (1)**
26:2
**case (10)**
5:21;14:15,20;17:20,
22;18:14,17,23;19:9,14
**cases (1)**
40:20
**Casey (11)**
61:5,6,6,7,8,17,21,
24,24;69:9,10
**Casey's (2)**
61:9,15
**Cate (6)**
15:18,20,24;18:16;
33:9,9
**category (2)**
71:21;94:25
**Cate's (1)**
15:22
**caught (1)**
72:18
**caution (1)**
18:8
**certain (5)**
57:10;76:19;93:4,7;
99:22
**certainly (1)**
91:14
**certifications (1)**
10:11
**certified (1)**
68:19
**chance (4)**
14:15;43:6;86:18;
90:8
**change (4)**
67:23;76:23;77:6,7

**channeled (1)**
77:11
**characterize (2)**
76:8;82:13
**charge (1)**
23:5
**chest (2)**
76:18,21
**choose (1)**
99:17
**chose (1)**
17:24
**Christensen (1)**
6:4
**clarification (1)**
16:4
**clarify (1)**
16:13
**class (3)**
55:25;81:11,15
**CLAW (2)**
93:17,21
**clear (1)**
95:10
**client (1)**
70:15
**clinic (1)**
42:12
**clipped (1)**
30:24
**Close-ish (1)**
32:22
**clumsily (1)**
23:13
**clumsy (1)**
76:15
**clunky (1)**
85:23
**cluster (1)**
36:13
**CLVS (2)**
5:9,15
**code (22)**
39:15,25;40:3,4,20;
61:12;62:17,18,20;
63:7,9,10,14,18;64:2;
69:3,6,19,21,23;70:3,6
**codes (2)**
63:2;96:16
**coding (1)**
61:21
**Cogito (1)**
32:23
**C-o-g-i-t-o (1)**
32:23
**collaborating (1)**
60:20
**colleague (1)**
88:5
**colleagues (1)**
14:14
**collects (6)**
52:18,22;53:9,17,22;

54:9
**college (1)**
25:7
**column (7)**
34:19,23;35:19;36:1;
79:14,15;85:21
**columns (2)**
36:1;79:10
**combination (1)**
70:15
**coming (2)**
47:6;52:25
**comm (43)**
10:21;16:2,6,9,16,
22;17:3;20:4,9,13,18;
21:9,16;23:7;24:13,16,
20;26:15;34:9,14,15;
38:4,13;41:20;42:14;
43:14;46:18;53:19,23;
54:10;56:7;68:18;74:1;
77:8;78:17;80:24;
82:25;84:20;85:3;95:4,
9;96:2;100:17
**Comments (4)**
34:24;35:18,19;
36:14
**common (5)**
49:2;69:23;81:12;
85:23;96:10
**commonly (4)**
24:15,17;93:23;
94:19
**comm-related (1)**
20:20
**communicating (1)**
49:15
**communication (1)**
22:25
**communications (25)**
9:8,9;11:7;12:20,21;
13:8;15:23;16:19;
22:23;28:1,4,12,17,18,
21,25;29:1,25;30:6,8;
61:16;65:12,15;77:15;
95:16
**communicator (1)**
77:18
**communicators (5)**
12:24;13:15,16,18;
40:18
**community (2)**
93:12;95:9
**Companion (2)**
44:22;45:11
**company (1)**
81:19
**competent (1)**
38:7
**completely (1)**
22:14
**completion (1)**
39:23
**complex (2)**

71:6;75:7
**comprehensive (3)**
44:12;72:16;95:2
**comprehensively (2)**
44:7;67:17
**computer (20)**
17:17;47:12;49:24;
62:4;66:2,4,19,20;67:1,
4,6,7,8,8,15,17;68:13;
69:14;70:21;77:1
**computing (1)**
61:18
**conceive (1)**
16:17
**conceiving (1)**
29:5
**conduct (1)**
25:15
**configured (1)**
75:9
**confusion (2)**
22:6;56:2
**Connie (2)**
5:9,14
**consider (2)**
25:3;83:23
**considered (1)**
40:15
**consistency (1)**
85:4
**consistent (1)**
95:9
**constructions (1)**
85:23
**contained (2)**
13:10;74:10
**contains (1)**
37:9
**Content (20)**
33:16,25;34:4;51:22;
52:6,11;54:16,23;55:7,
15,19,21,23;56:3,7;
60:5,19;61:13;92:8;
95:8
**contents (1)**
51:10
**context (6)**
37:24;52:7;65:3,5;
84:7;93:21
**Continued (1)**
5:1
**continuing (1)**
77:4
**contrasting (1)**
84:14
**control (1)**
27:18
**convention (1)**
80:4
**conventions (1)**
78:16
**conversant (1)**
69:15

conversation (2)
14:23;57:9
conversations (3)
12:8;14:19;15:10
convey (2)
44:6;84:7
copy (2)
32:1;78:24
corner (1)
79:2
Corporation (1)
5:22
correctly (6)
49:8;54:14;61:22;
84:1;88:11;94:16
correspond (1)
36:24
corresponding (2)
41:21;62:16
counsel (2)
12:5,13
count (1)
83:21
counts (1)
83:20
couple (2)
7:4;54:8
course (3)
25:18;28:25;35:12
Court (4)
5:23;6:3;80:17;83:7
cover (1)
44:7
covers (1)
93:22
coworker (3)
87:14,15,18
coworkers (1)
29:14
Craig (1)
36:5
create (1)
77:10
creating (3)
38:25;39:1;56:25
criteria (1)
25:10
critical (1)
71:8
CSS (1)
70:16
Cumulus (9)
54:16,18,21,23;55:7,
22;56:3;71:17;72:4
current (1)
9:3;10:6;14:8
Currently (4)
11:3;19:17;21:9;
29:2
customer (7)
29:13,16;46:16;
75:11;76:16;77:19;
90:25

customer-ready (1)
90:19
customers (6)
57:6;64:9;70:5,12;
74:24;76:4
customer's (1)
42:11
cycle (12)
37:23;38:5,8,13,15,
18,22,23;39:7,13,22;
40:2

D

Dakota (2)
33:6,8
Dana (6)
11:5;23:10,16,19;
24:21,24
Dana's (1)
11:6
data (5)
16:24;83:19;84:3,12,
16
database (2)
66:6;70:13
date (1)
5:15
dated (1)
14:7
day (5)
20:23;25:3;26:5,10;
59:3
Dayna (2)
18:20;95:12
day-to-day (1)
77:24
deadline (1)
59:6
deadlines (1)
71:9
debug (1)
79:19
Debug' (1)
79:24
debugging (4)
57:12,14;79:20,23
decides (1)
76:22
dedicated (1)
55:24
deep (3)
68:16,23;75:15
deeper (1)
74:21
defendant (1)
6:9
define (1)
18:1
defined (1)
82:21
defines (2)
54:24;55:20

definition (5)
60:12;63:15;67:14;
68:3;82:19
degree (1)
25:7
degrees (3)
8:13;10:11;67:7
deliverable (20)
46:10,14,15,18,21;
48:9,12,15;49:13;50:1;
54:12;56:20;60:19;
74:6;76:1;78:12;91:7;
92:7;93:7;94:8
deliverables (20)
42:16;47:10,14;
59:10,17,21;60:10,11,
14;66:11;67:21;72:10,
21;73:2,9,22;74:3;
82:3;92:11,14
deliverable-specific (1)
54:12
delivery (1)
60:6
DeLorean (6)
58:22,23,24;62:25;
96:22;98:11
Departed (1)
34:20
department (9)
10:21,22;20:9,11;
29:19,21,22,22;30:7
departments (1)
29:24
depending (1)
75:10
depends (4)
23:18;40:23;92:12;
99:24
deposed (5)
6:24;11:9,13,19;
14:14
deposition (8)
5:17;11:15,23;14:18;
16:1,5;17:14;101:13
describe (16)
9:11,17;20:12;29:9;
35:8;38:1;48:8;49:17;
52:19,22;53:10,18,22;
54:9,17;80:3
described (13)
14:11;24:12;37:1;
39:7;48:14;60:23;61:2,
20;62:5;68:23;71:16;
72:3;78:20
describes (6)
51:21;52:10;53:17,
21;56:7;71:12
describing (1)
68:9
description (3)
44:15;71:10;88:10
descriptions (1)
12:19

design (6)
39:1,6,14;60:5;
77:11,14
designated (1)
21:6
designation (1)
20:15
designations (1)
9:16
designing (1)
38:2
detail (1)
71:7
details (2)
19:6;48:25
determine (2)
37:18;101:3
determines (1)
77:5
determining (1)
95:24
developer (8)
24:4;39:14,24;75:21;
76:7;77:3,5;94:14
developers (7)
39:16,17;65:6;73:12,
17,20;74:1
developing (1)
38:2
development (17)
37:23;38:5,8,12,15,
18,22;39:7,11,13,19,
21,23;74:12;77:10,15;
89:17
deviate (2)
56:21;57:17
Dictionary (1)
85:10
difference (1)
56:3
different (11)
13:16;19:6,17;21:23;
22:9,10;29:7;45:11;
54:17;57:14;75:20
difficult (2)
44:7;98:7
digest (1)
75:15
direct (3)
10:25;26:6;30:6
directed (1)
28:17
directly (3)
74:14,17;76:4
director (5)
24:13,20;27:21;28:8,
24
directs (1)
29:24
disagree (3)
71:4,11,18
discern (3)
48:4;84:6;89:10

discover (1)
89:19
discovered (1)
57:9
discussed (1)
81:11
discussion (3)
44:10;74:12;97:22
discussions (1)
20:4
distinct (1)
65:11
District (2)
5:23,24
Doctor (1)
88:6
doctors (1)
88:10
document (63)
13:9,21,24;14:1;
31:9,13,15,24;32:12;
33:13;34:17;35:6,22;
37:4,22;43:1,2,8,18;
44:21;45:10;46:16;
47:23;48:10,13;50:9;
51:4;55:20,22;56:13,
25;57:13;60:18,21;
78:6,9,25;82:8;84:1,
24;85:15;86:8,17;87:9,
25;88:20,23;89:10;
90:12;91:23;92:24;
93:4,4,20;96:9,12,13;
97:11,14,18,20;100:1,4
documentation (3)
40:17,19;89:21
documented (1)
77:7
documenting (1)
66:20
documents (20)
8:1;11:20;12:12,14,
23;13:4,7;14:10;17:17;
30:12,23;45:21,23;
54:24;85:19;90:16,17,
20,20;91:10
document's (1)
32:5
Dolan (3)
5:25;6:12,20
D-o-l-a-n (1)
6:20
done (11)
11:14;15:7;37:17;
45:2;52:17;63:3;77:1;
91:6,16;96:25;101:11
down (3)
33:4;36:2;81:17
drafted (2)
13:21;92:25
drop-down (1)
76:20
duly (1)
6:13

**dumb (1)**
27:11
**during (5)**
19:20;43:12,12;
56:17;99:22
**duties (1)**
66:10
**DVD (3)**
58:12,15;101:13

**E**

**earlier (4)**
45:24;77:12;78:20;
79:19
**early (1)**
32:18
**easier (1)**
47:16
**East (1)**
5:19
**edited (1)**
91:11
**editing (6)**
43:23;60:22;73:8;
91:7;95:5,7
**Editor (1)**
49:4
**editorial (2)**
91:25;92:2
**educational (1)**
8:8
**effective (1)**
86:22
**effectively (1)**
68:17
**either (4)**
19:24;56:13;84:18;
85:18
**elaborate (1)**
13:9
**electronic (1)**
16:24
**electronically (1)**
56:14
**eligible (1)**
19:19
**else (19)**
12:4,10;15:3,4,5,15;
23:17;24:21;40:5;
49:18;54:21;56:22;
57:19;59:11,18,24;
60:1;62:2;92:15
**email (2)**
90:13,24
**emphasize (2)**
34:13;42:19
**employ (1)**
80:5
**employee (4)**
18:20;25:4;27:15;
62:15
**employees (14)**

17:19;20:5,13,20;
22:16;34:9,14;64:14;
65:14;66:9,18;68:18;
95:16;97:12
**end (9)**
58:12;59:2,3,3,3,8;
79:3;90:15;101:13
**ends (2)**
35:23;79:6
**enforceable (2)**
54:23;55:19
**enforcement (1)**
57:2
**engineer (1)**
64:25
**engineering (3)**
64:23,24;67:9
**English (1)**
8:9
**enough (2)**
8:24;75:15
**ensure (1)**
40:3;73:9
**enter (1)**
96:20
**entering (1)**
62:22
**entitled (15)**
33:16;51:4;53:6,24;
54:7;78:6;79:14,15;
80:10;82:6;87:5;88:22;
90:1;92:23;94:3
**entries (1)**
36:3
**entry (1)**
25:3
**enumerate (1)**
35:10
**Epic (144)**
5:22;8:25;9:1,3,5,7,
11,17,25;10:5,9,21;
12:24;13:8,24;16:18;
18:20;19:16,20;20:4,
13,20,23;21:10;23:1;
24:16;25:2,12,19;26:2,
5,10,16,19,20,24;27:3,
5,8,12,15,18;28:6,14,
16,22;29:25;30:7;35:4,
6,12;37:19,24;38:5;
39:5,17,19;40:25;42:1,
14;43:9;44:4,18,21;
45:10,11,17,21;46:4,8,
12,19,22;47:10;49:24;
51:21;53:16;54:19;
56:8,11;57:16,25;
58:19;62:6,8,10,15;
63:19,25;64:14,23;
65:1,9,14,22;66:2,21;
67:5;68:8,12;69:6,20;
70:2,11,21;71:3,11,20;
72:8,19;73:3,5,11;
74:8;75:21;76:16,20,
22;78:16;80:5;82:3,12,

15;84:19;85:8;87:19;
90:2,16;91:8;93:4,12,
23;94:9;95:5,8,9,17,19;
98:24;99:10;100:16,
20,24;101:2
**Epic's (18)**
27:7;48:2;51:2;52:4,
18;53:4;54:5;64:9;
66:19;69:22;70:5,5;
81:7;83:13,24;86:11;
92:21;97:12
**Epistemology (1)**
31:22
**errors (1)**
81:12
**essentially (1)**
57:1
**estimate (6)**
17:6,8;21:13;25:25;
32:16,18
**etc (1)**
88:9
**everybody (1)**
23:5
**everyone's (1)**
41:14
**evidence (1)**
83:22
**exact (1)**
31:24
**exactly (5)**
11:10;67:23;70:1;
87:21;98:10
**exaggeration (1)**
88:8
**EXAMINATION (1)**
6:16
**example (14)**
23:3;47:1,17;49:13;
50:12;56:24;57:8;76:3,
15;79:23;82:1,4,20;
83:2
**examples (11)**
17:16,20;18:2;19:7;
28:20;47:6;60:4;61:11;
81:23,24;85:20
**exclamation (1)**
88:8
**Excuse (2)**
94:11;95:21
**execute (1)**
74:19
**exercise (1)**
90:7
**Exhibit (28)**
31:5;42:23;43:1;
45:6;47:18,20;50:23;
51:24;52:3;53:1;54:1;
55:9,11,14;78:1,3;
81:1;83:4;84:22;86:6;
87:2,4;88:17;89:23;
91:19;92:18;94:1;
97:10

**exist (2)**
44:18;47:9
**existed (1)**
32:2
**exists (2)**
31:25;37:11
**exit (1)**
100:2
**expect (5)**
15:8;74:17;97:13;
98:25;99:6
**expectation (1)**
36:20
**expecting (1)**
21:12
**expert (1)**
93:10
**expertise (1)**
13:17
**explain (1)**
33:21
**explained (1)**
33:22
**explaining (3)**
7:3;29:17;71:6
**explains (1)**
90:14
**extended (1)**
25:16
**extensive (1)**
68:18

**F**

**facilities (1)**
29:22
**facility (1)**
42:12
**factor (1)**
95:23
**factors (1)**
83:25
**Fair (4)**
8:24;16:4;31:16;
80:3
**familiar (8)**
43:5;50:2;53:16,25;
54:16;78:19;82:25;
84:19
**far (3)**
34:19,23;98:15
**Faulkner (1)**
24:11
**fault (1)**
24:23
**feasible (2)**
76:23,25
**feature (2)**
74:24;75:2
**features (5)**
52:20,23;53:6,11,14
**February (1)**
5:16

**feel (2)**
38:7,17
**few (2)**
80:23;90:16
**field (1)**
50:9
**fields (3)**
35:14;50:1,10
**figure (4)**
22:2;26:14;77:16,18
**figuring (1)**
78:10
**file (1)**
90:19
**filed (1)**
18:19
**files (1)**
17:18
**fill (2)**
35:14;50:11
**fillable (1)**
50:1
**filling (1)**
33:24
**fills (1)**
50:5
**find (10)**
11:8;40:3;41:7;
74:17;75:25;83:15;
90:17,19;92:10;100:14
**finding (1)**
8:6
**fine (5)**
6:22;32:4;35:21;
47:8;55:6;95:4
**finish (3)**
7:15,17,21
**finished (1)**
60:21
**FINKEL (17)**
6:9,10;16:12;18:8;
36:8;37:5;42:25;44:25;
45:3;55:12;57:20;
66:12,22;67:22;86:25;
97:3;101:9
**firm (3)**
23:4;27:13;29:20
**first (30)**
6:13;11:8;13:20;
20:23;23:22;25:3;26:5,
10;27:11;32:23;36:4;
38:21;48:21;51:6;52:2,
3,10;53:9;54:8;56:19;
63:14;77:9;79:2;82:6;
85:2;89:4;91:23,24;
92:23;93:11
**five (1)**
36:3
**fixes (1)**
61:14
**focus (3)**
48:11;77:21;95:7
**folder (1)**

90:21
**folks (3)**
40:20;77:13,14
**follow (6)**
36:23;46:3,8;49:6;
54:25;55:21
**following (1)**
80:13
**follows (1)**
6:14
**forgive (1)**
22:6
**form (5)**
7:9;47:13;56:14;
57:20;66:22;67:22
**formal (1)**
20:14
**format (1)**
67:23
**former (2)**
18:20;87:14
**found (4)**
11:13;14:18;35:24;
79:12
**foundation (9)**
63:9,10,18;64:2;
69:19,21,23;70:2,6
**foundations (2)**
63:19;70:2
**four (3)**
36:2,13;78:4
**fourth (1)**
35:21
**France (1)**
20:2
**free (1)**
58:1
**freedom (1)**
56:21
**friend (1)**
19:11
**front (3)**
47:20;83:15;97:23
**full (1)**
85:2
**functions (1)**
27:13
**furniture (1)**
65:19
**further (1)**
33:4

**G**

**Galaxy (1)**
85:21
**gather (1)**
57:4
**gathered (1)**
44:13
**gave (2)**
18:2;57:8
**general (6)**

19:6;49:6;54:11;
60:16;86:16,22
**generally (16)**
11:11;12:22;14:22;
32:4;38:9,10,24;40:15;
46:15;56:4;66:5;70:4;
84:5,11;87:22;98:9
**generic (1)**
74:15
**generically (2)**
59:12;96:14
**germane (2)**
16:19;17:2
**Gilman (1)**
5:19
**given (8)**
57:1;68:7,10;87:4;
88:14;90:7;92:9;94:3
**gives (1)**
81:23
**giving (2)**
28:20;73:21
**goal (2)**
38:11;57:7
**goes (3)**
62:17;90:22;92:25
**Good (8)**
5:13;6:18;7:2;8:4,5,
21;15:7;31:5
**government (1)**
12:20
**grade (1)**
96:8
**grammar (6)**
80:24;81:9,11,12,15;
85:21
**grammatical (1)**
85:22
**great (1)**
88:10
**ground (1)**
7:4
**group (9)**
9:12;20:13,19;26:19;
29:14;33:5;34:1;94:20,
20
**groups (1)**
57:25
**grow (1)**
9:23
**guess (7)**
18:1;19:5;24:18;
39:9;56:16;82:13;89:1
**guesswork (1)**
77:23
**guidance (3)**
48:8,10;92:10
**Guide (24)**
44:18;45:2,16,19;
46:4,8;47:13,15;49:12;
51:18,22;52:11;56:12,
13,21;57:10,18;58:2;
77:25;78:20;88:9;94:8,

12,23
**guideline (2)**
49:22;50:19
**guidelines (6)**
47:12;49:7;50:19;
86:9,22;89:15
**guides (1)**
43:24
**Guru (1)**
41:8
**guy (1)**
23:3

**H**

**Habush (2)**
5:18,18
**hand (3)**
7:25;91:17;97:9
**handed (12)**
43:1;45:5;50:25;
53:3;55:13;78:3,25;
83:9;86:8;88:19;89:25;
92:20
**handing (1)**
30:23
**handle (1)**
38:17
**handles (2)**
64:16;65:23
**Hansen (8)**
5:9,13,14;30:17,20;
58:11,14;101:12
**happen (1)**
99:22
**happened (1)**
99:12
**happens (7)**
39:12,21;40:7,13,14,
22;90:23
**hard (1)**
38:14
**hardware (3)**
66:6;67:18;68:13
**head (1)**
7:8
**heading (5)**
32:21;43:19;51:13;
81:17;94:11
**headings (2)**
85:13,14
**health (2)**
27:16;49:3
**healthcare (1)**
69:22
**hear (6)**
7:9;12:8;15:9;34:12;
61:21;96:4
**heard (4)**
64:25;65:3;72:15
**held (3)**
5:18;10:5;97:22
**help (12)**

11:18;30:1;31:8;
40:3;45:9;57:8;73:20,
21;74:18;86:22;89:15,
19
**helpful (2)**
12:3;95:10
**helps (2)**
19:8;73:8
**Heritage (1)**
85:10
**Hey (1)**
76:20
**hierarchy (2)**
22:1,3
**high (2)**
8:15,17
**high-level (2)**
48:8,11
**highly (1)**
88:7
**High-profile (1)**
93:20
**hired (3)**
62:5;70:20,22
**hires (1)**
25:16
**hiring (5)**
25:10,11,18,23;
43:12
**hold (2)**
10:11;50:15
**home (2)**
85:3;98:6
**hope (1)**
12:3
**hopefully (1)**
31:2
**hospital (1)**
42:12
**hours (9)**
98:8,12,15,20;99:1,7,
10,19;100:5
**houses (1)**
42:7
**HPDR (1)**
93:17
**HR (1)**
29:21
**HTML (1)**
70:16
**huh-uh (1)**
7:8
**huh-uhs (1)**
7:12
**human (3)**
28:6,8,20
**hundreds (1)**
17:8
**Hupila (1)**
6:10
**HUPITA (1)**
5:6
**hyperlinks (3)**

85:8;18;86:1
**hypothetical (6)**
23:13;25:1;56:10;
74:6;76:2;77:4

**I**

**idea (7)**
16:9,11;17:1;21:8;
44:3;78:13;98:14
**identification (16)**
47:19;50:24;51:25;
53:2;54:2;78:2;81:2;
83:5;84:23;86:7;87:3;
88:18;89:24;91:20;
92:19;94:2
**identify (3)**
6:1;26:16;41:16
**identifying (1)**
60:16
**ignore (1)**
58:1
**Illinois (1)**
5:4
**Impact (3)**
48:22;49:6,18
**implement (1)**
49:1
**Implementation (6)**
48:22;49:6,17;74:13;
76:5;91:3
**implicated (1)**
38:13
**implied (1)**
96:7
**implies (1)**
79:24
**important (3)**
7:6;73:3;83:19
**improvement (1)**
83:20
**include (10)**
11:19;48:25;50:20;
66:5,6;68:24;69:2;
74:12,14;100:5
**includes (2)**
81:10;85:8
**including (3)**
16:13;17:1;77:14
**incorrect (1)**
72:12
**incumbent (1)**
13:18
**Indefinite (1)**
81:21
**independent (1)**
37:17
**independently (1)**
68:12
**in-depth (1)**
68:21
**indicate (3)**
33:1;36:19;38:23

**indicated (2)**
45:16;57:13
**indicates (2)**
32:9;34:6
**indication (1)**
44:12
**individual (3)**
32:9;75:10;84:15
**individuals (1)**
76:11
**inferring (1)**
87:15
**informally (1)**
55:24
**information (19)**
37:10;50:6;54:13;
57:5;60:18;71:8;73:21;
74:2,9;75:16;76:10;
81:10,12;82:1,22,23;
89:16,20;95:18
**informational (1)**
90:16
**Infotype (1)**
55:15
**infrastructure (1)**
63:23
**initial (1)**
39:23
**initiative (1)**
18:7
**innately (1)**
75:2
**input (4)**
58:23;68:7,10;83:23
**installed (1)**
49:5
**instance (4)**
9:12;26:18;29:20;
66:6
**instead (1)**
57:14
**instructed (1)**
57:24
**intelligent (1)**
88:7
**intended (12)**
7:19;35:18;44:2,6,
12;45:19;46:16;51:17;
78:9;82:16;84:6;95:2
**intent (2)**
75:13;95:1
**interact (2)**
73:17;75:10
**interface (1)**
73:11
**internal (8)**
13:24;41:10,12;48:3;
60:6;61:12,12;89:16
**internet (1)**
11:22
**interpreted (2)**
66:24;75:6
**interrelates (1)**

26:15
**interrogative (1)**
81:22
**interrupt (3)**
7:14,16;96:12
**interview (1)**
100:2
**interviews (1)**
25:15
**into (7)**
58:24;60:18;62:25;
75:14;77:11;83:25;
84:13
**intuition (1)**
83:23
**investigating (2)**
38:2;60:17
**investigation (1)**
37:18
**involve (2)**
20:4;76:6
**involved (5)**
25:11;40:9;49:1;
77:13;99:3
**issue (1)**
22:15
**Italy (1)**
20:2
**items (3)**
53:13;85:14,16
**iterations (1)**
40:8

**J**

**Jason (2)**
6:7;21:18
**JavaScript (1)**
70:16
**Jay (1)**
36:5
**Jessica (2)**
33:5,8
**Jim (2)**
23:4,4
**job (12)**
7:3;9:3;15:7;19:17;
25:2;26:19;34:8;36:22;
43:15;58:16;73:12,18
**Jorsch (1)**
69:13
**judgment (3)**
83:21;84:13,15
**Judy (1)**
24:11

**K**

**KAIJA (4)**
5:6;6:10;15:6,13
**Katelynn (1)**
6:8
**Katie (1)**

35:23
**keep (2)**
58:7;96:16
**kind (8)**
13:17,24;25:7;74:22;
77:20;88:1;89:19;93:4
**kinds (1)**
54:13
**knack (1)**
71:5
**knowledge (3)**
55:4;62:4;68:22
**known (4)**
10:3;24:13;27:19;
70:14
**KNUTSON (22)**
6:6,7,17;16:15;36:9;
42:24;44:24;45:1,4;
55:10;58:5,9;67:25;
80:19;83:6,8;91:15;
96:24;97:5,19;101:6,
11

**L**

**label (2)**
22:7;34:4
**labeled (1)**
34:23
**language (3)**
68:25;69:19;71:6
**languages (5)**
61:24;62:4;69:14;
70:10,22
**large (2)**
16:9;71:8
**last (10)**
6:19;15:1,1,2;23:11,
22;24:8;79:6;91:2;96:4
**later (1)**
15:20
**Law (3)**
5:3;23:4;29:20
**Lawrence (2)**
8:9,11
**lawsuit (2)**
17:16;18:19
**lawyer (4)**
7:2;11:21;29:4;
101:8
**lawyers (6)**
12:7;13:22;15:10;
18:9,15;20:6
**layers (1)**
21:22
**lead (27)**
9:12,12,14,17;21:3,4,
6,18,20,21;22:3,4,5,7,9,
10,13,15,17,21,22;
23:16,17;32:10;33:2;
59:9,16
**leads (5)**
13:14;21:9,15,22;

59:12
**lead's (1)**
21:23
**Leah (2)**
33:5,8
**learn (2)**
10:20;55:23
**learned (2)**
17:22;57:11
**learning (1)**
68:24
**least (1)**
72:15
**leave (5)**
19:16;34:9,14;82:24;
87:20
**left (6)**
32:20;34:19;35:9,10;
36:24;79:14
**letter (1)**
96:8
**letters (1)**
79:3
**level (6)**
25:3;68:17,21,23;
74:21;75:15
**life (1)**
90:23
**likely (1)**
86:1
**limited (1)**
44:9
**Lindsay (1)**
87:6
**linear (1)**
38:24
**lines (1)**
36:1
**link (1)**
17:2
**links (1)**
16:13
**List (6)**
35:10;80:13;94:16,
22;96:16,19
**listed (2)**
41:15;94:24
**litigation (1)**
18:25
**little (2)**
10:20;90:18
**live (4)**
8:19,22;10:14,16
**lives (1)**
19:11
**LLP (1)**
5:3
**locate (2)**
36:15;37:15
**located (5)**
5:19;40:25;41:2;
42:3,4
**location (1)**

42:11
**logical (1)**
58:6
**Long (6)**
5:21;9:1;18:21;
48:25;90:19;95:12
**longer (3)**
87:15,18,19
**look (24)**
8:1,2;33:4;36:8;
37:6;41:8,10,12,20,20;
43:6,21;51:1;54:5;
78:23;79:1;83:10;85:8;
86:11;89:9,15;90:9,18;
98:20
**looked (3)**
13:10;45:23;86:3
**looking (15)**
11:20;16:5;17:3,6,
21;19:17;30:12,23;
32:12;35:22;48:13,18;
55:18;85:15;97:7
**looks (11)**
31:14;33:12;36:13;
48:21;78:5;79:6,14;
81:6;88:1,24;90:9
**lost (1)**
22:14
**lot (6)**
17:4;61:13;74:11;
75:6;77:13;84:13
**lots (1)**
92:1
**loud (3)**
7:7;48:24;83:18
**low (4)**
36:14,18,23;37:1
**LT (2)**
61:14;62:1

**M**

**Madison (6)**
5:19;8:19,22;10:14;
19:11;41:5
**maintain (1)**
96:19
**maintains (2)**
72:9,19
**Maintenance (1)**
49:3
**majority (23)**
42:8,11;59:9,16,20,
23;60:2,9;61:1,8;62:9;
63:6;64:1,5,8,13,22;
65:15,19;66:1,10,18;
67:19
**makes (2)**
54:25;55:20
**making (4)**
64:6;72:10,20;95:7
**manage (1)**
30:6;89:17

**Management (5)**
33:17,25;34:5;60:5;
61:13
**manager (5)**
9:20;20:25;21:21,23;
23:5
**manager/team (1)**
32:10
**manages (1)**
29:24
**managing (1)**
26:11
**Manual (2)**
85:9,9
**manuals (3)**
11:20;71:17;72:3
**many (10)**
19:22;21:8,12;25:25;
28:14;37:18;40:14;
67:1;75:6,8
**marathon (1)**
7:19
**marked (28)**
43:1;44:24;45:3;
47:18,21;50:23;51:24;
52:3;53:1;54:1;55:13;
78:1,3,3;79:1;81:1;
83:4;84:22,24;86:6,25;
87:2;88:17;89:23;
91:19;92:18;94:1;
97:10
**marketing (6)**
27:5,8,9,13,13;28:21
**marking (1)**
45:6
**Martin (2)**
14:14;15:12
**Mary's (2)**
76:16,17
**materials (1)**
26:20
**Matt (3)**
32:24;33:2,10
**matter (2)**
60:17;93:10
**may (24)**
11:19;13:9;17:2;
18:9,16;24:13;27:19;
31:5;40:8,19,21;44:10;
45:1;46:25;50:1;74:11,
13;76:4,5,6;89:20;
91:21;96:13;101:8
**Maybe (8)**
7:6;20:9;29:6;47:16;
57:8;87:1;88:1,2
**mean (40)**
11:16,17;16:3,11;
18:2,17;20:19;21:25,
25;22:19;23:2;27:9;
28:19;29:11,11,12;
31:15,24;34:2;35:13;
37:24;47:11,15;50:13;
54:18;60:11,14;61:19;

62:14;63:11,13;64:24;
66:3,13;67:6;68:10;
69:21;70:23;74:4;75:5
**meaning (2)**
31:25;46:11
**meaningful (1)**
55:7
**means (2)**
60:16;74:20
**meant (2)**
36:17;84:3
**measure (1)**
84:12
**meet (5)**
46:17;57:1,5;77:16,
19
**meeting (5)**
15:3,12,15;36:19;
86:8
**meetings (3)**
17:19;20:3;86:23
**member (5)**
43:13;93:13;94:20;
95:22;96:1
**members (3)**
60:7;64:4;65:25
**memory (3)**
45:9;47:7;53:25
**mentioned (5)**
13:7;18:13,16;19:4;
81:20
**meow (1)**
78:4
**meows (1)**
78:4
**merely (1)**
38:24
**mess (1)**
15:8
**met (3)**
18:14,15;48:9
**metrics (2)**
83:22;84:10
**Microsoft (2)**
50:2;85:9
**might (6)**
16:12;55:23;61:17;
74:17,22;79:18
**Milky (1)**
5:7
**mind (17)**
6:21;11:18;12:25;
13:13;14:10;18:3;
23:11,21;30:14;37:3;
39:10;46:24;47:6;
49:14;67:3;70:18;
97:23
**mine (1)**
60:13
**minimalism (5)**
42:20;43:25;82:6,11;
85:22
**minimalist (3)**

44:15;82:7,16
**minimum (3)**
94:14,21,24
**minor (2)**
8:10;31:17
**minute (1)**
43:4
**minutes (1)**
97:1
**Model (12)**
51:22;52:6,12;54:16,
23;55:7,15,19,21,23;
56:3,7
**moment (2)**
37:6;86:15
**month (5)**
11:12;14:19;59:3,8;
99:23
**more (27)**
10:20;17:10;29:19;
30:1,4;35:5;45:15;
47:3;50:7;53:20;54:13;
66:12;70:4;71:25;
77:21;80:23;82:7;83:2;
87:6;95:17;98:25;99:7,
10,12,13,19,22
**morning (3)**
5:13;6:18;17:15
**most (1)**
7:6
**move (9)**
34:3
**moved (1)**
40:10
**much (3)**
8:1;82:7;89:9
**Muenchow (2)**
87:7,11
**multiple (6)**
21:22;33:24;41:25;
42:4,6;75:20
**must (6)**
25:10;29:4;57:4;
75:13;81:19;91:15
**MyChart (1)**
90:14

**N**

**name (16)**
5:14,24;6:18,19;
14:2;23:11,22,22;
27:23;32:23;33:17,18,
23;38:23;58:21;64:18
**named (2)**
18:20;23:4
**names (6)**
10:16;28:22;33:5;
34:20;36:24;81:20
**narrow (2)**
67:14;77:21
**narrowed (1)**
68:3

**nature (3)**
43:16,19;44:3
**necessarily (4)**
69:1;75:24;77:9;
95:3
**necessary (1)**
74:23
**need (24)**
7:20;10:16;12:8;
26:16;30:11;31:8;
38:16;46:17,25;47:3;
48:9;52:2;57:1,1,3;
58:6;68:16;73:21;
74:25;77:16,19;89:9;
90:17;98:21
**needed (1)**
37:14
**needs (4)**
26:20;57:6;83:20;
84:13
**Neenah (2)**
8:18;9:24
**negative (1)**
85:22
**negotiating (1)**
64:9
**new (11)**
20:22;21:5,19;22:4,
16;25:11,16,18,23;
47:20;56:20
**next (9)**
20:8;23:16;26:14;
39:12,21;40:7,10,22;
51:14
**Nikki (2)**
87:6,11
**Noah (7)**
6:10;36:9;42:24;
55:11;78:24;91:16;
97:8
**nomenclature (2)**
9:10;20:10
**nonEpic (1)**
29:18
**normal (1)**
7:11
**Note (2)**
90:20,22
**notes (2)**
13:4;49:7
**number (22)**
21:15;22:14,15;31:2;
45:24;48:18;50:25;
57:7;58:12,15;78:24;
79:1;81:3,19;82:8;
83:9;88:19;89:25;
92:20;94:25;98:14;
100:8
**numbers (1)**
79:3
**numeral (4)**
51:10;93:8,11,17
**numeric (3)**

96:3,5,8

**O**

**oath (1)**
6:14
**Object (3)**
57:20;66:22;67:22
**objective (1)**
84:11,14,16
**ObjectScript (3)**
62:1;69:16;70:14
**obtain (1)**
26:20
**obtaining (2)**
10:8;38:25
**Occasionally (3)**
7:25;34:8,14
**off (5)**
30:17;58:11;91:18;
97:22;101:12
**offers (1)**
25:15
**office (5)**
23:5,6;41:5,14,21
**offices (2)**
41:1,2
**often (5)**
40:16;58:23;73:10;
99:20,22
**oftentimes (1)**
72:23
**Once (6)**
39:14;40:9;58:25;
77:4;99:12,14
**one (61)**
11:12;13:13;14:13;
24:7;27:11;30:4,11;
31:14,25;33:13;34:15,
24;36:2,3,4;37:5,7;
40:14;42:5,7;43:2;
45:23;47:1,23;48:21;
50:14;51:8;52:1;53:20,
21;54:3;57:4,7,11,14,
25;70:5;71:14,25;72:8;
78:14;79:18;80:10,10;
81:3;82:6;85:20;86:13;
91:6,16,17;92:14;
93:25;94:14,14,15,15,
15;97:15,20,23
**ones (4)**
12:18,25;14:11;
70:18
**open (1)**
50:10
**open-ended (1)**
29:11
**operative (1)**
76:21
**opportunity (2)**
25:20;43:15
**opposed (5)**
18:6;66:11,19;67:20;

82:16
opposing (1)
82:18
option (2)
75:22;76:17
options (2)
74:11;75:20
order (3)
68:17;73:17;75:14
ordinal (1)
96:7
organization (3)
20:11,19;49:5
organizational (2)
12:23;13:7
orient (1)
36:6
oriented (1)
71:7
others (4)
9:21;60:20;69:17;
70:17
Otherwise (1)
30:11
out (21)
7:7;8:6;11:8,13;
14:18;22:2;26:14;
35:14;41:7;48:24;
75:25;77:16,18,23;
78:10;79:11;83:18;
88:25;95:8;97:5;
100:14
outline (2)
54:24;55:19
Outside (2)
12:5;27:12
over (4)
7:4;36:8;43:6;64:10
overtime (4)
20:5;100:21,25;
101:4
overview (1)
43:14
overviewer (1)
44:10
own (4)
18:6;46:19;90:14;
99:17

P

packet (1)
45:5
page (30)
33:13;34:17;35:21;
37:4,7,9;41:14,16,19;
43:18;48:18,21;51:6,
13;52:3,18,22;53:4,9;
79:2,6,9;80:9;82:5;
83:15;87:24;88:4;89:5;
91:23,24
pages (4)
16:24,24;17:9,11

paid (4)
20:5;100:21,25;
101:4
paint (1)
72:24
paper (2)
30:24;56:13
papers (2)
30:24;45:5
paragraph (6)
52:2;55:18;56:6;
84:4,7;90:13
parameters (1)
76:23
parents (1)
19:13
part (17)
16:21;20:3;34:13;
38:4;56:2;58:16;60:22;
72:8,19;73:12;78:19;
84:19;90:4;91:7;92:21;
94:21;96:13
participated (1)
101:2
participating (1)
25:23
participation (1)
25:18
particular (8)
31:13,15,19;42:7;
46:11;54:12;57:3;59:2
parties (2)
6:2;40:10
parts (1)
78:11
pass (1)
25:10
past (1)
10:22
path (1)
90:19
peer (1)
93:8
Peggy (1)
6:3
pen (1)
51:14
pending (1)
7:21
people (9)
7:11;11:21;18:12;
19:3;22:9;24:12;26:19;
36:25;88:7
people's (1)
36:24
per (2)
16:20;98:8
perform (2)
27:13;68:8
performance (2)
36:22;95:25
performer (1)
36:14,18,23

performers (1)
37:1
performing (1)
76:18
performs (1)
62:15
perhaps (1)
29:18
period (3)
32:13,17;49:23
periods (1)
99:23
permutations (1)
75:9
person (15)
11:1,1;22:13,18,20;
23:9,16;24:8,19;27:23;
28:3,11;29:19;41:17;
94:15
personally (3)
36:25;95:14;96:16
personnel (1)
17:18
person's (1)
27:25
pertinent (2)
12:12;89:20
Peter (2)
69:13,14
phase (1)
40:10
philosophy (4)
8:10;31:17,20,23
phrase (9)
16:16;36:14;37:23;
46:10;55:7;60:13;63:9;
64:25;66:4
phrased (1)
24:24
phrases (4)
9:10;57:11;63:10;
85:23
physically (1)
40:25
physicians (2)
90:15,21
physician's (1)
90:24
pick (1)
32:20
picture (2)
72:24;89:4
piece (2)
51:21;52:11
place (3)
40:21;42:15;49:12
placing (1)
25:16
plaintiffs (1)
6:6
plans (2)
19:16;64:13
plays (1)

38:4
please (12)
6:18;13:12;37:3;
38:22;43:18;51:1;60:4;
61:11;68:1;79:9;87:25;
93:19
pm (1)
101:15
pod (2)
94:15,18
point (12)
12:6;18:24;32:2;
38:12;40:15,16;43:23;
50:14;56:17;58:6;
77:17;93:11
points (4)
38:12;43:22;44:10;
85:14
points! (1)
88:9
poorly (1)
24:23
populated (3)
35:11,13,13
portal (2)
53:17;54:9
portion (3)
39:6;66:25;68:5
portions (2)
16:18;89:18
posed (1)
55:5
possible (5)
17:12;67:10;91:14;
95:10;99:5
possibly (1)
77:14
potential (1)
94:23
power (2)
97:2,3
PowerPoint (1)
88:2
practices (1)
85:5
precision (2)
17:4;21:12
prefer (2)
73:5;97:1
preferred (1)
82:11
prepare (6)
11:14,16,17,18;12:4;
16:4
preparing (1)
17:14
prerequisite (1)
62:5
prescribed (1)
50:9
present (3)
5:9;15:13;37:12
presentation (6)

88:1,13,24;89:2,11,
14
pretend (1)
88:6
pretty (3)
34:11;68:1;92:2
previous (2)
68:4;76:3
previously (4)
34:6;55:13;78:25;
97:9
price (1)
64:10
primarily (1)
39:5
primary (3)
22:24;23:2;93:12
printed (4)
16:24;17:9,11;88:24
printout (1)
48:2
Prior (1)
16:1
priorities (1)
83:24
prioritization (1)
83:1
priority (1)
83:25
Probably (4)
52:16;60:12;76:14;
92:6
problem (1)
30:5
procedure (8)
74:7,10,15,19;75:5,
14;76:19,22
procedures (4)
42:15;71:16;72:2;
75:7
proceed (1)
6:5
process (19)
25:11;30:22;38:1;
43:12,24;60:22;71:2,8;
73:8;77:10,12,14;83:1;
89:17;91:8;95:19,21,
22;101:2
processes (8)
42:15;53:18,23,24;
54:7,10,11,14
procurement (1)
26:18
produce (13)
47:10,13,15;49:13,
25;54:25;55:22;72:11,
21;73:3,21;74:7;92:11
produced (2)
73:9;82:15
produces (2)
42:16;46:19
producing (11)
59:10,17,20;60:10,

11,14,20;66:11;67:20;
74:3;82:2
**product (1)**
50:2
**production (3)**
48:15;56:19;91:7
**products (5)**
52:20,23;53:6,11,14
**Professional (1)**
88:5
**Program (6)**
92:24;93:3,3,5;
98:11,22
**programatic (1)**
57:2
**programmer (1)**
61:21
**programming (5)**
67:7;68:24;69:14;
70:11;77:2
**project (6)**
39:15,24;40:15;
48:25;49:2;60:5
**pronoun (1)**
81:18
**pronouns (2)**
81:21,22
**prose (2)**
82:17,19
**provide (2)**
45:19;89:15
**provided (1)**
71:2
**Publication (3)**
33:17;34:1,5
**publishes (1)**
12:21
**pulled (1)**
17:18
**purchases (1)**
70:5
**purchasing (1)**
65:19
**purely (1)**
47:7
**purpose (10)**
16:6;32:5;35:4;40:1;
43:8;48:4;86:16,20;
89:11,13
**put (2)**
50:15;60:18

## Q

**QA (1)**
97:12
**QAer (1)**
94:15
**qualify (1)**
68:22
**quality (8)**
27:18,19,21;40:3,19;
72:9,19;73:2

**quantify (2)**
16:23,25
**quarter (2)**
59:4;87:23
**quick (1)**
96:20
**quickly (4)**
7:5;8:7;78:23;96:24
**quiet (1)**
7:17
**quite (1)**
70:8

## R

**raise (2)**
95:20,24
**Rana (1)**
23:20,22;24:1,5
**R-a-n-a (1)**
23:23
**rank (3)**
95:22,24;96:2
**ranking (1)**
95:22
**rarely (1)**
99:19
**reached (1)**
40:9
**read (21)**
11:22;48:24;49:7;
52:1;54:8,14;55:25;
68:1,2;71:1,24;80:1;
81:13;82:9;83:18;84:1;
86:15;88:9,11;90:25;
94:16
**reads (1)**
55:18
**ready (3)**
12:7,11;92:1
**real (5)**
7:5;8:8;85:2;90:23;
96:24
**really (7)**
7:14;9:4;16:25;57:4;
76:10;77:13;88:9
**reason (4)**
18:18;34:15;49:10;
75:1
**receive (2)**
56:12,13
**receives (1)**
24:8
**Recess (2)**
30:19;58:13
**recommend (1)**
80:20
**recommendation (2)**
80:6,20
**recommendations (1)**
45:20
**record (8)**
5:14,15;30:17,21;

58:11,15;97:22;101:12
**records (1)**
40:17
**recruitment (1)**
99:4
**reducing (1)**
82:8
**refer (4)**
31:5;34:4;79:23;
92:8
**reference (1)**
18:9
**references (1)**
85:7
**referencing (1)**
18:24
**referred (1)**
53:14
**referring (2)**
70:1;84:11
**refers (5)**
46:15;92:5;93:7;
94:19,24
**refresh (1)**
45:9
**Refresher (2)**
81:11,15
**relate (2)**
13:8;42:16
**related (5)**
17:15,22;66:20;
78:17;85:4
**relates (2)**
97:12,15
**relay (1)**
75:16
**relayed (1)**
76:20
**release (1)**
49:7
**released (1)**
77:17
**releasing (1)**
38:3
**relevant (3)**
16:22;32:14;44:10
**relocate (1)**
14:2
**remember (12)**
10:4;11:10,11,25;
12:14,18;46:5,9;58:3;
87:10,21;99:8
**remind (1)**
100:16
**removing (1)**
82:22
**repeat (2)**
26:8;59:14
**rephrase (1)**
59:14
**Replacement (1)**
79:16
**report (14)**

10:25;11:1;20:24;
21:18,20;22:4,11,16;
23:19;24:5;26:6;33:9,
9;98:22
**reported (1)**
22:10
**reporter (3)**
6:3;80:17;83:7
**reporting (4)**
22:1,3;24:7;61:14
**reports (2)**
24:8;26:6
**represent (5)**
6:2;14:13;57:12;
85:17;97:10
**representation (2)**
33:1;95:25
**representative (2)**
94:15,18
**representing (1)**
5:15
**represents (1)**
31:9
**request (2)**
12:12;76:19
**require (2)**
76:4,5
**required (4)**
48:15;49:18;67:16;
72:17
**requirement (5)**
25:6;57:18,21;59:1;
70:20
**requirements (5)**
25:9;38:25;39:1,2;
58:1
**research (2)**
37:17;90:18
**researching (1)**
60:17
**reserve (1)**
101:10
**reside (1)**
41:4
**resources (4)**
28:6,9,20;77:22
**responsibility (2)**
22:25;23:2
**responsible (3)**
39:6;70:3;100:11
**résumés (2)**
25:20;26:1
**retained (1)**
27:12
**Revenue/Cogito (1)**
32:22
**review (19)**
16:1,3;25:20;39:24,
25;40:8,21;43:4;58:17;
86:18;92:1,2,23,25;
93:8,17,20;94:3;95:21
**reviewed (8)**
12:12;13:5;26:1;

72:12,22;91:11;92:14;
100:1
**reviewer (2)**
92:10;94:25
**reviewers (2)**
43:23;94:23
**reviewing (1)**
11:20
**Reviews (1)**
94:12
**revise (1)**
46:25
**right (45)**
6:21;8:6;9:1,9;15:2;
18:21,25;20:10;21:8;
23:24;29:17;30:15;
32:1;33:12;34:23;
36:10,10,10;38:5;39:3;
41:16,25;43:21;45:5,
17,24;55:8;61:18;
62:15,23;73:1,6,13;
78:23;79:15;80:9,13,
23;81:24;82:19;97:6,7,
18;98:22;100:17
**right-hand (1)**
79:2
**role (32)**
9:5,6,7,10,25;10:2,6;
11:6;12:20,22;15:22;
21:24;22:20,22;24:1,
20;27:25;28:4,11,18,
24;29:13,25;30:5;34:2;
36:20;41:22,23;43:23;
46:12;61:15;65:14
**roles (3)**
10:5;33:25;68:8
**Rosebud (1)**
92:6
**Rottier (1)**
5:18
**roughly (3)**
21:15;34:19;36:1
**rounds (1)**
92:25
**routinely (2)**
25:22;99:19
**rows (1)**
34:19;36:23
**Rule (1)**
49:4
**rules (4)**
7:5;45:20;55:1,21
**run (1)**
98:21
**runs (1)**
23:3

## S

**S&S (6)**
52:6,7;94:3,6,12,23
**sabbaticals (1)**
19:19

**safety (1)**
  27:15
**Salary (1)**
  95:18
**sales (1)**
  64:6
**same (3)**
  21:15;22:7;78:5
**Sarah (1)**
  35:23
**sat (1)**
  88:13
**saved (1)**
  17:17
**saying (2)**
  70:7;96:12
**scary (1)**
  34:11
**Scheduler (2)**
  51:5,19
**school (2)**
  8:15,17
**screen (1)**
  16:23
**se (1)**
  16:20
**second (10)**
  33:12;43:17,22,22;
  50:25;82:5;83:9;87:23,
  24;91:17
**seconds (1)**
  7:2
**section (9)**
  49:18;50:21;51:17;
  83:15;85:7;91:22,25;
  92:24;94:21
**sections (1)**
  48:14
**seem (1)**
  36:19
**self-review! (1)**
  93:1
**sells (1)**
  70:11
**send (1)**
  90:23
**sends (1)**
  95:8
**sense (4)**
  7:23;29:2,12;30:1
**sentence (9)**
  52:10;53:9;80:21;
  82:6;85:2;91:2;92:6;
  93:1,6
**sentences (1)**
  54:8
**series (2)**
  30:24;36:2
**serious (1)**
  88:7
**service (3)**
  65:16,20,25
**services (6)**

  65:5,7;76:6;91:3,5;
  93:15
**set (2)**
  17:19;37:22
**Setup (5)**
  51:22;52:7,11;94:7,8
**seven (2)**
  36:3,3
**seventh (1)**
  37:3
**several (1)**
  40:8
**SEYFARTH (1)**
  5:3
**shake (1)**
  7:8
**shared (4)**
  16:18,21;63:23;
  95:18
**shares (1)**
  69:23
**SHAW (1)**
  5:3
**Sheet (1)**
  96:10
**short (3)**
  30:15;54:21;90:13
**show (1)**
  47:16
**showed (2)**
  13:13;21:19
**signature (1)**
  101:10
**significant (2)**
  66:25;95:23
**sign-off (1)**
  40:9
**siloed (1)**
  16:20
**similar (5)**
  37:11;43:2;50:3,4;
  97:15
**simple (1)**
  71:6
**simply (1)**
  82:7
**single (3)**
  20:14;75:11;76:9
**singular (1)**
  81:20
**six (1)**
  36:3
**size (1)**
  17:1
**skill (2)**
  71:15;72:1
**slides (1)**
  88:2
**SmartForms (1)**
  49:4
**SME (2)**
  93:8,9
**SMEs (1)**

  83:24
**Snapp (4)**
  6:7;42:23;55:9;
  97:17
**Software (48)**
  24:4;37:23;38:3,4,8,
  12,15,18,22;39:2,6,11,
  12,14,16,19,21;60:6;
  63:23;64:10,23,25;
  65:6;66:5;67:17;68:13,
  16,19;69:23;70:6,6,11,
  13,15;74:7,10,20;75:8,
  21;76:2,7,12,24;77:3,5,
  15;89:16;96:20
**someone (17)**
  15:3,4,5;22:24;23:6,
  15,17;24:21;28:3,17;
  34:6;56:22;57:19;62:5;
  67:15;70:20;92:14
**sometimes (4)**
  39:16;65:7;72:23;
  99:21
**somewhat (1)**
  40:16
**sophisticated (1)**
  75:7
**Sorry (11)**
  21:1;24:23;26:8;
  28:2;29:4;30:4;36:6;
  53:20;91:16;96:4,12
**sort (5)**
  12:21;40:14;44:12;
  57:2;76:3
**sound (2)**
  17:11;72:16
**Sounds (3)**
  8:5;49:14;61:17
**source (4)**
  63:10,10,14;76:9
**sources (3)**
  71:17;72:4;89:20
**space (1)**
  31:25
**spare (1)**
  52:1
**speak (1)**
  43:13
**speaking (3)**
  15:19;75:5;76:6
**specialization (1)**
  13:17
**specialized (2)**
  67:4,6
**specific (8)**
  18:3;35:5;46:15;
  54:11;71:16;72:3;83:2;
  84:10
**specifically (4)**
  59:13;67:11;69:5;
  84:5
**spectrum (1)**
  43:14
**speculate (1)**

  95:1
**spell (1)**
  6:19
**spelling (2)**
  23:11,21
**spend (19)**
  16:5;42:10;59:9,16,
  20,23;60:9;61:1;64:1,
  5,8,12,22;65:15,18;
  66:1,10,18;67:19
**spends (2)**
  62:9;63:5
**spent (2)**
  66:25;68:6
**spin (1)**
  88:8
**spoiler (1)**
  48:16
**spoke (1)**
  77:12
**spot (1)**
  34:3
**spreadsheet (2)**
  14:6;35:1
**SQL (1)**
  62:1
**St (2)**
  76:16,17
**stable (2)**
  40:16,16
**staff (6)**
  74:12,13,13;76:5,6,
  17
**Staffing (1)**
  14:6
**Stage (2)**
  40:12,13
**stand (1)**
  91:2;93:9,18;94:6
**standards (4)**
  42:15,19;71:16;72:3
**stands (2)**
  52:7;93:21
**start (7)**
  8:3,6;20:10;30:12,
  22;98:2,24
**started (4)**
  9:25;10:9;21:20;
  22:16
**starting (5)**
  25:2,6;26:4,9;56:11
**starts (2)**
  35:23;36:4
**statement (7)**
  71:1,18,23;72:6,12;
  82:21;96:7
**States (1)**
  5:23
**Stats (1)**
  83:16
**step (1)**
  40:2
**steps (1)**

  38:21
**sticker (2)**
  30:25;45:6
**still (4)**
  34:4;41:4;59:9;
  67:18
**stipulation (1)**
  12:5
**Stirling (2)**
  14:14;18:14
**stopping (1)**
  58:6
**straightforward (1)**
  75:12
**Street (1)**
  5:19
**Strike (2)**
  27:7;73:15
**string (1)**
  79:3
**structure (3)**
  38:8;54:24;55:20
**style (21)**
  43:24;44:18;45:2,16,
  19;46:4,8;56:12,13,21;
  57:10,18;58:2;77:25;
  78:20;82:11,13;85:4,9,
  9;88:9
**subheading (1)**
  55:15
**subject (2)**
  60:17;93:10
**subjective (1)**
  84:15
**substantial (1)**
  68:5
**Successful (1)**
  71:7
**succinct (1)**
  82:16
**Sumit (2)**
  23:20,22
**S-u-m-i-t (1)**
  23:22
**supervise (3)**
  15:24;45:24;46:3
**supervised (1)**
  46:7
**supervisor (3)**
  22:17;72:11,22
**Support (9)**
  32:21;51:22;52:8,11;
  60:6;61:12;74:13;94:7,
  8
**suppose (1)**
  11:25
**supposed (2)**
  78:13;80:5
**sure (25)**
  7:2;8:2;10:4;15:11;
  16:15;18:4;19:7;22:8;
  24:6;26:9;30:5,16;
  35:6;36:7,7;43:5;50:8;

59:15;72:10,20;73:24;
75:19;82:20;83:3;95:8
**survey (1)**
60:19
**swear (1)**
6:4
**sworn (1)**
6:13
**synonyms (1)**
85:21
**synthesis (1)**
76:10
**synthesize (1)**
57:5
**system (18)**
41:10,12;46:19,22;
58:21,24;61:13;62:25;
66:4;67:18;68:13,21;
74:14,18,22,23;76:13;
79:25
**Systems (14)**
5:22;37:25;49:24;
66:2,19,21;67:1,8,8,15;
68:6,9,12;75:11
**Systems' (1)**
71:20

**T**

**table (6)**
34:18;35:11,15;
37:11,14;79:10
**talk (14)**
7:1,11;14:16;15:11;
17:20;19:13;38:18;
50:7;74:5,9;76:1;
77:22;80:23;90:24
**talked (9)**
10:12;12:7;13:13;
18:13;19:2,8;62:21;
77:25;79:18
**talking (14)**
11:21;12:10;18:16;
22:8;31:6;39:2;49:16;
53:21;59:11,12;76:4,5;
91:22;99:25
**talks (2)**
78:21;91:25
**task (2)**
62:16,17
**tasked (1)**
56:19
**tax (1)**
27:3
**team (103)**
9:12,14,16;13:14;
20:12,14,18;21:3,4,6,9,
10,15,16,18,20,21,22,
23;22:3,4,5,7,9,10,13,
15,17,20,22;23:1,7,16,
16;24:16;26:15,18,23;
27:3,5,16,18,21;28:6,9,
19,24;29:1,2,5,10,11,

12,14,18;30:8;32:18;
33:2;34:9,15;35:9,10;
38:4,13;39:5,9,19;
41:16,20;42:14;43:14;
46:18;53:19,23;54:10;
56:8;59:9,11,16;60:7;
63:19;64:5,16,18;65:9,
11,12,16,20,22;66:1;
67:12;69:6;70:1,2;
73:23;90:25;95:5,7,9,
22,25;96:2
**teams (7)**
26:15,17;28:14,16,
22,23;74:1
**team's (1)**
85:3
**teasing (1)**
31:22
**tech (45)**
10:21;16:1,6,9,16,
22;17:2;20:4,9,13,18,
20;21:9,16;23:7;24:13,
16,20;26:14;32:22;
34:9,14,14;38:4,13;
41:20;42:14;43:13;
46:18;53:19,23;54:10;
56:7;68:17;74:1;77:8;
78:16;80:24;82:25;
84:19;85:3;95:4,8;
96:2;100:17
**Technical (146)**
9:8,9;10:2;11:7;
12:19,21,24;13:8,15,
16,18;15:23;16:19;
20:22;21:5,19;22:23,
25;25:2,12,19;23:6,1,
5,10;27:25;28:4,12,16,
18,21,24;29:1,25;30:6,
7;32:9;37:19;40:18,24;
41:4;42:3,8,10;44:4,
19;45:21,25;46:2,6;
47:9,13;49:12,25;
50:10,20;51:18;54:19,
25;56:11,20;57:16,24;
58:17;60:8,25;61:16,
17;62:6,8,12;63:5,25;
64:4,8,12,22;65:5,7,11,
15,16,18,20,25;66:9,
17;67:2,3,19;68:7,11;
69:6;70:20;71:2,5,7,10,
13,14,19,20;72:1,9,10,
20,21;73:11,12,14,15,
16,20;74:2,8;75:17,22,
25;76:6;77:15,18,23;
78:10;80:4;82:2,15;
89:18;91:5,10;92:9;
93:15;94:9;95:16,19;
96:10;97:16;98:24;
99:6,9,18,24;100:2,6,
20,24;101:3
**techniques (2)**
71:15;72:2
**tells (1)**

20:24
**template (6)**
49:19;50:10,12,13;
51:8,19
**templates (4)**
47:9,11;49:12;51:5
**ten (1)**
7:1
**tends (1)**
98:7
**term (7)**
29:11;57:14;70:4;
79:14,20,24;93:5
**terminology (4)**
38:1;44:9;70:8;
74:16
**terminus (1)**
24:7
**terms (8)**
54:18;57:10;60:16;
68:20;78:21;80:10,14;
82:18
**tested (1)**
40:19
**testified (1)**
6:14
**testify (1)**
38:7
**testimony (2)**
16:7;68:11
**Thanks (32)**
13:1;14:10;18:12;
20:3,22;23:13;25:1;
30:10;36:9;37:22;
39:12;40:22,24;42:24;
47:8;49:23;52:17;
55:10,12;70:19;77:20;
82:24;83:8;84:18;
86:24;87:24;88:16;
89:22;91:6;95:4;98:1;
101:6
**thinking (6)**
28:3;29:10,19;47:17;
50:3;100:4
**third (3)**
32:20;43:22;85:21
**though (2)**
49:15;78:5
**thought (2)**
27:11;47:2
**three (4)**
33:5,6;36:2;92:25
**thrive (1)**
71:9
**tight (1)**
71:9
**times (1)**
36:13
**tips (4)**
11:22,23;53:24;54:7
**title (6)**
9:3;24:15,19;78:6,
11;88:23

**titled (3)**
48:22;51:9;52:6
**titles (2)**
9:4;81:19
**TL (5)**
9:20;20:25;21:1,2;
22:4
**TLG (2)**
100:5,8
**TLP (2)**
96:10,16
**TLPs (1)**
58:17
**today (15)**
7:4,7;10:19;11:9,19;
13:2;14:20;15:20;16:5,
7;18:19;20:23;21:19;
22:17;101:7
**together (1)**
18:18
**told (9)**
22:15;46:2,7;91:10,
12,13;98:25;99:5,6
**tone (1)**
88:5
**tool (1)**
79:24
**tools (2)**
49:2,5
**top (9)**
24:8;33:18;35:23;
37:9;51:5;80:11;81:9;
84:25;86:9
**topic (2)**
60:16;81:10
**topics (1)**
71:6
**tore (1)**
92:2
**Toward (1)**
55:14
**track (3)**
35:9;58:19;98:11
**training (7)**
56:17;67:4,6,16;
68:18;90:4;99:3
**transition (1)**
77:20
**translation (1)**
85:24
**travel (2)**
64:13,21
**trick (1)**
34:10
**troubleshoot' (1)**
79:22
**true (4)**
33:8;42:1;72:23;
87:16
**truth (1)**
76:9
**try (16)**
7:14,16;14:2;19:7;

20:8;26:14;33:23;
37:15,18;38:11;50:8;
59:15;66:16;74:5;
82:14;101:3
**trying (7)**
10:20;16:22;22:2;
23:15;47:8;66:16;98:1
**TS (5)**
65:7;90:24;91:4;
93:12,15;94:15
**Tuesday (1)**
15:1
**turn (5)**
34:17;43:17;51:13;
80:9;87:24
**turning (1)**
37:3
**turnover (2)**
34:3,9
**twice (1)**
33:24
**Two (11)**
19:23;22:8;36:2;
40:12,13;63:14;79:10;
81:23,24;85:20;93:18
**type (8)**
46:15;48:10,16;
49:14;55:22;71:19;
73:14;99:24
**types (3)**
12:24;13:16;35:17
**typically (7)**
22:22;65:5;77:3;
96:17;98:2,6,7

**U**

**uh-huhs (1)**
7:12
**ultimate (1)**
38:11
**ultimately (2)**
74:24;75:23
**under (6)**
32:23;60:8;71:9;
73:17;92:13;93:11
**undergrad (1)**
31:23
**underneath (1)**
34:20
**uniformity (1)**
42:20
**unit (1)**
20:11
**United (1)**
5:23
**University (1)**
8:9
**untrue (2)**
71:23;72:6
**up (12)**
9:23;15:9;17:19;
20:16;21:19;23:14;

30:12;37:10;41:11,13;
77:17;92:2
**update (1)**
75:21;76:2
**upon (3)**
13:18;36:3;39:23
**usage (1)**
85:4
**use (35)**
9:11;16:16;20:12,17;
29:5,9;35:6,8;37:23;
44:18;45:20;46:10;
47:10;49:25;57:13,14;
58:21;60:12,13;63:9;
66:4;70:24;71:14;72:1;
74:7,10,25;79:18,22,
23;82:20;83:22;89:17,
18;96:17
**used (12)**
24:15;29:13;35:9;
36:14,18;65:1;70:10;
75:23;84:12;91:21;
93:5,23
**useful (5)**
74:2;82:22;90:15,21;
95:10
**useless (1)**
82:22
**uses (1)**
49:2
**using (11)**
22:7;29:2,18,20;
60:18;61:24;70:4;
74:15;76:12;80:14;
96:13
**utility' (1)**
79:23

**V**

**vague (1)**
79:24
**Valenzuela (1)**
15:18
**variables (1)**
75:13
**variant (1)**
70:14
**varies (1)**
60:3
**variety (1)**
76:10
**various (9)**
13:14;52:19,23;
53:10,18,22;54:10;
61:10;89:19
**vary (1)**
98:7
**varying (1)**
12:23
**Verona (5)**
5:7;8:19;41:2;42:1,4
**version (1)**

35:22
**versus (2)**
5:22;84:14
**view (1)**
77:21
**Visual (3)**
62:3;69:18;70:15

**W**

**walking (1)**
26:13
**wants (2)**
21:18;76:17
**water (1)**
30:14
**Way (15)**
5:7;16:7,23;25:14;
29:5,18;33:23;36:23;
54:17;72:8,19;74:5,24;
75:12;77:16
**ways (1)**
75:6
**web (3)**
41:14,16,19
**website (2)**
11:25;12:22
**week (11)**
15:1,2;58:25;59:3;
62:22;98:9,15;99:1,7,
10,19
**weekly (1)**
98:11
**Welcome (1)**
30:22
**well-established (2)**
71:15;72:2
**weren't (3)**
46:7;49:15,16
**Western (1)**
5:23
**What's (16)**
11:6;15:22;20:12;
22:3,17;27:1;36:17,17;
52:25;55:13;76:14;
83:19;89:1;94:18;
95:19;97:9
**whenever (2)**
7:18,19
**who' (1)**
81:22
**whole (3)**
38:15;52:1;72:24
**who's (1)**
23:15
**whose (2)**
26:19;28:4
**wife (2)**
10:18;19:8
**wiki (36)**
16:2,6,9,16,18,21;
46:19,22;47:1;48:2,3,
5;49:7;51:2,21;52:4,

10,15,18;53:4,16;54:5;
55:23;80:24;81:7;
83:13;84:20;85:3,18;
86:2,11,21;92:21;
93:22;96:13;97:12
**Wikis (10)**
17:2;52:19,22;53:10,
18,22;54:9,13;71:18;
72:4
**Williams (1)**
6:8
**Wisconsin (3)**
5:7,20,24
**withdraw (1)**
62:21
**within (14)**
13:16;33:25;35:6;
43:9;49:24;70:7;74:1,
20;75:7,21;76:22,23;
96:2,7
**without (2)**
56:22;57:18
**witness (6)**
5:25;6:4,13;58:8,10;
97:4
**woman (1)**
89:4
**word (9)**
20:12,16;29:9;46:11;
54:18;72:18;80:20;
93:3;96:4
**words (10)**
7:9;10:25;36:22;
57:3,15;59:2;81:20,20;
82:8;90:14
**work (30)**
8:24;10:8;11:21;
13:15;17:18;21:19;
26:21;29:14;32:10;
35:12;39:15;44:13;
60:8,25;62:16;63:3,6,
23;68:20;73:16;89:3,
19;92:13;94:9,20,20;
95:12;96:17;99:7,18
**workday (1)**
98:2
**worked (8)**
9:1;34:6;37:19;
58:24;67:12;98:15,21;
100:6
**working (10)**
10:9;25:17;40:18;
57:25;60:6;62:9;64:1;
65:16;98:25;99:10
**works (4)**
10:21;62:12,14;
87:19
**world (2)**
18:13;34:8
**worry (1)**
7:13
**Write (14)**
50:20;51:11,14,17,

18;52:19,23;53:10;
57:3;68:17;69:3;79:22;
88:10;90:13
**Writer (39)**
10:1,2,3,5;20:23;
21:5,19;25:2,23;26:1,5,
10;49:25;50:5;55:24;
56:11,20;57:16;62:6,8,
12;63:5;70:21;73:14,
15;74:8;75:22,25;
84:15;90:1,2,8;94:16;
95:19;96:10;99:6,10,
24;100:6
**writers (66)**
25:12,19;32:10;
37:19;40:24;41:4;42:3,
8,10;44:4,19;45:20,25;
46:2,6;47:10,13;49:13;
50:10,20;51:18;54:25;
57:25;58:17;60:8,25;
63:25;64:8,12,22;
65:18;67:2,3,19;68:7,
11;71:5,7,11,13,14,19,
20;72:1,10,21;73:11,
16,20;74:2;75:17;
77:23;78:10;80:4;82:2;
89:18;91:10;92:9,13;
94:9;97:16;98:24;
99:18;100:20,24;101:3
**writer's (2)**
73:12;100:2
**writes (2)**
61:12;69:6
**Writing (30)**
32:21;39:15;42:14,
19;43:19;44:4,21;
45:11,21;54:19;60:19;
64:5;66:9,18;69:6;
71:2;72:9,20;80:4,14;
82:7,11,15;84:20,25;
85:3,5,24;87:5;89:21
**written (3)**
69:20;70:13;92:8
**wrong (4)**
81:23;90:7;97:20,23

**X**

**x-ray (2)**
76:18,21

**Y**

**year (3)**
37:10;95:17;99:23
**years (4)**
9:2;10:23;37:11;
100:16
**yellow (1)**
30:25
**Yep (2)**
7:24;8:5
**yesterday (8)**

14:14,16;44:25;45:2;
55:11;57:9;91:21;97:7

**1**

**1 (2)**
58:12;93:8
**10 (1)**
96:25
**10:42 (1)**
58:12
**10:58 (1)**
58:15
**100 (1)**
34:19
**11 (6)**
9:2;10:23;55:9,11,
14;100:16
**12 (1)**
96:25
**12:11 (1)**
101:14
**12:12 (1)**
101:15
**13 (3)**
45:3,4,6
**15 (1)**
36:1
**150 (1)**
5:19
**1979 (1)**
5:7

**2**

**2 (10)**
22:14,15;23:16,17;
48:18;58:15;88:4;
93:17;101:13,13
**20 (1)**
21:14
**2011 (1)**
37:10
**2012 (2)**
37:11,19
**2013 (1)**
21:16
**2014 (2)**
32:19;37:20
**2015 (1)**
87:23
**2016 (2)**
5:16;98:16
**21 (2)**
97:8,10
**22 (2)**
47:18,21
**23 (2)**
50:23,25
**24 (2)**
51:24;52:3
**24th (1)**
5:16

**25 (2)**
  53:1,3
**26 (2)**
  54:1,3
**27 (2)**
  78:1,4
**28 (3)**
  81:1,3;83:6
**29 (4)**
  83:4,7,7,9
**2's (1)**
  22:17

## 3

**3 (3)**
  34:17;51:10,13
**3,000 (1)**
  17:11
**30 (2)**
  84:22,24
**31 (1)**
  86:6
**32 (2)**
  87:2,4
**33 (2)**
  88:17,19
**34 (2)**
  89:23,25
**35 (1)**
  91:19
**36 (2)**
  92:18,20
**37 (2)**
  94:1,3

## 4

**4 (2)**
  31:2,5
**4,112 (1)**
  79:7
**40 (4)**
  99:1,7,10,19
**4006 (1)**
  79:3
**4100 (1)**
  79:9
**45 (1)**
  98:19

## 5

**5 (3)**
  42:23,24;43:1
**50 (1)**
  26:3
**53593 (1)**
  5:7

## 6

**6 (3)**

  62:3;69:18;70:16
**60603-5577 (1)**
  5:4

## 7

**787-5888 (1)**
  5:10

## 8

**8:15 (1)**
  98:3
**8:30 (1)**
  98:3

## 9

**9 (2)**
  78:24;79:1
**9:03 (1)**
  5:17
**9:40 (1)**
  30:18
**9:48 (1)**
  30:21
**920 (1)**
  5:10