## Six Month Performance Review

**Team Member:** Alison Reuschlein  **Team Leader:** Eric Szakacs

**Start Date:** 07/2011  **Date Prepared:** 02/20/2012

### Instructions
*The entire review process should take one month,
so please finish step 1 within one week.*

1. **Team member: write your review.** Complete "Review of Self" (Section A) and "Review of Supervisor" (Section C). Email Section A to your team leader and cc: Kim Seffrood for tracking purposes only. Keep Section C for now.

2. **Team leader: write your review.** Read Section A and write Section B. Forward sections A & B to a review reviewer. You can find a list of review reviewers here:
F:\ADMIN\FORM\REVIEWS\ReviewForms\Review Reviewers for Performance Reviews.doc

3. **Review Reviewer: check the review.** Work with the TL on section B until it's appropriate. Then sign this page and return the review to the TL.

4. **TL: send to direct supervisor.** Send a copy of the review electronically to your direct supervisor so they have the opportunity to provide input on the review before the review meeting. This review is not required prior to the review meeting.

5. **Team member and TL: meet.** The team member brings two copies of section C. The TL brings 2 copies of everything else. Discuss the review and sign it. Make any copies that you need to.

6. **TL: finalize.** Send one copy of the review to your <u>direct supervisor</u> (not necessarily the Review Reviewer) and one copy to Kim Seffrood.

### Review Signatures

**Team Member** _Alison Reusch____ **Date** 4/9/12
Your signature does not necessarily mean you agree, but affirms this review has been discussed in detail between you and your reviewer.

**Team Leader** _____ **Date** 4/9/12
The team member and team leader sign this form after meeting about the review.

**Review Reviewer** name _Cate Valenzuela_
      signature _____ **Date** 3/29/12
The Review Reviewer must sign this form **before** the actual Review meeting.

- 1 -

EPICVLONGD004319

## Section A. Performance Review (prepared by team member)

1. **How are you doing? Are you happy with your job?**
   I am doing my support writing work well, but many of my day-to-day tasks don't utilize my strengths and experience in the way I'd like to use them. The things I am best at, and most passionate about, such as training and teaching, designing curriculum and administrative processes, coaching others and being a resource for them, and problem solving, don't make nearly enough appearances in my everyday work. I also really miss being able to work directly with people and go home at the end of the day and say, "Yes, I helped that person do X," and the satisfaction that sort of interaction brings me.

2. **What aspects of your job and of Epic please you the most?**
   Right now, I am very excited to be mentoring a new writer. I love being a resource to other people and am comfortable in that role, so mentoring is a great fit for me. My leadership of the Doc RCA group is also something I really enjoy for the exposure to other support writers and the opportunity to think deeply about our writing processes and work to improve them.

   I am also enjoying being the OpTime point person. Administrative tasks, like triage and answering random questions from other OpTimers, are actually pretty interesting and enjoyable to me.

   Epic's culture is very quirky, which I enjoy in and of itself. A particular aspect of the culture that I really enjoy is its entrepreneurial spirit. See a need? Design a process or class to fill it. I love the new-ish emphasis on career development and owning your own path.

3. **What aspects of your job and of Epic would you like to change? How?**
   I'd like to get the spheres of "what I'm good at," "what I enjoy doing," and "what I actually do day-to-day" more in line with each other. See #11 for more information about this.

4. **How are you performing in your job? Quality, quantity, complexity?**
   I believe the quality of my work is high, the quantity is appropriate, and the complexity is ever-changing. I worked on some more complex writing projects during my first months—Now Showing, writing an S&S guide 3 months in, writing a Spotlight Document, a PSE, and now I'm working on a PLUS Guide. And though they aren't complex, I do still like to write a good fix note. ☺

5. **How are you getting along interpersonally? With other staff, customers, vendors? With team leads?**

   Great! I am getting along very well with all of my CLIP teammates. I really enjoy our team and our meetings. My team lead, Eric, and I have a very good working relationship (see more below), and I was fortunate enough to also work closely with some other TLs on our team during his sabbatical. I am also developing some good working relationships on the wider OpTime team.

6. **Do you get sufficient feedback? Do you feel comfortable discussing problems with your team lead? Do you feel appreciated? Do you feel insecure with your job?**

   I definitely feel comfortable discussing issues with Eric and seeking his advice. One of the things Eric does really well is to express his appreciation regularly, so I very much feel appreciated in my role. He also regularly gives me positive feedback, which I appreciate, too. I feel secure in my job.

7. **In what areas have you progressed? What are your strengths?**
I've identified many of my strengths in other portions of this review. I have continued to grow those when I've been able, such as taking on the leadership role in the Doc RCA group and helping to train OR 100 when my schedule permits. I'd definitely say I've progressed to being a fully functioning member of the writing team fairly quickly. I also try to assist the wider Writing and OpTime teams when I can, such as joining the Glossary workgroup or helping to train OR 100 classes.

8. **In what areas do you need to improve? What are your weaknesses?**
I think on a technical level, it's been a challenge for me to revert to writing in "the Epic way." I've been mostly able to do this, but am grateful to my many editors. Continuing to work on making my Epic writing unidentifiable from the next writer's seems to be a good goal.

9. **Please review the current Immersion and TS Onsite Trip standards: http://teamportal/sites/learning/Shared%20Documents/LearningandObservation.aspx.**

   **What Immersion or TS Onsite trips have you completed in the past six months?**

   I supported two customers (ProHealth and The Portland Clinic) going live during my first six months.

10. **What initial and ongoing training have you completed in the past six months?**

    After completing my orientation and six month pay-bump requirements ahead of schedule, I have continued to challenge myself to learn more about Epic. Some of the classes I've attended since completing my initial training include:
    - Intro to Marketing
    - Advanced Project Management for Writers
    - OpTime Reporting
    - Internationalization
    - Working Well with Your Team Leader
    - Epic On-Site
    - Effective RCAs
    - Crystal Reports for Writers

I've also completed the first portion of my reporting training and will complete the rest prior to my one year re-anniversary.

11. **What are your long-term goals? Are there new areas you would like to try? What are your plans or hopes for the future?**

    I spend most of my days writing support documentation and researching new software development. These are skills that I have, and some might say I am good at, but they don't fall into the sphere of "what I enjoy doing" at the frequency with which I currently use them. When I first worked for Epic, I was fresh out of college and had far fewer professional skills and experiences. I enjoyed my work as a support writer at that time. In the intervening years, I've acquired a lot more self-awareness and a much different professional skill set. I do not think I am as good of a writer as I am a trainer, project manager, or leader, nor do I get the same level of satisfaction out of writing as I do from those other pursuits. An important lesson I've learned about myself since I returned to Epic is that a lot of my job satisfaction comes from directly serving or helping other people.

    There are lots of new areas I'd like to try and my goals include transitioning out of a 100% support writer role as soon as is feasible for my team. I believe very much in Epic's mission

EPICVLONGD004321