**EXHIBIT 34**

# <u>PLACEHOLDER</u>

Ex. 34, TLG DATA, EPICVLONGD013384