*QA, Training, Tech Comm Salary Review*
*Prepared by: Stephanie Damon-Moore, Tanya Bui, Franny Rosing*
*Reviewed by: Molly Kroeger*
*2.3.2014*

**Purpose:** Evaluate current salary for QA, Training, and Writing to determine if our salary is competitive (above the 75th percentile) as we enter peak hiring season.

**Summary:** The current starting salary for QA, Training, and Writing is $42,000 ($40,000 plus $2,000). After reviewing the available resources, it appears that this salary is below the national median salary for similar positions.

| QA, Training, Tech Comm | |
|---|---|
| Hire Year | Starting Salary |
| 2004 | 32000 |
| 2005 | 33000 |
| 2006 | 33000 |
| 2007 | 36000 |
| 2008 | 36000 |
| 2009 | 36000 |
| 2010 | 38000 |
| 2011 | 40000 |
| 2012 | 40000 |
| 2013 | 40000 |
| 2014 | 40000 |

**History:** Salaries for these roles have not been reviewed since 2010.

**Data:**

| | Current Epic Starting Salary | Analysis | Starting Salaries Across the Industry | | | Recommendation |
|---|---|---|---|---|---|---|
| | | | Salary.com | Payscale.com | NACE analysis (by majors) | |
| QA | 40,000 + 2,000 | Median | 48,188 ↑ | 41,000 ↓ | 44,000 ↑ | 44,000 +2,000 (Masters: 46 + 2) |
| | | 25th-75th % | 40,000 - 54,000 | 35,000 - 48,000 | Top majors: English, Math, Biology | |
| Training | 40,000 + 2,000 | Median | 50,150 ↑ | N/A | 44,686 ↑ | 44,000 +2,000 (Masters: 46 + 2) |
| | | 25th-75th % | 43,000 – 57,300 | N/A | 53,000 ↑ | |
| Tech Comm | 40,000 + 2,000 | Median | 44,597 ↑ | 40,000 ↓ | 40,100 ↓ | 44,000+ 2,000 (Masters: 46 + 2) |
| | | 25th-75th % | 38,000 - 50,000 | 35,000 - 46,000 | Top majors: English, Journalism, History | |

