# Exit Interview Summary for Sarah Profumo



| | | | |
|---|---|---|---|
| **Role** | Tech Comm | **TL** | Megan Myers |
| **Team** | Amb Clin | | |
| **Start Date** | 7/2/2012 | **End Date** | 1/24/2014 |

**Interviewer:** Brendan Corsones

---

| | |
|---|---|
| **Grade at Hire** | none |
| **Last Ranking** | BC |
| **TL/GL/Carl/Judy Rehire** | TL-(Megan Myers) no/GL-(Clare Kassa) no/Carl-doesn't know/Judy-doesn't know |
| **'No' Rehire Feedback from TL** | I would not rehire her. While she generally did well with her work, she spoke about wanting to be close to her family very often, and I would be concerned that she would leave again for the same reason she's leaving now. |

**Why is this person leaving (from TL perspective)?**

Looking to be closer to her boyfriend/family. She does not have another job lined up.

**Was this person a good fit?:**  C (this was an OK fit)

**Situation leading to departure:**  No active performance management

**Could we have saved?**   No

In the short-term only if her salary had been significantly increased, but ultimately Sarah was looking for much more of a 9-5 job than Epic would have to offer.

### Issues of Note

#### Reason for Leaving

> Sarah is leaving because she never felt comfortable with the frenzy and pace of working at Epic and in Tech Comm. Although she personally only worked 42-43 hours/week she always felt pressured to work more and got the impression that you won't be successful or move up unless you're working 50 hours/week or more. She really wants "just a job" that she can leave at work and not have to think about once she gets home, and this wasn't the case at Epic.
>
> The cycle of work also bothered her, when looking at the busyness scale she indicated that when a new release was approaching she was at a 3-4, but on off weeks was about a -3, and this inconsistent schedule was a really difficult adjustment for her.
>
> There had been a lot of changes made on the support writing team to Nova since she

# Exit Interview Summary for Sarah Profumo

started, and constantly tweaking the process "drove her nuts." She did not think the process was transparent enough and the why behind it all was lost, which led Sarah to believe that no one really cared.

Sarah was also unhappy with her salary and vacation/paid days off, although this seemed to be a symptom of being far away from home and family. She indicated that her salary played a role in leaving in that it wasn't enough to convince her to continue living so far from her home in California. She felt the amount of vacation and paid holidays was unsustainable in the long run as she wasn't able to visit home enough to be happy. She thought employees should be paid extra for working on Christmas Eve and Epic should find a process where not everyone needs to come into work around the holidays.

Sarah does not have a job lined up. She will be taking some time off to re-group and will then be looking for a more temporary and flexible position than Epic would have to offer. She does not see herself continuing a career in writing. She thought it would be a great fit coming in but realized that she didn't enjoy writing anymore while doing it as a job.

**New Salary-higher/lower/same**  N/A            **If higher, how much?**  N/A

# Exit Interview Summary for Sarah Profumo

**Likes**  Sarah thought that Epic worked very hard for our customers and treated them well. She thought on the whole Epic was very motivated to help people. She also really liked the food in Cassiopeia.

**Dislikes**  "There are some neat perks to working here (the buildings, underground parking, food), but those were quickly outweighed by the stress of working here. Also, those external perks weren't enough to make up for the fact that I deserved more compensation for the quality and volume of work that I did during my time here. Also, the amount of time we had off was unsustainable for me. As a young adult living 2,000 miles away from home, the six holidays and two weeks of vacation were barely enough to allow me to visit home, let alone do any additional traveling. To be blunt, it's never felt like the focus is on employee happiness or well-being. It seems like Epic builds crazy buildings and subsidizes the cafeteria so that customers think employees are treated well."

Sarah also disliked that the impression she got was in order to move up you either need to work unreasonably long hours or play politics (meaning instead of relying on good work you would need to suck up to management), which she wasn't willing to do.

She also never got used to the badgering process, it was very draining on her having to badger for feedback. She took it as a sign that people were overworked since it took them so long to respond to e-mails.

**General Comments:**

| -4 | -3 | -2 | -1 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|
| Bored to tears | Bored - not challenged | Feeling under-utilized | Could use a little more work | Nice balance | Busy - Always important things to do | Work hard to keep up - Feel overworked | Way behind - Getting overwhelmed | Desperate |

**Busy-ness/Pain Scale Score**     3

**Recollection of Hours Worked**     42     **Average from TLG**     41

**TL Feedback**         **Length**     **Rank**     **Recommend**     **Tone of Feedback**

Megan Myers         1 - 2 years     9.00     Yes     Positive

  Sarah felt that Megan did as much as she could for Sarah when Sarah was stressed out. When Sarah first started she was uncomfortable bringing up anything since Megan was her boss, but after about six months Sarah was more comfortable and Megan was a great TL.

**Best TLs**         **Comments**
           Sarah didn't interact with other TLs.

**Stand Out Employees**     **Comments**
               N/A

**Employees to Worry About**     **Comments**

# Exit Interview Summary for Sarah Profumo

N/A

**Departure Category**

**Primary**

Location

It was very difficult for Sarah to be this far from home, and she did not think her salary was sufficient to keep her here, and she did not receive enough vacation/holidays to go home enough.

**Primary**

Job Demands

Sarah was never comfortable with the frenzy or pace of the job. She wants to be able to leave work at work and not have to worry about her job at the end of the day, which Epic didn't offer. She felt pressured to be working more hours than she was comfortable if she wanted to be successful at the job.

**Secondary**

Opportunity for Advancement

Sarah felt that to move up she would either need to work much longer hours or play politics, which she wasn't willing to do.

**Secondary**

Financial

Sarah did not feel her salary was sufficient to justify being so far from home.