# Exit Interview Summary

| | | | |
|---|---|---|---|
| **Eric Thayer** | | **Start Date** | 9/6/2011 |
| **Role** | Tech Comm | **Termination Date** | 12/6/2013 |
| **Team** | Amb Clin | | |
| **Team Leader** | David Jalensky | | |
| **Interviewer:** | Erin Momont | | |

**Grade at Hire**   none

**Last Ranking**   BC

**TL/GL/Carl/Judy Rehire**   TL-(David Jalensky) yes/GL-(Clare Kassa) no response/Carl-doesn't know/Judy-doesn't know

**Why is this person leaving (from TL perspective)?**

Eric likes Epic but wants to move back to Michigan to be closer to his family. He does have another job lined up in MI.

**Was this person a good fit?:**   B (this was a good fit)

**Situation leading to departure:**   No advance hint that he/she was considering leaving

**Could the person have been saved?:**   No

Eric says that there is nothing Epic could have done to save him because Epic isn't the reason he's leaving. The only way he would have stayed long term was if his and his fiancé's extended family and friends moved to Madison.

## Issues of Note

**Reason for Leaving**

Eric is leaving to start a new job in Michigan. He always knew that he would move back to Michigan, but he didn't know when. Six months ago, he got engaged to someone who is from the same area of Michigan, and they have decided that they want to get married in Michigan and start their lives there. This will allow them to be closer to their extended families.

He started looking for positions six months ago, after he got engaged and they decided that they'd like to start their lives there. He finally found a position now.

He really enjoys the writing position at Epic. He took a position as an application analyst for an inpatient environment at a behavioral healthcare provider. He is happy to be staying within the healthcare industry. He won't be doing any writing in his new position, and he isn't sure if he will miss it or not. He's not sick of writing, so he's not sure.

**Is salary at new job higher, lower or the same?**   Higher      **If higher, how much?**   $1 per hour

# Exit Interview Summary

**Likes**     He loves writing, and he thinks the best part of the job was that he got to write a lot.  He liked being able to learn about new things within the healthcare industry all of the time and then write about them.  In addition, he feels like other writers on the team helped him grow and pushed him to become a better writer.

In the big picture, Eric really appreciated that Epic made such an effort to connect our day to day work to the overarching mission of doing good.  He liked hearing the "why we do what we do" stories at staff meeting, and he liked feeling good about the work he was doing.

Another aspect of Epic that Eric really liked was Shark Week.  He appreciated that Epic pushes their employees to grow within and outside of their role.  Doing Shark Week, he could take classes that pertained to writing, but he could also take Excel classes.

He loved the freedom that Epic provides.  He appreciated the weekly check-ins with his TL, but otherwise he was working on his own and prioritizing his time.  This encouraged him to be responsible and take initiative.  He thinks Epic hires motivated people who benefit from being their own boss.

**Dislikes**     As a writer, Eric felt like it was hard to get people in other roles, specifically SD and TS, to take him seriously.  There was nothing ever said to him directly, but he got the feeling that people looked down on him because he was less technical.  He did speak with his TL about this feeling, and the solution they come up with was to get him more involved with development projects.  Once he started making more of an effort to learn more about the technical side of Epic his confidence grew and this feeling diminished, but was still present.

In addition, Eric felt like people on his team would look down on people who worked 40 hours per week.  When he interviewed, the expectation was set that writers work 40-45 hours per week, therefore you should only work 40 hour weeks sometimes.  His TL once said to him, "When you only worked 40 hours last week…"  That really stuck with Eric because he felt like he was in trouble for "only" working 40 hours when he didn't feel that he should be in trouble if he was getting his work done.  He didn't really mind the hours as much as the fact that he felt like judgment was passed on him because of the hours he worked.

**General Comments:**

| -4 | -3 | -2 | -1 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|
| **Bored to tears** | **Bored - not challenged** | **Feeling under-utilized** | **Could use a little more work** | **Nice balance** | **Busy - Always important things to do** | **Work hard to keep up - Feel overworked** | **Way behind - Getting overwhelmed** | **Desperate** |

**Busy-ness/Pain Scale Score**     2.5

**Recollection of Hours Worked per Week:**     50     **Average from TLG:**     49

**TL Feedback**          **Length**     **Rank**     **Recommend**     **Tone of Feedback**

Thursday, January 09, 2014                                                                                                                                   Page 2 of 4

EPICVLONGD012599

# Exit Interview Summary

| | | | | |
|---|---|---|---|---|
| Clare Kassa | 0 - 6 mos | 8.00 | Yes | Neutral |

She was only his TL through orientation and a little bit of training. He didn't feel like this was a long enough time for him to give accurate feedback on her.

| | | | | |
|---|---|---|---|---|
| Peter Jorsch | 6 mos - 1 y | 7.00 | Yes | Mixed |

He was really good at his area of writing, and Eric looked up to him for that. He did a good job of pushing Eric to be a faster and better writer. He wasn't the best at giving feedback, though, and Eric never felt like he got enough positive or negative feedback.

| | | | | |
|---|---|---|---|---|
| David Jalensky | 6 mos - 1 y | 8.00 | Yes | Positive |

David always gave him a lot of feedback. The feedback was a healthy mix of positive and constructive. David always made him feel appreciated.

| **Best TLs** | **Comments** |
|---|---|
| Brian Sullivan | Eric thinks that Brian is one of the hardest working people at Epic. Eric has been impressed with the amount of responsibility Brian has taken on in terms of Meaningful Use development, and he says that Brian has handled it all very well. |
| Nate Bubb | Nate is always helpful and nice. He is also extremely smart, and Eric went to him a lot with questions. |
| Dave Rider | He always helped Eric when he had questions about the more technical side of things. |

| **Stand Out Employees** | **Comments** |
|---|---|
| Kate Beecken | She was his mentee. She has been at Epic for half the tenure of Eric, but he sees that she has found her stride quickly. He feels that she quickly figured out how to be good at this job, and he now feels that she can do it better than he can. |
| Bryan Broy | Eric thinks that Bryan has taken to the writing position like a fish to water. He has always been impressed with how good of a fit the writing position at Epic is for Bryan. Eric sees Bryan here for a long time coming up with cool and innovative projects for the writing team. |

| **Employees to Worry About** | **Comments** |
|---|---|
| | He couldn't think of anyone who stood out. |

**Departure Category**

  **Primary**

# Exit Interview Summary

Location

> Eric is leaving to start a new job in Michigan.  He always knew that he would move back to Michigan, but he didn't know when.  Six months ago, he got engaged to someone who is from the same area of Michigan, and they have decided that they want to get married in Michigan and start their lives there.  This will allow them to be closer to their extended families.