# Exit Interview Summary for Caitlyn Paley



**Role**     Tech Comm          **TL**   Dana Apfel
**Team**     Inp Clin
**Start Date**   3/5/2012       **End Date**   2/15/2013

**Interviewer:**   Meagan Ledlow

| | |
|---|---|
| **Grade at Hire** | none |
| **Last Ranking** | BC |
| **TL/GL/Carl/Judy Rehire** | TL-(Dana Apfel) yes/GL-(Nikki Muenchow) yes/Carl-doesn't know/Judy-doesn't know |

**Why is this person leaving (from TL perspective)?**

She is moving to Korea to teach English with her boyfriend. Technically she doesn't have the job lined up yet, but apparently you can get one in about a week once you have all your visa stuff in order.

**Was this person a good fit?:**   B (this was a good fit)
**Situation leading to departure:**   No advance hint that he/she was considering leaving
**Could we have saved?**   No

## Issues of Note

### Reason for Leaving

Caitlyn is leaving because she and her boyfriend will be teaching English in Korea. After looking for a job for nearly a year, he wasn't able to find anything in Madison. When he got the job in Korea, she wanted to go with him, so she also applied and was accepted to teach there.

Additionally, she was comfortable with her current workload, but felt that to have a growth path here, she would eventually have to work much more and much longer. That wasn't something she was comfortable with when she looked to the future.

**New Salary-higher/lower/same**   Lower            **If higher, how much?**

# Exit Interview Summary for Caitlyn Paley

**Likes**  Caitlyn likes the people a lot. She liked technical writing. She also truly loved her TL.

**Dislikes**  Caitlyn had some issues during the recruiting process that she shared. She had to take the writing test remotely after her interview which really slowed things down and was a bad experience. Additionally, she wanted to be a training writer and told her recruiter that but was staffed instead as a support writer. Lastly, she almost didn't take the test because she saw glassdoor. She thinks we need to really take steps to reconcile that because it didn't match up at all with what she found to be true here at Epic.

**General Comments:**

| -4 | -3 | -2 | -1 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|
| **Bored to tears** | **Bored - not challenged** | **Feeling under-utilized** | **Could use a little more work** | **Nice balance** | **Busy - Always important things to do** | **Work hard to keep up - Feel overworked** | **Way behind - Getting overwhelmed** | **Desperate** |

**Busy-ness/Pain Scale Score**     2.5

**Recollection of Hours Worked**   45     **Average from TLG**   43

**TL Feedback**         **Length**       **Rank**    **Recommend**    **Tone of Feedback**

Dana Apfel               6 mos - 1 y    8.00         Yes                       Positive

   Dana was a great TL. Interested in her likes, found great matches for her in her work, really invested in her success.

**Best TLs**                    **Comments**
                                None

**Stand Out Employees**         **Comments**
   Emily Heninger              Incredible mentor who stepped in and helped answer questions.

**Employees to Worry About**    **Comments**
                                None

**Departure Category**

  **Primary**
    Hours
      While she was okay with her current workload, to grow she felt that she would have to work much harder and longer hours and that wasn't something she was okay with. With that in mind, she didn't see a viable growth path for herself.

  **Primary**
    Partner's Job
      Her boyfriend was not able to find a job in the Madison area, so they had to look elsewhere.