**EXHIBIT 45**

# Exit Interview Summary for Alison Reuschlein



| | | | |
|---|---|---|---|
| **Role** | Tech Comm | **TL** | Eric Szakacs |
| **Team** | Inp Clin | | |
| **Start Date** | 8/4/2003 | **End Date** | 7/15/2005 |
| **Rehire** | 7/5/2011 | **2nd Term** | 8/17/2012 |

**Interviewer:** Nicole Hilsenhoff

**Grade at Hire** 4.00
**Last Ranking** AB
**TL/GL/Carl/Judy Rehire** TL-(Eric Szakacs) yes/GL-(Nikki Muenchow) yes/Carl-doesn't know/Judy-doesn't know

**Why is this person leaving (from TL perspective)?**
She accepted another position. She wanted to spend more time working directly with people.

**Was this person a good fit?:** B (this was a good fit)
**Situation leading to departure:** Indicated at least once his/her intention to leave
**Could we have saved?** Yes
Yes - if the transition to training had happened more quickly.

**Issues of Note**

**Reason for Leaving**
Alison has taken a position with the Girl Scouts in a project management and supervisory position. She sought out the position after speaking with her TL about diversifying her responsibilities. Alison wanted to explore ways to enjoy her work more, specifically by getting more involved with training, but didn't see that process happening as quickly as she would have liked. She was also a bit turned off by the fact that the process seemed to be fast-tracked after she notified her TL that she had another offer.

**New Salary-higher/lower/same** Lower   **If higher, how much?**

# Exit Interview Summary for Alison Reuschlein

**Likes**  Alison enjoyed the people at Epic who are generally smart and dedicated.  She especially liked those on OpTime who she thought were particularly strong.

She also liked the culture of ownership, benefits, and campus.

**Dislikes**  Alison didn't find the work to be satisfying and stated that the work was different than when she was at Epic originally, both in terms of the amount of work and the type of work (more support writing).  She also wanted to be working more closely with other people.

Alison struggled to find a work/life balance that she was happy with.  She mentioned being particularly turned off during corporate philosophy when "Judy said she didn't believe in work/life balance."

Finally, Alison feels that there is a lack of transparency around raises, role progression/growth and the transfers process.  Speed of the transfers process was also a concerned expressed by Alison.

**General Comments:**  Alison mentioned that while she felt our benefits were good, the amount of time off wasn't competitive.  Her new position offers 6 weeks of paid time off and 6 holidays.  She'll also be working only 37.5 hours per week.

| -4 | -3 | -2 | -1 | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|
| **Bored to tears** | **Bored - not challenged** | **Feeling under-utilized** | **Could use a little more work** | **Nice balance** | **Busy - Always important things to do** | **Work hard to keep up - Feel overworked** | **Way behind - Getting overwhelmed** | **Desperate** |

**Busy-ness/Pain Scale Score**    2

**Recollection of Hours Worked**   45    **Average from TLG**    46

**TL Feedback**                    Length        Rank        Recommend       Tone of Feedback

  Nikki Muenchow          0 - 6 mos     0.00                        Positive

Nikki was only Alison's TL for ~1 month - declined to rank.  She 'humanizes' the team, cares deeply and take interest in retention.

  Eric Szakacs            6 mos - 1 y   9.50        Yes             Positive

Eric is a great TL.  He recognized her experience and was candid with her.  He was also a good advocate for her.

**Best TLs**                      **Comments**
  Nikki Muenchow          She 'humanizes' the team, cares deeply and take interest in retention.

  Eric Szakacs            Eric is a great TL.

**Stand Out Employees**           **Comments**
  Kaitlindh Moubry        She's the backbone of the team, a stand out writer, very knowledgeable and someone you can totally

# Exit Interview Summary for Alison Reuschlein

count on.

**Employees to Worry About**	**Comments**
	None

**Departure Category**

  **Primary**
   Job Demands
     Alison struggled to find a work/life balance that she was comfortable with.

  **Primary**
   Personal Career/Life Goals
     Alison wants a role that will allow her to work more with people and focus on training.

EPICVLONGD012590