# Exhibit 4

# Six Month Performance Review

**Team Member:** Michelle Vanderwist  **Team Leader:** Eric Szakacs

**Start Date:** 8/1/2011  **Date Prepared:** 2/20/2011

### Instructions

*The entire review process should take one month, so please finish step 1 within one week.*

1. **Team member: write your review.** Complete "Review of Self" (Section A) and "Review of Supervisor" (Section C). Email Section A to your team leader and cc: Kim Seffrood for tracking purposes only. Keep Section C for now.

2. **Team leader: write your review.** Read Section A and write Section B. Forward sections A & B to a review reviewer. You can find a list of review reviewers here:
   **F:\ADMIN\FORM\REVIEWS\ReviewForms\Review Reviewers for Performance Reviews.doc**

3. **Review Reviewer: check the review.** Work with the TL on section B until it's appropriate. Then sign this page and return the review to the TL.

4. **TL: send to direct supervisor.** Send a copy of the review electronically to your direct supervisor so they have the opportunity to provide input on the review before the review meeting. This review is not required prior to the review meeting.

5. **Team member and TL: meet.** The team member brings two copies of section C. The TL brings 2 copies of everything else. Discuss the review and sign it. Make any copies that you need to.

6. **TL: finalize.** Send one copy of the review to your direct supervisor (not necessarily the Review Reviewer) and one copy to Kim Seffrood.

### Review Signatures

**Team Member** _[signature]_ Date 3/26/12
*Your signature does not necessarily mean you agree, but affirms this review has been discussed in detail between you and your reviewer.*

**Team Leader** _[signature]_ Date 3/26/12
*The team member and team leader sign this form after meeting about the review*

**Review Reviewer** name Nikki Muenchow
signature _[signature]_ Date 3/21/12
*The Review Reviewer must sign this form before the actual Review meeting.*

EPICVLONGD004952

## Section A. Performance Review (prepared by team member)

1. **How are you doing? Are you happy with your job?**
    I feel like I'm doing alright. I'm learning as I go, making mistakes, talking to people, and making solid progress as a writer.

2. **What aspects of your job and of Epic please you the most?**
    The atmosphere is energizing; I enjoy being at work (most of the time) and I like the people here. Almost everyone is helpful and friendly and super-willing to answer my questions when I call or email to discuss a DLG/RN.

3. **What aspects of your job and of Epic would you like to change? How?**
    Epic's a huge company, and sometimes it's hard to feel like you matter when there are simply so many people. I also wish I was located closer to my app. I understand the difficulty, since we're so tight for space, but sometimes it's frustrating that everyone I talk to daily is located in either Heaven or Isis.   e

4. **How are you performing in your job? Quality, quantity, complexity?**
    I have had a few stumbles, and there were a few points where it was difficult adjusting from college to the "real world," but overall I feel like my writing is solid and like I've made a lot of progress organizationally. I've excelled at tests and projects.

5. **How are you getting along interpersonally? With other staff, customers, vendors? With team leads?**
    I don't deal with customers, but I get along pretty well with everyone. My mentor is exceptional, I get along well with my TL, and I also have done really well with Becky, my substitute-TL while Eric was on Sabbatical. She helped me to figure out a better strategy for time management and goal-setting, and then worked with me to meet those goals. The only person I don't get along with very well is my office-mate. We don't fight outright or anything...she's just very quiet and sometimes I feel unwelcome/uncomfortable in my office. I sort of wish I had someone more outgoing, who felt comfortable asking simple questions of, or who would say "hi" back to me when I walked in or who would say "bless you" when I sneeze, like I do for her. I work better when I can make a comment or even just a frustrated noise if I need to, and I always feel awkward if I accidentally make any noise in the office. Please don't tell her this, though. I don't want her to dislike me even more.

6. **Do you get sufficient feedback? Do you feel comfortable discussing problems with your team lead? Do you feel appreciated? Do you feel insecure with your job?**
    I get pretty solid feedback, and I generally feel comfortable discussing problems with my TL. I feel relatively secure about my job...even though I've made some mistakes and at first I had some issues with time management and organization, I feel like he genuinely wanted to help me get on track and wants me to succeed at my job.

7. **In what areas have you progressed? What are your strengths?**
    I think I've gotten much better at determining what my audience is and, more importantly, how to write for that particular group of people. I've gotten much better at Epic's style, and I'd say that writing is my strength. I've also gotten over my fears and insecurities about talking to people I don't know, and have become far more outgoing. I have absolutely no issue picking up the phone or organizing a meeting as soon as I have a question, and have gotten good at asking for what I need and responding to situations in

which I get conflicting feedback. Talking to people was never a strength of mine before, so I'm glad I've gotten so much better about getting answers when I need them.

8. **In what areas do you need to improve? What are your weaknesses?**

   I feel like I have made progress in time management and staying on top of many things at once (juggling several balls, so to speak), but I definitely need to keep working and not let things go til the last minute. Planning and organization have always been my weakness, so I need to stay on top of keeping my materials and documents organized and keeping my task list under control. My biggest issue is staying on top of my review queue. I need to work on that more.

9. **Please review the current Immersion and TS Onsite Trip standards: http://teamportal/sites/learning/Shared%20Documents/LearningandObservation.aspx.**

   **What Immersion or TS Onsite trips have you completed in the past six months?**
   I haven't done any of those. I did sit in on a customer call as part of Writer Boot Camp, though.

10. **What initial and ongoing training have you completed in the past six months?**
    I got certified in Inpatient, I am almost certified in Anesthesia, and I completed basic orientation, Healthcare Essentials, and Writer Boot Camp.

11. **What are your long-term goals? Are there new areas you would like to try? What are your plans or hopes for the future?**
    I would like to get certified in OpTime as well. I would also like to become completely knowledgeable about NoteWriter (I recently became the owner of this, so it would be nice to feel like a NoteWriter Master). I want to volunteer for more ad hoc projects to mix up my work day, as well. I also want to get good enough at something to teach (or help teach) a class at some point. I think it would be fun, and a good exercise in public speaking.

EPICVLONGD004954

## Section B. Performance Review (prepared by team leader)

1. **How are you performing in your job? Quality, quantity, complexity?**
   Michelle, you need to improve in several key areas in order to meet expectations. Though the quality of your release notes is generally good, you missed the mark on quality with your spotlight document. You've fallen behind on the majority of your projects and tasks, and you haven't reached the levels of quantity and complexity that are expected from a writer who has been here for six months. We have been discussing these issues, and while I've seen improved results in some cases, you need to work to improve in these areas consistently and sustain that improvement.

2. **How are you getting along interpersonally? With other staff, customers, vendors? With team leaders?**
   You've had some trouble settling in with your office mate. Otherwise, you are getting along fine interpersonally.

3. **In what areas have you contributed? What are your strengths?**
   You've contributed to the CLIP support documentation set in the 2012 release by writing Stabilization and Reporting phase release notes and S&S updates. In 2012, you took over support documentation for the NoteWriter, a big feature with a lot of development that affects a wide variety of clinical applications. For Anesthesia support writing, you have documented a couple of Anesthesia's large projects in the Reporting 1 phase.

   The sentence-level quality of your writing is solid. You express concepts clearly and with few structural or grammatical errors. This is evident in both your release notes and your longer documentation. .

4. **In what areas do you need to improve? What are your weaknesses?**
   You need to improve in the following areas in order to meet expectations:

   - You need to meet interim goals, milestones, and deadlines for core support writing tasks and other projects. During each phase of Denali, you've fallen behind until you either missed your deadline or were forced to put other tasks aside to catch up. For the Reporting 1 deadline, we had to redistribute some of your work in order for you to make the deadline. You also missed the 2/29 deadline for your first draft of your spotlight document, which put you behind on necessary review and revisions. Moving forward, you need to improve your daily habits, time management strategies, and understanding of your work to stay on track in future projects, phases, and releases.

   - You also need to do what it takes to make good, efficient use of the tools Epic has given you to do your job. Working from outside of your office and writing outside of Cumulus, you are behind on your ability to adapt to these tools and use them effectively. This was most evident with your spotlight document, in which several of the Cumulus-based components of the document were either missing or done incorrectly as a result of your working primarily in Word and copying that work over later.

5. **Have you completed your Immersion or TS Onsite trip requirements?**
   You have not completed your requirements yet. Make sure that you complete them before the year is up.

6. **How are you doing completing necessary initial and ongoing training requirements?**
   Your initial training requirements are complete, though you came really close to missing your 6-month deadline. You've taken additional courses when you need them. Continue to look for

- 5 -

new opportunities that can help you better understand your features and our processes at Epic.

7. **What are opportunities for future growth?**
   For now, focus on meeting the core expectations of a clinical support writer. Moving forward, we will regularly check in on how you've progressed in the areas you need to improve. Upcoming opportunities to make and exhibit improvement include:

   - Denali release notes and guide updates. For the Reporting 2 and Stabilization 3 phases, you'll continue to document a full load of DLGs. You'll need do what it takes to ensure that you meet all of your weekly goals and team milestones and deadlines for drafting, review, and revision.

   - Spotlight document revision. You were late on the initial drafting deadline, and will need to employ extra badgering and fast response times to ensure that your document fully meets expectations on the original timelines.

   - Updates to the Anesthesia Record Linker S&S. We've discussed the additions you need to make to the Record Linker guide. This is an opportunity for us to set concrete timelines for an update to a longer document and for you to meet those timelines with quality results.

EPICVLONGD004956

- 5 -

## Section C. Review of Team Leader (prepared by team member)

NOTE: You may have already addressed some of the questions below in earlier sections. If this is the case, please simply fill in "see above".

1. **What does your team leader do that pleases you most?**
   He's very approachable and doesn't make me feel intimidated or attack me personally when I mess up. He seems to genuinely want me to succeed here, and is very willing to work with me to help make that happen.

2. **What does your team leader do that you feel could be improved?**
   I feel like we need to work with each other to figure out the leadership style that works best for me. This is my first full-time job, so I'm still working on figuring that out myself, and I think that it's just going to take some time to find that.

3. **How can your team leader help you? Anything he/she can do? Anything he/she can quit doing? Any additional resources you need?**
   Setting concrete goals on a short-term basis helps me a lot, I've been finding. Long term goals and abstract "get this done" tend to freak me out because I become overwhelmed about the mountain of "things" in front of me, and then I end up panicking and my productivity suffers a lot. If I divide up giant goals into short-term, "do XYZ by Friday" goals, I'm much more capable of buckling down and getting it done. That would definitely be the best way to manage my long goals.

EPICVLONGD004957