IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**LONG, D.**,
individually and on behalf
of all others similarly situated,

Case No. 15-cv-081

        Plaintiff,

vs.

**EPIC SYSTEMS CORPORATION**,

        Defendant.

## STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Dayna Long, and Defendant, Epic Systems Corporation, through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be and hereby is dismissed with prejudice and without payment of costs or attorneys' fees to either party.

Dated this 9th day of January, 2017.

By:    */s/ David C. Zoeller*
**HAWKS QUINDEL, S.C.**
William E. Parsons, State Bar No. 1048594
Email: wparsons@hq-law.com
David C. Zoeller, State Bar No. 1052017
Email: dzoeller@hq-law.com
Caitlin M. Madden, State Bar No. 1089238
Email: cmadden@hq-law.com
Katelynn M. Williams, State Bar No. 1090438
Email: kwilliams@hq-law.com
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

**HABUSH HABUSH & ROTTIER S.C.**
Daniel A. Rottier, State Bar No. 1016998
Email: rottier@habush.com
Jason Knutson, State Bar No. 1035801
Email: jknutson@habush.com
Breanne L. Snapp, State Bar No. 1091474
Email: bsnapp@habush.com
150 East Gilman Street, Suite 2000
Madison, Wisconsin 53703
Telephone: (608) 255-6663
Facsimile: (608) 255-0745

*Attorneys for Plaintiff*


By:    *s/ Andrew Scroggins*
**SEYFARTH SHAW LLP**
Andrew Scroggins
Email: ascroggins@seyfarth.com
Noah A. Finkel
Email: nfinkel@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000

*Attorneys for Defendant*